# EXHIBIT 1

## Guidelines for HB 1775

Know the 8 prohibitions outlined in law:

| PROHIBITION<br>No teacher, administrator, or other school employee shall require or make part of any Course offered in a public school the following discriminatory principles . . . | WHAT DOES IT MEAN?<br>Educators shall not teach or make part of their classroom instruction any of the 8 prohibitions. |
|---|---|
| 1. . . . one race or sex is inherently superior to another race or sex, | This idea cannot be explicitly stated or taught.<br>We cannot control the feelings of others, but we can control content.<br>Directly teaching this concept would be a violation. |
| 2. . . . an individual, by virtue of his or her race or sex, is inherently racist, sexist or oppressive, whether consciously or unconsciously, | Key word is **inherently**<br>We can say that historically some laws in society may have been racist, sexist or oppressive, in that the laws contained different provisions or requirements for members of a race that weren't required of another race, but we cannot say **you** are racist, sexist or oppressive because of who you are. |
| 3. . . . an individual should be discriminated against or receive adverse treatment solely or partly because of his or her race or sex, | This is Title VI (race) and Title IX (sex) - discrimination is not allowed. This aligns with current discrimination policies already in place. |
| 4. . . . members of one race or sex cannot and should not attempt to treat others without respect to race or sex, | Unfortunately, no one truly knows what this means or can come to an agreement on its meaning. However, having a discussion about race or diversity in the classroom will not be a violation. |
| 5. . . . an individual's moral character is necessarily determined by his or her race or sex, | We cannot tell individuals they are a certain way simply because of their race or sex or that they are inherently good or bad based upon their race or sex. We can not teach that someone's character is predetermined by their race or sex. |
| 6. . . . an individual, by virtue of his or her race or sex, bears responsibility for actions committed in the past by other members of the same race or sex, | We can still teach historical events and discuss the ramifications of topics such as slavery and civil rights without putting the responsibility of these events on the students in our classrooms. We cannot blame a student or place personal responsibility on students for historical issues. |
| 7. . . . any individual should feel discomfort, guilt, anguish or any other form of psychological distress on account of his or her race or sex, or | We cannot tell students how they should or should not feel; yet, we cannot control their feelings. Students may feel anger, sadness, despair or discomfort about a topic, but we cannot make or tell a student to feel uncomfortable. We should not actively promote that students should feel distress or discomfort. We should not fear this statement. We cannot tell students they should feel guilty because of their race or sex. |
| 8. . . . meritocracy or traits such as a hard work ethic are racist or sexist or were created by members of a particular race to oppress members of another race. | Same applies here as in all the above statements. Definition of meritocracy: a system, organization, or society in which people are chosen and moved into positions of success, power, and influence on the basis of their demonstrated abilities and merit. |

**Additional Guidelines:**

Nothing in this law talks about Critical Race Theory, which is typically taught at the university level. CRT is not part of the Oklahoma curriculum. We are not going to "broaden" the meaning of HB 1775 or language of the law.

When teaching, provide the facts without stating students should "think this" or "believe this."

This law does not prohibit conversations about race, ethnicity, diversity, or gender. You still have all the tools you had before, and as always, do not interject your opinion.

If a student brings up a topic related to a prohibition point in HB 1775 within a class discussion, you are okay. You were not teaching the topic and cannot control what a student brings up. However, teachers should always moderate classroom discussions.

If a student asks, "What is CRT?," then a teacher may respond with, "It's often a theory used in higher education to look at laws in society." This response would not violate the law.

Just because a book depicts a character or historical figure who is experiencing or practicing racism, this does not mean you are promoting or transferring that same concept to your students. Classroom discussions centered around such readings should not include any of the 8 prohibitions from HB 1775.

College Board curriculum may still be taught. If there is something specific in the *College Board Curriculum* that you feel may fall under one of these 8 prohibitions, please let us know and we will seek additional guidance.

We teach history so that we do not repeat it. This law does not prohibit such teachings.

**EPS Policy and Procedures:**
A **policy** will be presented to the board on August 2. This policy will provide the steps to file a complaint. The policy needs to be in student and teacher handbooks once approved by the board. Parents have always had the right to review curriculum.

There is a **formal complaint process** outlined in this policy:
1. Complaints must be responded to within 10 days.
    a. In writing
    b. Give name
    c. Name concept (from the 8) that was violated
    d. Provide witnesses
    e. Provide date it happened
2. Outcomes from complaints - 1 let know within 10 days if investigated, 90 days to investigate, 30 days to report findings to SDE
3. If wrongdoing found, could be disciplined following normal discipline actions, SDE can pull certification, false reports can be punished
4. Disciplinary actions fall within current policy and is confidential (except notifying SDE)
5. Key word in complaint is WILLFUL
6. The complaint process is intended for current staff, students or guardians.

If **supplemental materials** are going to be used in the classroom, in addition to the district adopted curriculum or district-approved extended reading lists, please complete the appropriate form linked HERE from Policy #3600RF.
Form B: This form may be attached to the class syllabus at the start of the year OR this verbiage may be included in the class syllabus with the parent permission verbiage being included on the typical acknowledgement" of syllabus.
Form A: anything that may be found later in the year to add to the course as supplemental material