# EXHIBIT 2

# Questions or Concerns about HB 1775

*"Obstacles don't have to stop you. If you run into a wall, don't turn around and give up. Figure out how to climb it, go through it, or work around it."* -- Michael Jordan



4

- Avoid the term "diversity" when naming units or lessons.
    - Ex: Instead of a "Diversity Lit Circle," just call it a Lit Circle.

- Under 1775, Do not discuss "white privilege" as part of your lesson. Students can bring up the topic or discussion.

5