AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Oklahoma

BLACK EMERGENCY RESPONSE TEAM, et al.,)
)
)
)
Plaintiff(s),                     )
)
v.                                )       Case No.    CIV-21-1022-G
JOHN O'CONNOR, in his official capacity as )
Oklahoma Attorney General, et al.,        )
)
)
Defendant(s).             )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Edmond Public Schools Superintendent Angela Grunewald
Office of the Superintendent, Edmond Public Schools
1001 W. Danforth Rd.,
Edmond, OK 73003-4801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Megan Lambert
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF OKLAHOMA
P.O. Box 13327
Oklahoma City, OK 73113
Tel.: 405-524-8511
mlambert@acluok.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:
6:20 pm, Oct 19, 2021
CARMELITA REEDER SHINN, Clerk

By:
*Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Oklahoma

| | |
|---|---|
| BLACK EMERGENCY RESPONSE TEAM, et al.,) | |
| ) | |
| ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | Case No.   CIV-21-1022-G |
| JOHN O'CONNOR, in his official capacity as ) | |
| Oklahoma Attorney General, et al., ) | |
| ) | |
| ) | |
| Defendant(s). ) | |

SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Anita L. Holloway
The University of Oklahoma Board of Regents
660 Parrington Oval
Norman, OK 73019-0390

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Megan Lambert
    AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF OKLAHOMA
    P.O. Box 13327
    Oklahoma City, OK 73113
    Tel.: 405-524-8511
    mlambert@acluok.org

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
6:20 pm, Oct 19, 2021
*CARMELITA REEDER SHINN, Clerk*

By: _____
*Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Western District of Oklahoma

| | |
|---|---|
| BLACK EMERGENCY RESPONSE TEAM, et al., ) | |
| ) | |
| ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | Case No.   CIV-21-1022-G |
| JOHN O'CONNOR, in his official capacity as ) | |
| Oklahoma Attorney General, et al., ) | |
| ) | |
| ) | |
| Defendant(s). ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Ann Holloway
Oklahoma State Regents for Higher Education
655 Research Parkway, Suite 200,
Oklahoma City, OK 73104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Megan Lambert
> AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF OKLAHOMA
> P.O. Box 13327
> Oklahoma City, OK 73113
> Tel.: 405-524-8511
> mlambert@acluok.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
6:20 pm, Oct 19, 2021
*CARMELITA REEDER SHINN, Clerk*

By: _____
*Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Western District of Oklahoma

| | |
|---|---|
| BLACK EMERGENCY RESPONSE TEAM, et al., | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) |
| JOHN O'CONNOR, in his official capacity as | ) |
| Oklahoma Attorney General, et al., | ) |
| | ) |
| | ) |
| Defendant(s). | ) |

Case No.   CIV-21-1022-G

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Brian Bobek
State Board of Education Member
2500 North Lincoln Boulevard, Ste. 118
Oklahoma City, OK 73105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Megan Lambert
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF OKLAHOMA
P.O. Box 13327
Oklahoma City, OK 73113
Tel.: 405-524-8511
mlambert@acluok.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
6:20 pm. Oct 19. 2021
CARMELITA REEDER SHINN, *Clerk*

By:

*Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
## Western District of Oklahoma

| | |
|---|---|
| BLACK EMERGENCY RESPONSE TEAM, et al., ) | |
| ) | |
| ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | Case No.   CIV-21-1022-G |
| JOHN O'CONNOR, in his official capacity as ) | |
| Oklahoma Attorney General, et al., ) | |
| ) | |
| ) | |
| Defendant(s). ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Carlisha Bradley
State Board of Education Member
PO Box 3021
Tulsa, OK 7410

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Megan Lambert
> AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF OKLAHOMA
> P.O. Box 13327
> Oklahoma City, OK 73113
> Tel.: 405-524-8511
> mlambert@acluok.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
6:20 pm, Oct 19, 2021
CARMELITA REEDER SHINN, Clerk

By: _____
        *Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Western District of Oklahoma

| | |
|---|---|
| BLACK EMERGENCY RESPONSE TEAM, et al., ) | |
| ) | |
| ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | Case No.   CIV-21-1022-G |
| JOHN O'CONNOR, in his official capacity as ) | |
| Oklahoma Attorney General, et al., ) | |
| ) | |
| ) | |
| Defendant(s). ) | |

SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Courtney Warmington
Oklahoma State Regents for Higher Education
655 Research Parkway, Suite 200,
Oklahoma City, OK 73104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Megan Lambert
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF OKLAHOMA
P.O. Box 13327
Oklahoma City, OK 73113
Tel.: 405-524-8511
mlambert@acluok.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
6:20 pm, Oct 19, 2021
CARMELITA REEDER SHINN, Clerk

By:

Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
## Western District of Oklahoma

BLACK EMERGENCY RESPONSE TEAM, et al., )
              )
              )
              )
    Plaintiff(s),      )
              )   Case No. CIV-21-1022-G
v.              )
JOHN O'CONNOR, in his official capacity as  )
Oklahoma Attorney General, et al.,     )
              )
              )
    Defendant(s).     )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Cynthia Benson, Edmond Board of Education Vice President
2620 NW 160th Terrace
Edmond, OK 73013

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Megan Lambert
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF OKLAHOMA
P.O. Box 13327
Oklahoma City, OK 73113
Tel.: 405-524-8511
mlambert@acluok.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:
6:20 pm. Oct 19. 2021
CARMELITA REEDER SHINN, Clerk

By: _____
   Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

# UNITED STATES DISTRICT COURT

for the

## Western District of Oklahoma

| | |
|---|---|
| BLACK EMERGENCY RESPONSE TEAM, et al., | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | )    Case No.   CIV-21-1022-G |
| JOHN O'CONNOR, in his official capacity as | ) |
| Oklahoma Attorney General, et al., | ) |
| | ) |
| | ) |
| Defendant(s). | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Dennis Casey, Assistant Secretary
Oklahoma State Regents for Higher Education
655 Research Parkway, Suite 200,
Oklahoma City, OK 73104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Megan Lambert
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF OKLAHOMA
P.O. Box 13327
Oklahoma City, OK 73113
Tel.: 405-524-8511
mlambert@acluok.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
6:20 pm. Oct 19. 2021
CARMELITA REEDER SHINN, Clerk

By:

Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Western District of Oklahoma

BLACK EMERGENCY RESPONSE TEAM, et al.,)

)
)
)

Plaintiff(s),        )

)

v.                              )        Case No.   CIV-21-1022-G

JOHN O'CONNOR, in his official capacity as   )

Oklahoma Attorney General, et al.,        )

)
)

Defendant(s).        )

SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Eric Stevenson
The University of Oklahoma Board of Regents
660 Parrington Oval
Norman, OK 73019-0390

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Megan Lambert
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF OKLAHOMA
P.O. Box 13327
Oklahoma City, OK 73113
Tel.: 405-524-8511
mlambert@acluok.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:
6:20 pm, Oct 19, 2021
CARMELITA REEDER SHINN, *Clerk*

By:

*Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

# UNITED STATES DISTRICT COURT

for the

## Western District of Oklahoma

| | |
|---|---|
| BLACK EMERGENCY RESPONSE TEAM, et al., ) | |
| ) | |
| ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | Case No.   CIV-21-1022-G |
| JOHN O'CONNOR, in his official capacity as ) | |
| Oklahoma Attorney General, et al., ) | |
| ) | |
| ) | |
| Defendant(s). ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Estela Hernandez
State Board of Education Member
4330 NW 30th St.
Oklahoma City, OK 73112

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Megan Lambert
> AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF OKLAHOMA
> P.O. Box 13327
> Oklahoma City, OK 73113
> Tel.: 405-524-8511
> mlambert@acluok.org

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
6:20 pm, Oct 19, 2021
*CARMELITA REEDER SHINN, Clerk*

By: _____
*Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Oklahoma

BLACK EMERGENCY RESPONSE TEAM, et al.,)
)
)
)
Plaintiff(s),                    )
)
v.                                           )   Case No.   CIV-21-1022-G
JOHN O'CONNOR, in his official capacity as   )
Oklahoma Attorney General, et al.,           )
)
)
Defendant(s).                    )

SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Frank Keating
The University of Oklahoma Board of Regents
660 Parrington Oval
Norman, OK 73019-0390

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Megan Lambert
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF OKLAHOMA
P.O. Box 13327
Oklahoma City, OK 73113
Tel.: 405-524-8511
mlambert@acluok.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
6:20 pm, Oct 19, 2021
CARMELITA REEDER SHINN, Clerk

By:

*Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Western District of Oklahoma

| | |
|---|---|
| BLACK EMERGENCY RESPONSE TEAM, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>JOHN O'CONNOR, in his official capacity as<br>Oklahoma Attorney General, et al.,<br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.   CIV-21-1022-G

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Jack Sherry
Oklahoma State Regents for Higher Education
655 Research Parkway, Suite 200,
Oklahoma City, OK 73104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Megan Lambert
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF OKLAHOMA
P.O. Box 13327
Oklahoma City, OK 73113
Tel.: 405-524-8511
mlambert@acluok.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
6:20 pm, Oct 19, 2021
CARMELITA REEDER SHINN, Clerk

By: _____
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Western District of Oklahoma

BLACK EMERGENCY RESPONSE TEAM, et al.,)

)

)

)

Plaintiff(s),     )

)

v.     )     Case No.   CIV-21-1022-G

JOHN O'CONNOR, in his official capacity as  )

Oklahoma Attorney General, et al.,   )

)

)

Defendant(s).   )


SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Jamie Underwood

Edmond Board of Education President

District 3 Representative

1412 Folkstone

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Megan Lambert
> AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF OKLAHOMA
> P.O. Box 13327
> Oklahoma City, OK 73113
> Tel.: 405-524-8511
> mlambert@acluok.org

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:

6:20 pm, Oct 19, 2021

CARMELITA REEDER SHINN, Clerk

By:

Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
## Western District of Oklahoma

BLACK EMERGENCY RESPONSE TEAM, et al., )
                                               )
                                               )
                                               )
                 Plaintiff(s),         )
                                               )
v.                                           )    Case No.   CIV-21-1022-G
JOHN O'CONNOR, in his official capacity as )
Oklahoma Attorney General, et al., )
                                               )
                 Defendant(s).      )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Jay Helm
Oklahoma State Regents for Higher Education
655 Research Parkway, Suite 200,
Oklahoma City, OK 73104

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                          Megan Lambert
                          AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF OKLAHOMA
                          P.O. Box 13327
                          Oklahoma City, OK 73113
                          Tel.: 405-524-8511
                          mlambert@acluok.org

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:
6:20 pm, Oct 19, 2021
CARMELITA REEDER SHINN, Clerk

By:
          Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
## Western District of Oklahoma

| | |
|---|---|
| BLACK EMERGENCY RESPONSE TEAM, et al., ) | |
| ) | |
| ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v.                                                     ) | Case No.   CIV-21-1022-G |
| JOHN O'CONNOR, in his official capacity as   ) | |
| Oklahoma Attorney General, et al.,           ) | |
| ) | |
| ) | |
| Defendant(s).                        ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Jeffrey W. Hickman, Chair
Oklahoma State Regents for Higher Education
655 Research Parkway, Suite 200,
Oklahoma City, OK 73104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Megan Lambert
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF OKLAHOMA
P.O. Box 13327
Oklahoma City, OK 73113
Tel.: 405-524-8511
mlambert@acluok.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:
6:20 pm, Oct 19, 2021
CARMELITA REEDER SHINN, Clerk

By: _____
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Western District of Oklahoma

BLACK EMERGENCY RESPONSE TEAM, et al.,)
)
)
)
Plaintiff(s),    )
)
v.    )    Case No.   CIV-21-1022-G
JOHN O'CONNOR, in his official capacity as  )
Oklahoma Attorney General, et al.,   )
)
)
Defendant(s).   )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Jennifer Monies
State Board of Education Member
1935 NW 20th St.
Oklahoma City, OK 73106

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Megan Lambert
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF OKLAHOMA
P.O. Box 13327
Oklahoma City, OK 73113
Tel.: 405-524-8511
mlambert@acluok.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:
6:20 pm, Oct 19, 2021
CARMELITA REEDER SHINN, Clerk

By:

Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
## Western District of Oklahoma

BLACK EMERGENCY RESPONSE TEAM, et al., )
)
)
)
Plaintiff(s),                  )
)
v.                                        )          Case No.   CIV-21-1022-G
JOHN O'CONNOR, in his official capacity as )
Oklahoma Attorney General, et al.,        )
)
)
Defendant(s).            )


### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Attorney General John O'Connor
Office of the Oklahoma Attorney General
313 NE 21st Street
Oklahoma City, OK 73105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Megan Lambert
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF OKLAHOMA
P.O. Box 13443
Oklahoma City, OK 73113
Tel.: 405-524-8511
mlambert@acluok.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
6:20 pm, Oct 19, 2021
CARMELITA REEDER SHINN, Clerk

By: _____
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Oklahoma

| | |
|---|---|
| BLACK EMERGENCY RESPONSE TEAM, et al.,) | |
| ) | |
| ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | Case No.   CIV-21-1022-G |
| JOHN O'CONNOR, in his official capacity as ) | |
| Oklahoma Attorney General, et al., ) | |
| ) | |
| ) | |
| Defendant(s). ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Joseph L. Parker, Jr.
Oklahoma State Regents for Higher Education
655 Research Parkway, Suite 200,
Oklahoma City, OK 73104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Megan Lambert
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF OKLAHOMA
P.O. Box 13327
Oklahoma City, OK 73113
Tel.: 405-524-8511
mlambert@acluok.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
6:20 pm, Oct 19, 2021
CARMELITA REEDER SHINN, Clerk

By:

*Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Western District of Oklahoma

BLACK EMERGENCY RESPONSE TEAM, et al.,)
)
)
)
Plaintiff(s),        )
)
v.                            )        Case No.   CIV-21-1022-G
JOHN O'CONNOR, in his official capacity as   )
Oklahoma Attorney General, et al.,   )
)
)
Defendant(s).        )

SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
State Superintendent Joy Hofmeister
Oklahoma State Department of Education
Oliver Hodge Building, 2500 North Lincoln Boulevard
Oklahoma City, OK 73105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Megan Lambert
> AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF OKLAHOMA
> P.O. Box 13327
> Oklahoma City, OK 73113
> Tel.: 405-524-8511
> mlambert@acluok.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
6:20 pm, Oct 19, 2021
CARMELITA REEDER SHINN, Clerk

By:
*Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

## Western District of Oklahoma

BLACK EMERGENCY RESPONSE TEAM, et al.,)
)
)
)
Plaintiff(s), )
)
v. )
JOHN O'CONNOR, in his official capacity as )
Oklahoma Attorney General, et al., )
)
)
Defendant(s). )

Case No.   CIV-21-1022-G

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Kathleen Duncan
District 2 Representative
18616 Wolf Creek Drive
Edmond, OK 73012

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Megan Lambert
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF OKLAHOMA
P.O. Box 13327
Oklahoma City, OK 73113
Tel.: 405-524-8511
mlambert@acluok.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
6:20 pm, Oct 19, 2021
CARMELITA REEDER SHINN, Clerk

By:

*Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | |
|---|---|
| BLACK EMERGENCY RESPONSE TEAM, et al., ) | |
| ) | |
| ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | Case No.  CIV-21-1022-G |
| JOHN O'CONNOR, in his official capacity as ) | |
| Oklahoma Attorney General, et al., ) | |
| ) | |
| ) | |
| Defendant(s). ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Governor Kevin Stitt
Office of the Governor
Oklahoma State Capitol, 2300 N Lincoln Blvd.
Oklahoma City, OK 73105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Megan Lambert
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF OKLAHOMA
P.O. Box 13327
Oklahoma City, OK 73113
Tel.: 405-524-8511
mlambert@acluok.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:
6:20 pm, Oct 19, 2021
CARMELITA REEDER SHINN, Clerk

By: _____
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Oklahoma

BLACK EMERGENCY RESPONSE TEAM, et al.,)
)
)
)
    Plaintiff(s),   )
)
v.            )  Case No. CIV-21-1022-G
JOHN O'CONNOR, in his official capacity as )
Oklahoma Attorney General, et al.,   )
)
)
    Defendant(s).  )

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Lee Ann Kuhlman
District 1 Representative
3504 Rena Dawn Lane
Edmond, OK 37013

  A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

       Megan Lambert
       AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF OKLAHOMA
       P.O. Box 13327
       Oklahoma City, OK 73113
       Tel.: 405-524-8511
       mlambert@acluok.org

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:
6:20 pm, Oct 19, 2021
*CARMELITA REEDER SHINN, Clerk*

By:
   *Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
## Western District of Oklahoma

| | |
|---|---|
| BLACK EMERGENCY RESPONSE TEAM, et al., ) | |
| ) | |
| ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | Case No.   CIV-21-1022-G |
| JOHN O'CONNOR, in his official capacity as ) | |
| Oklahoma Attorney General, et al., ) | |
| ) | |
| ) | |
| Defendant(s). ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Michael A. Cawley, Chair of the Board
The University of Oklahoma Board of Regents
660 Parrington Oval
Norman, OK 73019-0390

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Megan Lambert
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF OKLAHOMA
P.O. Box 13327
Oklahoma City, OK 73113
Tel.: 405-524-8511
mlambert@acluok.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:
6:20 pm, Oct 19, 2021
*CARMELITA REEDER SHINN, Clerk*

By: _____
*Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | |
|---|---|
| BLACK EMERGENCY RESPONSE TEAM, et al.,) | |
| ) | |
| ) | |
| ) | |
| Plaintiff(s),   ) | |
| ) | |
| v.   ) | Case No.   CIV-21-1022-G |
| JOHN O'CONNOR, in his official capacity as   ) | |
| Oklahoma Attorney General, et al.,   ) | |
| ) | |
| ) | |
| Defendant(s).   ) | |

SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Michael C. Turpen, Vice Chair
Oklahoma State Regents for Higher Education
655 Research Parkway, Suite 200,
Oklahoma City, OK 73104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Megan Lambert
> AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF OKLAHOMA
> P.O. Box 13327
> Oklahoma City, OK 73113
> Tel.: 405-524-8511
> mlambert@acluok.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
6:20 pm. Oct 19. 2021
CARMELITA REEDER SHINN, Clerk

By:
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Oklahoma

BLACK EMERGENCY RESPONSE TEAM, et al., )
                                                     )
                                                     )
                                                     )
                Plaintiff(s),              )
                                                         )
v.                                                        )     Case No.  CIV-21-1022-G
JOHN O'CONNOR, in his official capacity as    )
Oklahoma Attorney General, et al.,           )
                                                         )
                                                       )
                Defendant(s).          )

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Natalie Shirley
The University of Oklahoma Board of Regents
660 Parrington Oval
Norman, OK 73019-0390

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Megan Lambert
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF OKLAHOMA
P.O. Box 13327
Oklahoma City, OK 73113
Tel.: 405-524-8511
mlambert@acluok.org

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
6:20 pm, Oct 19, 2021
CARMELITA REEDER SHINN, Clerk

By: _____
            *Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | | |
|---|---|---|
| BLACK EMERGENCY RESPONSE TEAM, et al., | ) | |
| | ) | |
| | ) | |
| **Plaintiff(s),** | ) | |
| | ) | |
| v. | ) | Case No.   CIV-21-1022-G |
| JOHN O'CONNOR, in his official capacity as | ) | |
| Oklahoma Attorney General, et al., | ) | |
| | ) | |
| | ) | |
| **Defendant(s).** | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Phil B. Albert
The University of Oklahoma Board of Regents
660 Parrington Oval
Norman, OK 73019-0390

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Megan Lambert
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF OKLAHOMA
P.O. Box 13327
Oklahoma City, OK 73113
Tel.: 405-524-8511
mlambert@acluok.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:
6:20 pm, Oct 19, 2021
CARMELITA REEDER SHINN, Clerk

By: _____
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Oklahoma

BLACK EMERGENCY RESPONSE TEAM, et al., )
                                        )
                                        )
                                        )
                    Plaintiff(s),       )
                                        )
v.                                      )        Case No.  CIV-21-1022-G
JOHN O'CONNOR, in his official capacity as )
Oklahoma Attorney General, et al.,      )
                                        )
                                        )
                    Defendant(s).       )


### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Rick Nagel
The University of Oklahoma Board of Regents
660 Parrington Oval
Norman, OK 73019-0390

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Megan Lambert
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF OKLAHOMA
P.O. Box 13327
Oklahoma City, OK 73113
Tel.: 405-524-8511
mlambert@acluok.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
6:20 pm, Oct 19, 2021
CARMELITA REEDER SHINN, Clerk

By:
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Western District of Oklahoma

BLACK EMERGENCY RESPONSE TEAM, et al., )
                                             )

                                             )

                                             )

              Plaintiff(s),         )

                                             )

v.                                       )     Case No. CIV-21-1022-G

JOHN O'CONNOR, in his official capacity as  )

Oklahoma Attorney General, et al.,     )

                                             )

                                             )

             Defendant(s).       )

SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Steven W. Taylor, Secretary
Oklahoma State Regents for Higher Education
655 Research Parkway, Suite 200,
Oklahoma City, OK 73104

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Megan Lambert
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF OKLAHOMA
P.O. Box 13327
Oklahoma City, OK 73113
Tel.: 405-524-8511
mlambert@acluok.org

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
6:20 pm, Oct 19, 2021
CARMELITA REEDER SHINN, Clerk

By: _____
          *Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

BLACK EMERGENCY RESPONSE TEAM, et al.,)
                                      )
                                      )
                                      )
            Plaintiff(s),             )
                                      )
v.                                    )         Case No.   CIV-21-1022-G
JOHN O'CONNOR, in his official capacity as    )
Oklahoma Attorney General, et al.,            )
                                      )
                                      )
            Defendant(s).             )


SUMMONS IN A CIVIL ACTION


To: *(Defendant's name and address)*
Trent Smith
State Board of Education Member
609 Guilford PL
Yukon, OK 73099

          A lawsuit has been filed against you.

          Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

          Megan Lambert
          AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF OKLAHOMA
          P.O. Box 13327
          Oklahoma City, OK 73113
          Tel.: 405-524-8511
          mlambert@acluok.org

          If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
6:20 pm, Oct 19, 2021
*CARMELITA REEDER SHINN, Clerk*

By:
          *Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
## Western District of Oklahoma

| | |
|---|---|
| BLACK EMERGENCY RESPONSE TEAM, et al.,) | |
| ) | |
| ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | Case No.   CIV-21-1022-G |
| JOHN O'CONNOR, in his official capacity as ) | |
| Oklahoma Attorney General, et al., ) | |
| ) | |
| ) | |
| Defendant(s). ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
William Flanagan
State Board of Education Member
Oliver Hodge Building, 2500 North Lincoln Boulevard
Oklahoma City, OK 73105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Megan Lambert
> AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF OKLAHOMA
> P.O. Box 13327
> Oklahoma City, OK 73113
> Tel.: 405-524-8511
> mlambert@acluok.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
6:20 pm, Oct 19, 2021
CARMELITA REEDER SHINN, Clerk

By:

*Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*