AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* Attorney General John O'Connor

was received by me on *(date)* 10/21/21 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Lori Cornell , who is

designated by law to accept service of process on behalf of *(name of organization)* Attorney General

John O'Connor on *(date)* 10/21/21 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

Server's signature

2019-46

Tagun M. Tucker    Oklahoma Process Server
Printed name and title


3111 W. Wilshire Blvd, Oklahoma City Ok 73116
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* Superintendent Joy Hofmeister
was received by me on *(date)* 10-20-21 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Susan Miller , who is
designated by law to accept service of process on behalf of *(name of organization)* State Dept
of Education on *(date)* 10-21-21 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10-21 _____

_____
Server's signature

Trey Parker Process Server
Printed name and title

3111 W Wilshire Blvd OKC OK 73116
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))

This summons for *(name of individual and title, if any)* William Flanagan

was received by me on *(date)* 10-20-21 .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Susan Miller , who is

designated by law to accept service of process on behalf of *(name of organization)* State Board

of Education on *(date)* 10-21-21 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10-21-21

_____
Server's signature

Trey Parker  Process Server
Printed name and title

3111 W Wilshire Blvd OKC, OK 73116
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*   Carlisha Bradley

was received by me on *(date)*   10/26/21 .

☐ I personally served the summons on the individual at *(place)*

_____   on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Norcetta Blandon , who is

designated by law to accept service of process on behalf of *(name of organization)*   Oklahoma State

Board of Education   on *(date)* 10/26/21 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/26/21

_____
*Server's signature*

Jagen M. Tucker   Oklahoma Process Server 2019.46
*Printed name and title*

3111 W Wilshire Blvd, Oklahoma City OK
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _Jennifer Monres_
was received by me on *(date)* _10/21/21_ .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* _Paul_
_Monres_ , a person of suitable age and discretion who resides there,
on *(date)* _10/21/21_ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_ .

I declare under penalty of perjury that this information is true.

Date: _10/21/21_    _____
                         *Server's signature*

                    _Tegen M. Tucker   Oklahoma Process Server_   2019-46
                         *Printed name and title*

                    _3111 W. Wilshire Blvd, Oklahoma City OK_
                         *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*  Estela Hernandez

was received by me on *(date)*  10/21/21 .

☑ I personally served the summons on the individual at *(place)*  4330 NW 30th St. Oklahoma City, OK 73112                                                                on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*  2019-46

Tagun M. Tucker    Oklahoma Process Server
*Printed name and title*

3111 W. Wilshire Blvd, Oklahoma City OK
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* Brian Bobek

was received by me on *(date)* 10-20-21 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Susan Miller , who is

designated by law to accept service of process on behalf of *(name of organization)* State Board
of Education on *(date)* 10-21-21 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10-21-21               _____
                                    *Server's signature*

                          Trey Parker  Process Server
                                    *Printed name and title*


                   3111 W Wilshire Blvd  okc, OK 73116
                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*  Trent Smith

was received by me on *(date)*  10/22/21  .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Norcetta Blandon  , who is
designated by law to accept service of process on behalf of *(name of organization)*  Trent Smith;
Attorney for the State Board of Education  on *(date)*  10/22/21  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  10/22/21

_____
*Server's signature*

2019.46

Logan M. Tucker  Oklahoma Process Server
*Printed name and title*


3111 W. Wilshire Blvd, Oklahoma City, OK
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*   Governor Kevin Stitt

was received by me on *(date)*   10-20-21   .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   Huckey   , who is
designated by law to accept service of process on behalf of *(name of organization)*   Office of
the Governor   on *(date)*   10-21-21   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   10-21-21

_____
Server's signature

Trey Parker Process Server
Printed name and title

3111 W Wilshire Blvd  okc ok 23116
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* Jeffrey W. Hickman, Chair

was received by me on *(date)* 10/20/21 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Kylec Smith , who is

designated by law to accept service of process on behalf of *(name of organization)* Oklahoma State

Regents for Higher Education on *(date)* 10/21/21 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/21/21                    *James Allred*
                                  Server's signature

                                  James Allred
                                  PSS 2019-4    Printed name and title Oklahoma

                                  3231 N. UTAH Ave  OKC, OK
                                  Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* Michael C. Turpen, Vice Chair

was received by me on *(date)* 10/20/21 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Kylee Smith , who is

designated by law to accept service of process on behalf of *(name of organization)* Oklahoma State

Regents for Higher Education on *(date)* 10/21/21 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/21/21

James Allred
*Server's signature*

James Allred
PSS-2019-4    *Printed name and title* Oklahoma

3231 N. UTAH Ave OKC, OK
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*  STeven W. Taylor, Secretary

was received by me on *(date)*  10/20/21  .

☐ I personally served the summons on the individual at *(place)*

_____  on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Kylee Smith , who is

designated by law to accept service of process on behalf of *(name of organization)*  Oklahoma STaTe

Regents for Higher educaTion  on *(date)* 10/21/21  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: 10/21/21

James Allred
*Server's signature*

James Allred
PSS-2019-4       *Printed name and title* Oklahoma

3231 N. UTAH Ave OKC, OK
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* Dennis Casey, Assistant Secretary
was received by me on *(date)* 10/20/21 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Kylee Smith , who is
designated by law to accept service of process on behalf of *(name of organization)* Oklahoma State
Regents for Higher Education on *(date)* 10/21/21 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/21/21          _James Allred_____
                              *Server's signature*

                              James Allred
                              PSS-2019-4   *Printed name and title* Oklahoma

                              3231 N. UTAH Ave OKC, OK
                                         *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*  Jay Helm

was received by me on *(date)*  10/20/21  .

☐ I personally served the summons on the individual at *(place)*

on *(date)*                          ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                     , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Kylee Smith                          , who is

designated by law to accept service of process on behalf of *(name of organization)*  Oklahoma State

Regents for Higher Education        on *(date)*  10/21/21  ; or

☐ I returned the summons unexecuted because                                     ; or

☐ Other *(specify):*

My fees are $              for travel and $              for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:  10/21/21

James Allred
*Server's signature*

James Allred
PSS-2019-4     *Printed name and title*  Oklahoma

3231 N. UTAH Ave OKC, OK
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*  Ann Helloway

was received by me on *(date)*  10/20/21  .

☐ I personally served the summons on the individual at *(place)*

_____  on *(date)* _____  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____  , a person of suitable age and discretion who resides there,

on *(date)* _____  , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Kylee Smith  , who is

designated by law to accept service of process on behalf of *(name of organization)*  Oklahoma State

Regents for Higher Education  on *(date)*  10/21/21  ; or

☐ I returned the summons unexecuted because _____  ; or

☐ Other *(specify):*

My fees are $ _____  for travel and $ _____  for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  10/21/21

_____
*Server's signature*

James Allred
PSS-2019-4          *Printed name and title*  Oklahoma

3231 N. UTAH Ave  OKC, OK
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*  Joseph L. Parker, Jr.

was received by me on *(date)*   10/20/21   .

☐ I personally served the summons on the individual at *(place)*

                                             on *(date)*                  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

                                    , a person of suitable age and discretion who resides there,

on *(date)*                  , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Kylee Smith          , who is

designated by law to accept service of process on behalf of *(name of organization)*  Oklahoma State

Regents for Higher Education     on *(date)*  10/21/21     ; or

☐ I returned the summons unexecuted because                            , or

☐ Other *(specify):*

                                                                    .

My fees are $           for travel and $          for services, for a total of $   0.00      .

I declare under penalty of perjury that this information is true.

Date:  10/21/21

                             James Allred
                                      *Server's signature*

                             James Allred
                     PSS-2019-4      *Printed name and title* Oklahoma

                           3231 N. UTAH Ave OKC, OK
                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*  Jack Sherry

was received by me on *(date)*   10/20/21   .

☐ I personally served the summons on the individual at *(place)*

_____  on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Kylee Smith _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*  Oklahoma State

Regents for Higher Education _____ on *(date)*  10/21/21  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: 10/21/21

_____
Server's signature

James Allred
PSS-2019-4    Printed name and title Oklahoma

3231 N. UTAH Ave OKC, OK
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*  Courtney Warmington

was received by me on *(date)*  10/20/21 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Kylee Smith _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*  Oklahoma State

Regents for Higher Education  on *(date)* 10/21/21 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/21/21

_James Allred_
Server's signature

_James Allred_
PSS-2014-4    Printed name and title Oklahoma

3231 N. UTAH Ave  OKC, OK
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* Michael A. Cawley

was received by me on *(date)* 10-20-21 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Debra Skinner , who is

designated by law to accept service of process on behalf of *(name of organization)* OU Board

of Regents on *(date)* 10-21-21 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date: 10-21-21       _____
                                     *Server's signature*

                     Trey Parker Process Server
                                     *Printed name and title*

                     3111 W Wilshire Blvd, OKC, OK 73116
                                     *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*  Frank Keating

was received by me on *(date)*  10-20-21 .

☐ I personally served the summons on the individual at *(place)* _____
_____  on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Debra Skinner , who is
designated by law to accept service of process on behalf of *(name of organization)*  OU Board
of Regents  on *(date)*  10-21-21 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  10-21-21 _____

_____
Server's signature

Trey Parker  Process Server
Printed name and title

3111 W Wilshire Blvd OKC, OK 73116
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Clv. P. 4(l))*

This summons for *(name of individual and title, if any)*  Phil B. Albert

was received by me on *(date)*  10-20-21  .

☐ I personally served the summons on the individual nt *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Debra Skinner , who is

designated by law to accept service of process on behalf of *(name of organization)*  OU Board

of Regents  on *(date)* 10-21-21 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: 10-21-21

_____
Server's signature

Trey Parker  Process Server
Printed name and title

3111 W Wilshire Blvd OKC OK 7311(
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*  Natalie Shirley

was received by me on *(date)*  10-20-21 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Debra Skinner , who is

designated by law to accept service of process on behalf of *(name of organization)*  OU Board

of Regents  on *(date)*  10-21-21 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  10-21-21

_____
Server's signature

Trey Parker  Process Server
Printed name and title

3111 W Wilshire Blvd OKC, OK 73116
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* __Eric Stevenson__

was received by me on *(date)* __10-20-21__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Debra Skinner__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __Ou Board__
__of Regents__ on *(date)* __10-21-21__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __10-21-21__                         _____
                                              *Server's signature*

                              __Trey Parker   Process Server__
                                     *Printed name and title*

                         __3111 W Wilshire Blvd OKC Ok 73116__
                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* Anita L. Holloway

was received by me on *(date)* 10-20-21 .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Debra Skinner , who is

designated by law to accept service of process on behalf of *(name of organization)* OU Board

of Regents on *(date)* 10-21-21 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10-21-21 _____

_____
Server's signature

Trey Parker Process Server
Printed name and title

3111 W Wilshire Blvd OKC,OK 73116
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* ___Rick Nagel_____
was received by me on *(date)* ___10-20-21___.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* ___Debra Skinner_____ , who is
designated by law to accept service of process on behalf of *(name of organization)* ___OU Board___
___of Regents_____ on *(date)* __10-21-21__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _10-21-21_

_____
Server's signature

Trey Parker  Process Server
Printed name and title

311 W Wilshire Blvd OKC,OK 73116
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* Edmond Public School Superintendent Angela Grunewal

was received by me on *(date)* 10/21/21 .

☑ I personally served the summons on the individual at *(place)* 1001 W. Danforth Rd. Edmond

Oklahoma 73003 on *(date)* 10/21/21 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*  2015.46

Tagen M. Tucker   Oklahoma Process Server
*Printed name and title*

3111 W. Wilshire Blvd Oklahoma City, Ok
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*  Jamie Underwood
was received by me on *(date)*  10 23 21  .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* Mr. Underwood,
husband of the Defendant.  , a person of suitable age and discretion who resides there,
on *(date)*  10 23 21  , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  10 23 21

_____
*Server's signature*

2019-46

Jager M. Tucker  Oklahoma Process Server
*Printed name and title*


3111 W Wilshire Blvd, Oklahoma City Ok
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* Cynthia Benson, Edmond Board of Education Vice President
was received by me on *(date)* 10/24/21 .

☒ I personally served the summons on the individual at *(place)* 2620 NW 160th Terr. Edmond, Ok
73013                                        on *(date)* 10/24/21      ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____                    on *(date)* _____      ; or

☐ I returned the summons unexecuted because _____      ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/24/21

_____
*Server's signature*

2019-46

Karen M. Tucker  Oklahoma Process Server
*Printed name and title*

3111 W Washine Blvd, Oklahoma City Ok
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*  Kathleen Duncan

was received by me on *(date)*  10/21/21  .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because  Deferdant live's in private community ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  10/21/21

Server's signature

Tagen M. Tucker   Oklahoma Process Server   2019-46
Printed name and title

3111 W. Wilshire Blvd. Oklahoma City, Ok
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*  Lee Ann Kuhlman

was received by me on *(date)*  10/23/21  .

☑ I personally served the summons on the individual at *(place)*  3504 Rena Dawn Lane, Edmond
Oklahoma  73013                      on *(date)*  10/23/21  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  10/22/21 _____

_____
Server's signature
2014-46

Tagen M. Tucker  Oklahoma Process Server
Printed name and title


3111 W Wilshire Blvd, Oklahoma City Ok
Server's address

Additional information regarding attempted service, etc: