# Exhibit 1

# An Act

ENROLLED HOUSE
BILL NO. 1775
By: West (Kevin), Stearman,
Stark, Caldwell (Chad),
Crosswhite Hader, Williams,
Olsen, West (Rick), Gann,
Bashore, Kendrix, Smith,
Grego, Pfeiffer, Martinez,
Roe, Sneed, Marti,
Steagall, Russ and Conley
of the House

and

Bullard, Hamilton, Jett
Standridge, Dahm, Weaver,
Bergstrom, Merrick,
Pederson, Rogers, Burns and
Stephens of the Senate

An Act relating to education; prohibiting certain
students within certain institutions from being
required to engage in certain training or counseling;
allowing for voluntary counseling; prohibiting
orientation or requirement that presents any form of
certain stereotyping or bias; directing promulgation
of rules pursuant to certain act and subject to
certain approval; prohibiting certain application;
prohibiting employees of certain schools from
requiring certain concepts to be part of a course;
specifying concepts; directing promulgation of rules
pursuant to certain act and subject to certain
approval; providing for codification; providing an
effective date; and declaring an emergency.

SUBJECT: Education

BE IT ENACTED BY THE PEOPLE OF THE STATE OF OKLAHOMA:

SECTION 1.   NEW LAW   A new section of law to be codified in the Oklahoma Statutes as Section 24-157 of Title 70, unless there is created a duplication in numbering, reads as follows:

A.  1.  No enrolled student of an institution of higher education within The Oklahoma State System of Higher Education shall be required to engage in any form of mandatory gender or sexual diversity training or counseling; provided, voluntary counseling shall not be prohibited.  Any orientation or requirement that presents any form of race or sex stereotyping or a bias on the basis of race or sex shall be prohibited.

2.  Pursuant to the provisions of the Administrative Procedures Act, the Oklahoma State Regents for Higher Education shall promulgate rules, subject to approval by the Legislature, to implement the provisions of this subsection.

B.  The provisions of this subsection shall not prohibit the teaching of concepts that align to the Oklahoma Academic Standards.

1.  No teacher, administrator or other employee of a school district, charter school or virtual charter school shall require or make part of a course the following concepts:

    a.   one race or sex is inherently superior to another race or sex,

    b.   an individual, by virtue of his or her race or sex, is inherently racist, sexist or oppressive, whether consciously or unconsciously,

    c.   an individual should be discriminated against or receive adverse treatment solely or partly because of his or her race or sex,

    d.   members of one race or sex cannot and should not attempt to treat others without respect to race or sex,

    e.   an individual's moral character is necessarily determined by his or her race or sex,

    f.   an individual, by virtue of his or her race or sex, bears responsibility for actions committed in the past by other members of the same race or sex,

   g. any individual should feel discomfort, guilt, anguish or any other form of psychological distress on account of his or her race or sex, or

   h. meritocracy or traits such as a hard work ethic are racist or sexist or were created by members of a particular race to oppress members of another race.

 2. The State Board of Education shall promulgate rules, subject to approval by the Legislature, to implement the provisions of this subsection.

 SECTION 2. This act shall become effective July 1, 2021.

 SECTION 3. It being immediately necessary for the preservation of the public peace, health or safety, an emergency is hereby declared to exist, by reason whereof this act shall take effect and be in full force from and after its passage and approval.

Passed the House of Representatives the 3rd day of May, 2021.

                                                                  _____
Presiding Officer of the House
of Representatives

Passed the Senate the 21st day of April, 2021.

                                   _____
Presiding Officer of the Senate

```
                    OFFICE OF THE GOVERNOR
      Received by the Office of the Governor this _____
day of _____, 20_____, at _____ o'clock _____ M.
By: _____
      Approved by the Governor of the State of Oklahoma this _____
day of _____, 20_____, at _____ o'clock _____ M.



                                        _____
                                        Governor of the State of Oklahoma

                  OFFICE OF THE SECRETARY OF STATE
      Received by the Office of the Secretary of State this _____
day of _____, 20_____, at _____ o'clock _____ M.
By: _____
```

ENR. H. B. NO. 1775                                                                               Page 4