# Exhibit 10

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| [1] BLACK EMERGENCY RESPONSE TEAM, et al., <br><br> *Plaintiffs*, <br> v. <br><br><br> [l] JOHN O'CONNOR, in his official capacity as Oklahoma Attorney General, et al., <br><br> *Defendants.* | ) <br> ) <br> ) <br> ) <br> ) <br> )     Case No. 5:21-cv-01022-G <br> ) <br> )     Hon. Charles B. Goodwin <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## <u>Declaration of Marvin Lynn, Ph.D.</u>

I, Marvin Lynn, pursuant to 28 U.S.C. § 1746, declare the following:

1. I am a Professor and former Dean of the College of Education at Portland State University in Oregon. I have worked in the field of education for nearly three decades and have conducted extensive research in education. Prior to working in higher education, I worked as an elementary school teacher in New York City and Chicago. For the last two decades, I have worked as a professor and full-time academic dean or associate dean in Colleges or Schools of Education in Indiana, Illinois, Wisconsin, Maryland, and Oregon. I have taught mainly graduate courses in multicultural education, urban education, elementary education, critical race theory, and African American education.  I have attached a copy of my curriculum vitae that lays out my education, experience, and expertise.

2. I was asked to give my expert opinion and impressions regarding the benefits of certain teachings reflecting race, culture, and gender, as well as diversity and harassment training, and potential implications of Oklahoma's House Bill 1775 on teaching, student learning and environment. In forming my opinions in this case, I rely on my experience and expertise, the research cited in this report, and the following documents reviewed: the complaint, client declarations, Oklahoma Academic Standards, House Bill 1775 and State Board implementing regulations.

3. My research has documented how teachers of color, particularly African American men, draw on their students' culture to effectively teach in poor and working-class

urban public schools (Lynn, 1999, 2001, 2002, 2006a, 2006b), (Lynn & Jennings, 2009), and (Lynn, Johnson & Hassan, 1999). My scholarship has been situated squarely within the rich body of research that examines how teachers draw on students' cultural resources to promote academic success for students of color. Additional research (Ladson-Billings, 1995) and my own teaching experiences demonstrate how all students benefit from teaching practices that view students' culture and language as assets.

4. These approaches to teaching are referred to as "Resource Pedagogies" (Paris & Ball, 2009), (Paris, 2012), and (Reyes & Norman, 2021). Resource pedagogies, view students' culture and language as assets and not deficits (Reyes and Norman, 2021). Moreover, resource pedagogies "repositioned the linguistic, cultural, and literate practices of poor communities—particularly poor communities of color— as resources" (Paris, 2012).

5. Culturally responsive teaching, culturally relevant teaching, and culturally sustaining pedagogy are defined as Resource Pedagogies.

6. Culturally responsive teaching, "is defined as using the cultural characteristics, experiences, and perspectives of ethnically diverse students as conduits for teaching them more effectively" (Gay, 2002). Culturally responsive teachers situate learning within the realm of students' experiences as a way to make learning more personally meaningful. Academic outcomes for students of color, in particular, are increased (Gay, 2002).

7. Culturally relevant teaching focuses on ensuring that students of color achieve academic success, develop a deep appreciation for their own culture and history, learn to be concerned about issues of social inequality, and begin to see themselves as empowered citizens in a democracy with the responsibility to be engaged in community uplift and advancement (Ladson Billings, 1994, 1995a, 1995b).

8. There is an overwhelming amount of research that suggests that culturally responsive and culturally relevant teaching methods have a strong positive impact on student learning (Howard & Rodriguez-Minkoff, 2017) and (Byrd, 2016). In fact, Byrd (2016) conducted a student survey that included the perspectives of over 300 White, African American, Latinx, and Asian American students and found that the vast majority of these students believed culturally relevant instruction was important for their academic success.

9. Culturally sustaining pedagogy is an evolution of both of these areas of focus. It has been argued that too much emphasis is placed on teaching students of color to learn the language of the dominant culture (Paris, 2012). Teachers should have the freedom to do more than draw on student culture as a basis for making the

2

curriculum more responsive and/or relevant or as a way to teach students. Classrooms should be places where bilingualism and bi-culturalism are encouraged, promoted, and ultimately *sustained* (Paris, 2012).

10. Culturally sustaining pedagogy also seeks to challenge trans/homophobia and sexism in schools by recognizing racially and ethnically diverse students also are diverse in their sexual and gender identities (Paris & Alim, 2017). These identities are also sustained and not erased. As such, culturally sustaining pedagogies demand that both schools and classrooms shift their practices to suit the cultural and linguistic needs of their students.

11. Resource pedagogies demand that teachers shift from a deficit-based mindset about communities of students of color to an asset-based approach that values and honors students' culture and lived experiences. In order to do this, teachers must confront their own internalized racial, ethnic, gender, and social class biases and believe in their own ability to positively impact the achievement of all students (Lynn, et al., 2010).

12. There is a strong relationship between teacher quality and student achievement (Darling-Hammond, 2000), (Lynn, et al., 2010), and (Peske & Haycock, 2006). In fact, for students of color, who may not have access to a wealth of academic resources at home, good teachers are critically important for their academic success (Haycock, 2006).

13. Good teachers value their students' home cultures and lived experiences, possess a high degree of cultural competence, understand how to draw on resource pedagogies as a tool to advance academic achievement for all students, and have a high degree of self-efficacy (Lynn, et al., 2010). In fact, teachers' self-efficacy beliefs are a critical factor in shaping their ability to effectively teach African American, Latinx, and Indigenous students – especially those who may be experiencing poverty (Noguera, 2007). In other words, teachers must believe in their students' potential for success, if they are going to help their students to become academically successful. Successful teachers of students of color must overcome their own biases in order to effectively teach these students.

14. Resource pedagogies demand that teachers confront and transform their biases and embrace the culture and lived experiences of all students (Paris, 2012). This is an important precursor to academic success for populations that have historically experienced persistent school failure.

15. Given what we know about the important links between student success and teacher quality as determined by teachers' cultural competence, their ability to draw on student assets, and their self-efficacy beliefs – efforts to narrow the teacher education curriculum and limit teachers' opportunities to honestly address

issues of race and culture in the classroom will likely stifle teachers' creativity and severely limit their ability to teach diverse students effectively.

16. Since there is a strong link between culturally sustaining teaching practices and the academic success of students of color, efforts to curtail teachers' ability to use these practices will likely negatively impact the overall success of students of color.

17. This will also negatively impact our ability to diversify the teaching workforce. Students of color who express an interest in teaching do so because of their commitment to uplifting and advancing their own communities (Lynn, 2006). My own research has shown that teachers of color are motivated to teach because they see culturally sustaining teaching practices as one key way to support their students and thereby uplift their communities. If they are not able to use these approaches in the classroom, they are far less likely to see teaching as a viable professional opportunity worth pursuing.

18. Other research I've conducted has also shown that teacher education students generally have high expectations about developing the necessary skills to effectively teach students of color (Lynn & Smith-Maddox, 2007). They expect to learn to become social justice educators equipped with tools to advance high achievement for all students. If teacher education programs cannot offer the curriculum that would support teachers to become social justice educators, teacher education programs will face severe declines in enrollment. Ultimately, the teaching profession will face even greater shortages than those we are seeing now.

19. There is already strong evidence to suggest that "laws banning critical race theory are putting a chill on" teachers' ability to plan their lessons effectively (NPR, May 28, 2021). Critical race theory has been misconstrued broadly by conservative pundits who have purposefully attached the term to a whole range of ideas including culturally relevant teaching, culturally responsive teaching, patriarchy and other ideas and practices that have been commonplace in schools for decades (Wallace-Wells, 2021).

20. The aforementioned NPR article quotes an Oklahoma City teacher and school board chair who argue that the passage of state law banning discussions of race in schools has stifled instruction and made it difficult for teachers to determine how to approach challenging topics such as race – which are ever-present in our society. The article goes on to talk about how the law has created a climate of fear among teachers across the state and in other states where such laws have been passed. Kim (2021) refers to such laws as "an assault" on pedagogy and teachers' autonomy as education professionals.

21. The sworn declarations filed in this case also provide evidence that H.B. 1775 is chilling and censoring important teaching in classrooms. This "assault" on teaching, as referred to by Kim (2021), related to diversity, equity, and inclusion ("DEI") has been harmful to African American students according to NAACP-Oklahoma. Parents comment that the lack of access to DEI courses and curriculum across the educational pipeline has directly harmed their students. One parent included in the NAACP's declaration has noted how this has already led to the exclusion of books from the curriculum that have been written by African American authors. One of the students included (Student A.A.) expressed serious concerns about a lack of representation of authors of color in the curriculum. This student, who is White, expressed concerns about having a limited worldview based on the way the law has narrowed the curriculum.

22. Additional evidence provided in the declaration prepared by AIM leaders details a shocking history of racialized and cultural harassment of Native students in Oklahoma schools. Research supports their position that both Native and Non-Native students will benefit from information about the history of Native Americans and other communities of color in the state and in the nation – even if that history is difficult.

23. Similarly, the Killackey declaration offers a teacher's perspective on how H.B. 1775 is negatively impacting teaching and learning. My review of the banned concepts reinforces his view that the law essentially forces teachers to "whitewash" the curriculum and forces them to offer a very limited and narrow curriculum. He addresses the potential harm that could befall him and other teachers who attempt to offer a more honest and inclusive curriculum. Teachers should never fear losing their jobs because of their commitment to providing all students with a broad, diverse, and inclusive curriculum.

24. Crawford's declaration speaks to the confusion that many teachers are facing because of the vagueness of HB 1775. I agree that while the law seems to state that it will not prohibit teachers from implementing the state curriculum standards, the law, in many ways, stands in direct contradiction to the values espoused in the standards. Both Crawford and Killackey are teachers who use culturally relevant approaches to teaching. They should be rewarded for their commitment to student learning and to helping students to reach the standards, not threatened.

25. Finally, the student, S.L. rightly expresses concerns about being denied the opportunity to experience a culturally relevant classroom. It is clear that S.L. does not believe H.B. 1775 is in the best interest of her and her fellow students in their district. S.L.'s response is reasonable. Based on my experience as an educator and researcher, students of color like S.L. can benefit greatly from Resource Pedagogies as can other students. These benefits are at-risk under H.B. 1775.

26. As the vast majority of research has shown, learning experiences including courses, professional development, and training that focus on race, culture, gender, and human sexuality are positive or do not show harm to students or their teachers within K-12 schools or on college campuses (Denson & Bowman, 2017).

27. In addition, the legal constriction of opportunities for students and their teachers to learn about these important concepts has had a chilling effect on the profession of teaching across the educational pipeline. Teachers feel less certain about whether their efforts to teach an honest curriculum will cause harm or lead to significant student and parent complaints. As the declaration from the Oklahoma NAACP makes clear, there is a high level of fear and uncertainty in the environment.

28. As an administrator, I am also very concerned about the complaint process, as outlined. It places an undue burden on school administrators to sort through large volumes of paperwork that will unnecessarily distract educators and administrators from doing their most important work – teaching and managing schools.

29. H.B. 1775 does not appear to have any sound pedagogical basis and it negatively impacts educators' ability to make independent decisions about what they will teach and how they will teach it. As noted in the declaration written by Crawford, the language is vague, unclear, and easily misunderstood. Additionally, as stated earlier, it directly contradicts the state standards. And as pointed out by both high school English teachers – Killackey and Crawford – the restrictions may undermine the State's efforts to ensure Oklahoma's students have the skill sets needed to be prepared for college.

30. This limits their autonomy and agency as educators who should be able to use their intellectual resources to construct relevant curriculum and teaching materials in their classrooms. In my view, this results in what Allan Bloom (1987) referred to as "the closing of the American mind" which is ultimately undemocratic. It is tantamount to the elimination of academic freedom and brings about a serious restriction of free speech and the free exchange of ideas and information that is critical to learning and building a true democracy.

31. According to the sworn declarations, this is happening now in schools across Oklahoma and it is harming students' social, cognitive and emotional development. Based on my experience and expertise as an educator, researcher, and higher education faculty member and administrator, there is an imminent need to stop this harm now as the detrimental effects can be expected to compound overtime.

32. In my opinion, this will also lead to teacher shortages – across the board – which will ultimately result in a serious decline in student attainment and achievement across the pre-school through graduate school educational pipeline.

33. Some of the research on sexual harassment on college campuses has examined the relationship between sexual harassment training and workers' attitudes about issues of sexual harassment (Antecol and Cobb-Clark, 2003). According to Sandler (2007), such training does lead individuals to be more reflective about the types of workplace behaviors that can be construed as discriminatory or harassing. Based on Antecol and Cobb-Clark's research, one could reasonably infer that increased understanding about what constitutes sexual harassment and discrimination would lead students on college campuses to reflect more deeply about their behavior and how it contributes to the overall creation of environments that are safe for women and girls. The only way to ensure that this occurs is to require it of students and university personnel. This is also supported by my own experience as a university administrator where I have observed an overall reduction in the number of complaints from faculty, staff, and students about discrimination and harassment along the lines of race, gender, and sexuality once faculty and staff became more actively engaged in professional development designed to increase their knowledge about various forms of discrimination that exist and how to avoid it. While I observed that there were always individuals who were not comfortable participating in training on gender discrimination, they were less likely to engage in discriminatory behavior and practices. As a result, employee complaints regarding other employees ceased to exist.

34. There is some research which suggests that "diversity courses" on college campuses do lead students to have more positive attitudes about LGBT+ issues (Case & Stewart, 2010). Choi-Pearson, Castillo & Maples (2004) found that as "diversity training" increased for student services professionals on a college campus, their levels of prejudice in the areas of race, gender, and sexuality decreased.

35. Denson & Bowman (2017) examined the impact that diversity courses offered on college campuses had on overall student outcomes. While the impact of these courses on students varies based on a variety of factors – including instructor background, knowledge, teaching skill, as well as their disposition and attitude – the data and studies showed these courses, by and large, do not cause harm to students. The evidence does not support a claim to the contrary.

36. Research in this area also examines how certain programs, such as the Meyerhoff Scholars program at the University of Maryland-Baltimore County impact the STEM participation as well as the retention, persistence and graduation rates of students of color at those institutions (Maton, et al., 2012). There is broad consensus that campus-based DEI efforts – including courses, training and specialized programs for students of color that provide additional socio-emotional, financial, and academic support to students of color – have a strong positive impact on those students' success rates. Not only do these courses, programs, and

training activities fail to cause harm, they greatly benefit students of color who may lack other forms of support.

37. The BERT declaration offers a student group's personal account of what they have experienced at the University of Oklahoma in the wake of the passing of H.B. 1775. The multitude of racist incidents occurring on the University of Oklahoma campus – both in the classroom and in the public space – is startling and disconcerting. The declarant's observation that there are increasing concerns about safety for both racially marginalized students and women, is also of great concern. Based on the research and my experience as a Dean and faculty member, the University could have taken appropriate steps to bring greater awareness and safety to the students through the required DEI course and the mandatory sexual assault training. However, H.B. 1775 forced the University to abandon both as mandatory requirements. This will likely make the campuses less safe, welcoming, and engaging for all students but especially marginalized students.

38. I have not testified as an expert witness at trial or by deposition during the previous four years.

I am producing this declaration on a pro bono basis.

8

I certify under penalty of perjury that the foregoing is true and correct based upon my personal knowledge. Executed in Oregon this 28th day of October 2021.

Marvin Lynn

**Reference List for Marvin Lynn's Sworn Declaration**

Antecol, H., & Cobb-Clark, D. (2003). Does sexual harassment training change attitudes? A view from the federal level. *Social Science Quarterly*, *84*(4), 826-842.

Bloom, A. (1987). *Closing of the American mind*. Simon and Schuster.

Byrd, Christy M. "Does culturally relevant teaching work? An examination from student perspectives." *Sage Open* 6.3 (2016): 2158244016660744.

Case, K. A., & Stewart, B. (2010). Changes in diversity course student prejudice and attitudes toward heterosexual privilege and gay marriage. *Teaching of Psychology*, *37*(3), 172-177.

Choi-Pearson, C., Castillo, L., & Maples, M. F. (2004). Reduction of racial prejudice in student affairs professionals. *Journal of Student Affairs Research and Practice*, *42*(1), 132-146.

Darling-Hammond, L. (2000). Teacher quality and student achievement. *Education policy Analysis Archives*, *8*,1.

Denson, N., & Bowman, N. A. (2017). Do diversity courses make a difference? A critical examination of college diversity coursework and student outcomes. In *Higher education: Handbook of theory and research* (pp. 35-84). Springer, Cham.

Gay, G. (2002). Preparing for culturally responsive teaching. *Journal of Teacher Education*, *53*(2), 106-116.

Haycock, K. (2006). Improving achievement and closing gaps between groups. *Washington DC: The Education Trust*.

Howard, T. C., & Rodriguez-Minkoff, A. C. (2017). Culturally relevant pedagogy 20 years later: progress or pontificating? What have we learned, and where do we go? *Teachers College Record*, 119, 010308, 0161-4681.

Kim, R. (2021). 'Anti-critical race theory' laws and the assault on pedagogy. Phi Delta Kappan, *103*(1), 64-65.

Ladson-Billings, G. (1994). *The Dreamkeepers: successful teachers of African American children*. John Wiley & Sons.

Ladson-Billings, G. (1995a). But that's just good teaching! The case for culturally relevant pedagogy. *Theory into practice*, *34*(3), 159-165.

Ladson-Billings, G. (1995b). Toward a theory of culturally relevant pedagogy. *American Educational Research Journal*, *32*(3), 465-491.

Lynn, M. (2001). *Portraits in Black: Storying the lives and the pedagogies of Black men educators*. University of California, Los Angeles.

Lynn, M. (2006a). Dancing between two worlds: A portrait of the life of a black male teacher in South Central LA. *International Journal of Qualitative Studies in Education*, *19*(2), 221-242.

Lynn, M. (2006b). Education for the community: Exploring the culturally relevant practices of Black male teachers. *Teachers College Record*, *108*(12), 2497-2522.

Lynn, M., Bacon, J., Totten, T., Bridges III, T., & Jennings, M. (2010). Examining teachers' beliefs about African American male students in a low-performing high school in an African American school district. *Teachers College Record*, 112(1), 289-330.

Lynn, M., Johnson, C., & Hassan, K. (1999). Raising the critical consciousness of African American students in Baldwin Hills: A portrait of an exemplary African American male teacher. *Journal of Negro Education*, 42-53.

Lynn, M., & Jennings, M. E. (2009). Power, politics, and critical race pedagogy: A critical race analysis of Black male teachers' pedagogy. *Race, Ethnicity, and Education*, *12*(2), 173-196.

Lynn, M., & Smith-Maddox, R. (2007). Preservice teacher inquiry: Creating a space to dialogue about becoming a social justice educator. *Teaching and Teacher Education*, *23*(1), 94-105.

Maton, K. I., Pollard, S. A., McDougall Weise, T. V., & Hrabowski, F. A. (2012). Meyerhoff Scholars Program: A strengths-based, institution-wide approach to increasing diversity in science, technology, engineering, and mathematics. *Mount Sinai Journal of Medicine: A Journal of Translational and Personalized Medicine*, *79*(5), 610-623.

Noguera, P. (2007). Extended view: race, student achievement and the power and limitations of teaching. *Sage Race Relations Abstracts*, 32, 44-47

NPR. (May 28, 2021). Teachers say laws banning critical race theory are putting a chill on their lessons. Accessed at: https://www.npr.org/2021/05/28/1000537206/teachers-laws-banning-critical-race-theory-are-leading-to-self-censorship.

Paris, D. (2012). Culturally sustaining pedagogy. A needed change in stance, terminology, and practice. *Educational Researcher*, 41(3), 93-97.

Paris, D., Ball, A. (2009). Teacher knowledge in culturally and linguistically complex classrooms:
Lessons from the golden age and beyond. In Morrow, L. M., Rueda, R., Lapp, D. (Eds.), Handbook of research on literacy instruction: Issues of diversity, policy, and equity (pp. 379–395). New York, NY: Guilford.

Peske, H. G., & Haycock, K. (2006). Teaching Inequality: How Poor and Minority Students Are Shortchanged on Teacher Quality: A Report and Recommendations by the Education Trust. *Education Trust*.

Reyes, A., & Norman, T.  Resource pedagogies and the evolution of culturally relevant, responsive, and sustaining education. *Oxford Research Encyclopedia of Education.* Retrieved 29 Oct. 2021, from https://oxfordre.com/education/view/10.1093/acrefore/9780190264093.001.0001/acrefore-9780190264093-e-1698.

Sandler, B. R. (2007). Title IX: How we got it and what a difference it made. *Cleveland State Law Review*, *55*, 473.

Wallace-Wells, B. (2021). How a conservative activist invented the conflict over critical race theory. *The New Yorker*.

# MARVIN LYNN

Professor, College of Education – On sabbatical
Portland State University
mlynn@pdx.edu

Phone: (312) 607-7027                                          14211 SW Tewkesbury Drive
Email: marvin.lynn@gmail.com                          Tigard, Oregon 97224

## EDUCATION

**PhD**  UCLA, Social Sciences & Education                                    June 2001
Dissertation: "**Portraits in Black**: Storying the Lives and Pedagogies
of Black Men Educators"
Committee: Dr. Daniel Solórzano (chair), Devon Carbado (J.D.), Dr. Don Nakanishi

**MS**  Teachers College-Columbia University, Curriculum & Teaching            May 1996
Thesis: "**Choosing your battles**: Progressive young teachers of color
and their experiences in urban schools"
Advisors: Dr. Joseph Grannis, Dr. Paula Hajar

**BS**  DePaul University, Elementary Education                                June 1993
Minored in Music

## HONORS AND AWARDS

**Special Award: In Recognition Contribution to the Advancement of**          2013
**Critical Race Theory in Education Globally and in South Africa**
Awarded to scholars who contribute to developing "sustainable learning environments" by
Project Director Prof. Mahlomaholo of *University of the Free State – Blomfontein, South
Africa*

**AACTE Certificate of Distinguished Service**                                2012
Award given to volunteers who have provided outstanding service and leadership to the
*American Association of Colleges for Teacher Education*.

**Derrick Bell Legacy Award for Influential Scholarship and Enduring**        2012
**Commitment to Social Justice**
Award given to scholars whose work has had a major impact on the field of Critical Race
Studies in Education.

**AERA Award for Interdisciplinary Analysis**                                 2011
Award given by the Critical Examination of Race, Ethnicity, Class and Gender in Education
Special Interest Group at the *American Educational Research Association* to scholars whose
research draws on multiple academic disciplines to address critical issues in the field of
education.

**New England Board of Higher Education Dissertation Fellowship**                    2000

**Grants**                                                                    *Internal Grants*
*Research Fellowship Award*. Maryland Institute for Minority Achievement              2003
& Urban Education, University of Maryland, College Park. ($5,000).

*General Research Board Summer Research Award*. Office of Graduate Studies.           2004
 Research, University of Maryland, College Park. 2004. ($8,700)

*Domestic Intercultural Immersion Experiences Program Award*. Office                  2012
of Undergraduate Studies, University of Wisconsin-Eau Claire. ($4900).

*Implementing the Teacher Performance Assessment in UWS Educator*                     2012
*Preparation Program.* Office of the Senior Vice President for Academic and Student Affairs,
University of Wisconsin System. ($58,142).

*External Grants*
*A Qualitative Investigation and Reporting of Reform in the Baltimore City*           2006
*Public School System*. ($60,624).

*The Hooked-on-Books Reading Program*. The Chicago Community Trust.                   2008
($16,000).

*IU South Bend Summer Math Camp.* The Wells Fargo Foundation. ($10,000)              2014

*IU South Bend Summer Literacy and Math Camp.* 100 Black Men of Greater              2016
South Bend. ($14,800).

*The Transformation of Teacher Preparation at Portland State University*.             2020
The Dell Foundation. US Prep. ($300,000).

*The Diverse Teacher Pathways Consortium*. The Meyer Memorial Trust.                  2020
($35,000).

*Contracts*
*A Qualitative Investigation of the Stupski Foundation's Effort to Improve*           2005
*Student Achievement in the Baltimore City Public School System*. ($45,000).

PROFESSIONAL EXPERIENCE
_____

Portland State University, Oregon                         July, 2021 to Present
Professor, College of Education – On sabbatical

**Portland State University**, Oregon                     June, 2017 to June, 2021
**Dean & Professor – The College of Education**

Marvin Lynn - 2

- Managed all aspects of the college including budget, faculty review, vision setting, external partnerships, public relations & fundraising
  - Developed a comprehensive 3-year strategic plan in 2019
    - Established a process for measuring the success of objectives outlined
  - Increased faculty diversity to 35% exceeding goals established
  - Increased the diversity of dean's office staff by 40%
  - Significantly increased funding for equity-focused research
  - Online Masters programs grew significantly and increased in ranking
  - Hired the inaugural Coordinator for Equity, Diversity & Inclusion
  - Hired a Director of Research who provided direct support for junior faculty to prepare for external funding opportunities
  - Enhanced partnerships with area school districts
    - Joined Carnegie Foundation's "ILEAD" partnership in connection with Portland Public Schools
    - Joined Wallace Foundation's Educational Leadership initiative in partnership with Portland Public Schools
    - Maintained an advisory board which included all area superintendents and key educational organizations to increase partnership pathways

- Fundraising
  - Raised $8M+ to support capital construction, student scholarships, and strategic planning
  - Received $300K+ in external grants
  - Received $80K from the Oregon Higher Education Coordinating Commission to support the hiring of diversity professional who would support diverse students
  - Received

- *Internal Service*
  - Chair or Co-Chair
    - University Partnership Council (2019-2021)
      - Helped to lead the university's engagement agenda regularly convening faculty and staff across the university to discuss community partnerships.
      - Participated in APLU meetings and represented the university at national meetings on civic and community engagement
    - Leadership & Infrastructure Taskforce for the Office of Global Diversity & Inclusion (2020-Present)
      - Worked with leaders from across campus to develop a set of strong recommendations for ensuring that university infrastructure would support the implementation of an equity plan.
    - Social Work Dean Search Committee (2019)
      - Successfully recruited a new dean to lead the School of Social Work
  - Committee Memberships

- Provost Search Committee (2019)
- Associate Vice President for Marketing & Communications Search Committee (2021)
- Capital Advisory Committee (2017-Present)
- Space Allocation Committee (2017-2021)
- Postsecondary Transition Action Committee (2020-2021)
- Portland Teachers Program Executive Committee, 2017-2021

- *External Service*:
  - President of the Oregon Association of Colleges for Teacher Education, 2020-2021
    - Developed the Oregon Educator Preparation Consortium to bring faculty together with state leaders to discuss
  - Director, Oregon Educator Advancement Council (2018-Present)
  - Board of Directors, American Association of Colleges for Teacher Education (2020-Present)
    - Elected as Secretary to the Board, term beginning 2022
  - Executive Committee Member, Council of Academic Deans from Research Education Institutions (Elected 2021)
    - Term ended June 30, 2021
  - Board of Directors, Carnegie Project for the Education Doctorate (2019 – Present)
  - Education Recovery Committee, Governor's Racial Justice Council (2020-Present)
  - AERA Division K Early Career Award Selection Committee (2021)
  - Oregon Community Ministry Board, Providence Health & Services
    - Co-Chair of the Equity Sub-committee
  - Member, Oregon Educator Advisory Group (2017-Present)

**Indiana University – South Bend**, Indiana                                2013 to 2017
**Dean & Professor – The School of Education**
- Managed all aspects of the School of Education
  - Stabilized enrollment
  - Crystallized partnerships with community agencies including 100 Black Men, the Boys & Girls Club
  - Partnered with the University of Notre Dame
  - Served on a statewide committee to determine whether the IU Bloomington and IU Indianapolis School of Education should separate
  - Led a consortium of IU Deans to determine best approaches to collaborating across schools and college
  - Began a successful initiative to recruit Black males into the teaching profession
  - Began a student union that gave students opportunities to work directly with the dean's office to resolve concerns and issues

**University of Wisconsin – Eau Claire**                                      2011 to 2013

**Associate Dean & Associate Professor – The College of Education & Human Sciences**
- Managed assessment and accreditation for all licensure programs

**University of Illinois at Chicago**                                2007 to 2011
**Associate Professor, College of Education**
- Managed the graduate and undergraduate elementary education programs
- Taught courses in Black Education, Social Studies Education and Multicultural Education

**University of Maryland, College Park**                          2001 to 2007
**Assistant Professor, The College of Education**
- Developed, and coordinated the Minority & Urban Education graduate program
- Taught courses in Urban Education, Elementary Education, Multicultural Education, and the Politics of Education.
- Awarded tenure in 2007.

---

**PUBLICATIONS**

---

*Books*

Lynn, M. & Dixson, A.D., (2013) *Handbook of Critical Race Theory in Education*, New York: Routledge, In Press.

Lynn, M. & Dixson, A.D., (In Press.) Handbook of Critical Race Theory in Education (*Second Edition*). New York: Routledge Press.

*Journals Edited*

Lynn, M., Yosso, T. J. Solorzano, D. G., & Parker, L. (Eds.). (2002). Critical race theory and education: Qualitative research in the new millennium [Special Issue]. Qualitative Inquiry, 8(1).

Lynn, M. (Ed.). (2002). Critical race theory and education: recent developments in the field [Special Issue]. Equity & Excellence in Education, 35(2).

Stovall, D. O., Lynn, M., Martin, D. B., & Danley, L. (2009). Critical race praxis in education. Race, Ethnicity & Education, 2(12).

Berry, T. R., Jay, M., & Lynn, M. (Eds.). (2010). Theorizing race, class, gender & sexuality in critical race studies in education research. The Journal of Educational Foundations, 24(1-2).

### *Chapters in Books*

Lynn, M. (2005). Reflecting Black: maintaining a politics of opposition in graduate school. In Brown, M. C. & Land, R. R. (Eds.). *The Politics of Curricular Change: Race, Hegemony & Power in Education*. NY: Peter Lang Publishing Group.

Lynn, M. (2005). Critical race theory, Afrocentricity, and their relationship to critical pedagogy. In Leonardo, Z. (Ed.). *Critical Pedagogy and Race Theories*. NY: Blackwell Publishers, pp. 127-140. Adapted from Lynn, M. (2004). Inserting the race into critical pedagogy: an analysis of race-based epistemologies. The Journal of Educational Philosophy and Theory, 37(2), 153-165.

Lynn, M., Williams, A., Benigno, G., Park, G. & Mitchell, C. (2006). Race, class and gender in urban education: Exploring the critical research on urban pedagogy and school reform. In *Urban Education: An Encyclopedia*. Kincheloe, J., Anderson, P., Rose, K., Griffith, D. & Hayes, K. New York: Greenwood Press, pp. 89-101.

Lynn, M. (2006). Toward a critical race pedagogy: a research note. In Ross, E.W. & Pang, V. O. (Eds.). *Race, Ethnicity & Education: Racism and Anti-racist Education. Vol. IV*. Westport, CT: Praeger, pp. 191-206. Adapted from Lynn, M. (1999). Toward a critical race pedagogy: A research note. Urban Education, 33(5), 606-627.

Lynn, M. & Bridges, T. (2009). Critical race studies in education and the "endarkened" wisdom of Carter G. Woodson. In Tillman, L. (Ed.) *Handbook of African American Education*. Thousand Oaks, California: Sage Publishers, pp. 339-350.

Lynn, M. (2010). Foreword in Hughes, S. and Berry, T. (Eds). *The New Politics of Race in Education: Living, Learning, and Teachi*ng. Education and Policy Series, Cresskill, NJ: Hampton Press.

Lynn, M. (2011). "Exorcizing Critical Pedagogy" Again: Reflections on Being an Angry Black Man in the Academy. In Jackson, S. & Johnson III, R. G. *The Black Professoriate: Negotiating a Habitable Space in the Academy*. New York: Peter Lang.

Lynn, M. (2014). The contextual factor of race in equity, access and achievement. In Sealey-Ruiz, Y., Lewis, C., & Toldson, I. (Eds) *Teacher Education and Black Communities: Implications for Access, Equity and Achievement*. Charlotte, NC: Information Age Publishing.

Lynn, M. (2015). Foreword in Aviles de Bradley, Ann. *From Charity to Equity— Race, Homelessness, and Urban Schools*. NY: Teachers College Press.

Lynn, M. (2019). Foreword in DeCuir-Gunby, J., Schutz, P. A., & Chapman, T. K. *Understanding Critical Race Research Methods and Methodologies: Lesson from the Field*. New York: Routledge.

Lynn, M. (2019). Foreword in Davis, J. & Jett, C.C. (Eds) *Critical Race Theory in Mathematics Education*. New York: Routledge.

Lynn, M. (2021). In Honor of Selma White. In Ellis, A. L., Bryan, N., Sealey-Ruiz, Y., Toldson, I. & Emdin, C. (Eds). *The Impact of Classroom Practices: Teacher Educators' Reflections on Culturally Relevant Teachers*. Charlotte: Information Age Publishing, INC.

Lynn, M. (In Press). Invited Commentary in Patton Davis, L., Rivers, I.D., Farmer-Hinton, R., Lewis, J.D. (Eds) *Re-Authoring Savage Inequalities: Narratives of Striving and Success in Urban Educational Environments*. New York: SUNY Press.

### *Journal Publications*

Lynn, M. (1999). Toward a critical race pedagogy: a research note. *Urban Education*, 33 (5), 606-627. *Reprinted* in Ross, E.W. & Pang, V. O. (Eds.). (2007). *Race, Ethnicity & Education: Racism and Anti-racist Education.* Vol. IV. Westport, CT: Praeger, pp. 191-206.

Lynn, M., Hassan, K., & Johnson, C. (1999). Raising the critical consciousness of African American students in Baldwin Hills: a portrait of an exemplary African American male teacher. *Journal of Negro Education*, 68 (1), 42-53.

Lynn, M. (2002). Critical race theory and the perspectives of Black men teachers in the Los Angeles Public Schools. *Equity & Excellence in Education*, 35(2), 87- 92.

Lynn, M. & Adams, M. (2002). Critical race theory and education: recent developments in the field. *Equity & Excellence in Education*, 35 (2), 119-130.

Lynn, M., Yosso, T., Solorzano, D.G., & Parker, L. (2002). Guest editor's introduction: Critical race theory and education: Qualitative research in the new millennium. *Qualitative Inquiry*, 8(1), 3-6.

Parker, L. & Lynn, M. (2002). What's race got to do with it? Critical race theory's conflicts with and connections to qualitative research methodology and epistemology. *Qualitative Inquiry*, 8 (1), 7-22.
**\*Consistently one of the most downloaded articles in the journal.**

Lynn, M. (2004). Inserting the race into critical pedagogy: An analysis of race- based epistemologies. *The Journal of Educational Philosophy and Theory*, 37(2), 153-165.

*Reprinted* in Leonardo, Z. (Ed.). (2005). *Critical Pedagogy and Race Theories*. NY: Blackwell Publishers, pp. 127-140.

Yosso, T., Parker, L., & Solorzano, D. & Lynn, M. (2004). From Jim Crow to affirmative action and back again: A critical race discussion of racialized rationales and access to higher education. *Review of Research in Education*, 28, 1-25.

Jennings, M. & Lynn, M. (2005). The house that race built: critical pedagogy, African-American education, and the re-conceptualization of a critical race pedagogy. *The Journal of Educational Foundations*, 19 (3-4), 15-32

Morfin, O. J., Perez, V. H., Parker, L., Lynn, M. & Arrona, J. (2006). Hiding the politically obvious: A critical race theory preview of diversity as racial neutrality in Higher Education. *Educational Policy*, 20(1), 249-270.

Lynn, M. (2006). Race, culture and the education of African Americans. *Educational Theory*, 56(1), 107-119.

Lynn, M. (2006). Dancing between two worlds: A portrait of the life of a black male teacher in South Central L.A. *International Journal of Qualitative Studies in Education*, 19(2), 221-242.

Lynn, M., Benigno, G., Williams, A., Park, G., Mitchell, C. (2006). Critical theories of race, class and gender in urban education. *Encounter: Education for Meaning and Social Justice*, (2006), 19(2). *Adapted* from Lynn, M., Williams, A., Benigno, G., Park, G. & Mitchell, C. (2006). Race, Class and Gender in Urban Education: Exploring the Critical Research on Urban Pedagogy and School Reform.

Lynn, M. (2006). Education for the community: Exploring the culturally relevant practices of black male teachers. *Teachers College Record,* 108(12), 2497-2522.

Lynn, M. & Parker, L. (2006). Critical race studies in education: examining a decade of research on k-12 schools. *The Urban Review*, 38(4), 257-290.

Lynn, M. & Smith-Maddox, R. (2007). Pre-service teacher inquiry: creating a space to dialogue about becoming a social justice educator. *Teaching and Teacher Education,* 23(1), 94-105.

Lynn, M. & Jennings, M. E. (2009). Power, politics and critical race pedagogy: a critical race analysis of Black male teachers' pedagogy. *Race, Ethnicity & Education.* 12(2), 173-196.

Stovall, D., Lynn, M., Danley, L., & Martin, D. (2009). Critical race praxis in education INTRODUCTION. Race, Ethnicity & Education, 12(2), 131-132

Lynn, M., Bacon, J., Totten, T., Bridges, T., & Jennings, M. (2010). Examining teachers' beliefs about African American male students in a low-performing high school in an African American school district. *Teachers College Record*, 112(1), 289-330. ***One of "The Most Read" articles of 2010 in Teachers College Record.***

Berry, T. R., Jay, M., & Lynn, M. (2010). Introduction: Thoughts and ideas on the intersectionality of identity. *The Journal of Educational Foundations, 24(1-2),3-7.*

Lynn, M., Jennings, M.E., & Hughes, S.A. (2013). Critical race pedagogy 2.0: lessons from Derrick Bell. *Race, Ethnicity & Education. 16(4), 603-628.*

Lynn, M. (2018). Research on Black male teachers, then and now, Journal for Multicultural Education, Vol. 12 No. 2, pp. 90-92. https://doi.org/10.1108/JME-03-2017-0017.

Lynn, Marvin; Riser, Chris; and Yeigh, Maika. (2018). An Intergenerational Conversation Between Dr. Marvin Lynn and Chris Riser: Social Activism and the Black Male Educator. *Northwest Journal of Teacher Education*: Vol. 13 : Iss. 2 , Article 5.

Gist, C., Bianco, M. & Lynn, M. (2019). Examining grow your own programs across the teacher development continuum: mining research on teachers of color and nontraditional educator pipelines. *Journal of Teacher Education*.

### Newspaper/Magazine Articles

Lynn, M. (2014, March 19). Making culturally relevant pedagogy relevant to aspiring teachers. *Diverse Issues in Higher Education*.

Lynn, M. (2014, April). IU South Bend School of Education Engaging the Community. *South Bend Tribune*: South Bend, IN.

Lynn, M. (2020, December). Reflecting back to move equity and education forward. *Diverse Issues in Higher Education*.

### Reports

Lynn, M. (2003, Spring). *Prince George's County Achievement Gap Study*. Collaborations: K-16 Partnership Development Center. Maryland Institute for Minority Achievement and Urban Education. University of Maryland, College of Education. Number 1.

Lynn, M. (2004, Spring). *Race, Class and Gender in a Low-Performing School in Prince George's County: The Case of African American Males*. Connections: A Newsletter of the Consortium on Race, Gender, & Ethnicity, Spring, 2004.

Lynn, M. (2005, March). *A Study of Disengaged Youth in Columbia: Report of the Long Reach Youth Task Force*. The Long Reach Community Association, Columbia, MD.

Lynn, M. (2006, March). *Building the Capacity for Transformation: Analyzing the Impact of the Initial Engagement Period between the Stupski Foundation and the Baltimore City Public School System*. The Stupski Foundation, Mill Valley, CA.

Lynn, M. (2006, June). *Examining the Early Stages of the Baltimore City Public School System's Move toward an Aligned Instructional System*. The Stupski Foundation, Mill Valley, CA.

Lynn, M., Art, J., Ashley, M., Colley, K., Ford, L., & Reyes, K. (2010, March). *Strategic Thinking Document.* University of Illinois at Chicago Graduate College Diversity Strategic Thinking and Planning Committee. Chicago, IL.

**Book Reviews**

Lynn, M. (2004). Black in school: Afrocentric reform, urban youth, and the promise of hip-hop culture. [Review of the book *Black in School: Afrocentric, Reform, Urban Youth, and the Promise of Hip-Hop Culture]. Teachers College Record,* 106 (11).

Lynn, M. (2005). In search of wholeness: African American teachers and their culturally specific classroom practices. [Review of the book *In Search of Wholeness: African American Teachers and their Culturally Specific Classroom Practices]. Race, Ethnicity & Education*, 8(3).

**Talks and Papers Presented**
*Invited*

Lynn, M., & Dance, L. (2002, February). Urban schools and student achievement. Paper presented at Perspectives on Minority of Achievement hosted by The Maryland Institute for Minority Achievement and Urban Education, University of Maryland College of Education, College Park, Maryland.

Lynn, M. (2002, April). Re-mapping race and gender: exploring the work and lives of Black men who teach in urban schools. Paper presented at the Annual Meeting of the American Educational Research Association, New Orleans, Louisiana.

Lynn, M. (2003, March). Exploring the major paradigms in urban education. Presented at Columbia Union College in Takoma Park, Maryland

Lynn, M. (2005. April). Examining the scholarship on Black teachers. Presented at the EDCI Graduate Student Association's Pre-Conference Symposium. University of Maryland, College Park.

Lynn, M. (2005, December). Conducting research in the Baltimore City Public Schools: Knowledge capture strategies uncovered. Presented at the Stupski Foundation. Mill Valley, CA.

Lynn, M. (2006, April). Examining the role of race in the recruitment and retention of minority teachers in the United States. Presented at the Annual Meeting of the American Educational Research Association, San Francisco, California.

Lynn, M. (2006, June). Doing critical race pedagogy in K-12 contexts: Challenges and possibilities. Presented at the 8th Annual Mexican American/Raza Studies K- 12 Summer Institute, Tucson, Arizona

Lynn, M. (2006, August). Instructional and behavioral strategies for African American students. Presented at the Annapolis Cluster School Improvement Retreat, Annapolis, Maryland.

Lynn, M. (2006, November). Exploring the Philosophical Foundations of Critical Race Theory. Presented at Manchester Metropolitan University, Didsbury, Manchester, England.

Lynn, M, McCall, H., Polite, V. (2007, April). How to recruit, retain and employ men of color who participate in the Star program. Presented at Mott Community College in Flint, MI.

Lynn, M. & Romero, A. (2007, April). The Mexican American/Raza Studies Institute: Helping teachers become critically compassionate pedagogues. Session Organized for the Annual Meeting of the American Educational Research Association, Chicago, IL.

Lynn, M. (2007, July). The Recruitment and Retention of African American Male Teachers in Urban Schools in the US. Presented at the 9th Annual Mexican American/Raza Studies K-12 Summer Institute, Tucson, Arizona

Lynn, M. & Fleming, J. (2008, April). Division K Affirmative Action Committee Session. Toward a Community-Centered Urban Teacher Education Model: Working Through the Early Stages of the Transformative Process. Session Organized and Chaired at the Annual Meeting of the American Educational Research Association, New York, New York.

Gallegos, B., Grant, C. & Lynn, M. (2008, April). Race, Ethnicity, Class, and Gender Issues in Research for Schools, Communities, and Neighborhoods. Presented at the Annual Meeting of the American Educational Research Association, New York, New York.

Lynn, M. (2008, April). "From Can't to Can't": The Promises and Perils of Doing Teacher Education in the 'Global City'. Presented at the Third Annual Symposium on

Education: Schooling and Empowerment: Education as Political Action, College Park, Maryland.

Lynn, M. (2009, April). Conducting Research on African American Male Teachers: Exploring Issues of Relevancy, Positionality, and Epistemology. Presented at the Annual Meeting of the American Educational Research Association, San Diego, CA.

Lynn, M. (2009, April). The Role of Teacher Education Programs in Increasing the Presence of African American Male Teachers in Urban Schools. Presented at Improving Student Achievement and Teaching Quality Conference. Sponsored by Educational Testing Service. Kentucky State University. Frankfort, KY.

Lynn, M. (2009, April). Critical Race Theory and Educational Research Day Professional Development Course. Served as an Instructor at the Annual Meeting of the American Educational Research Association, San Diego, CA.

Lynn, M. (2009, April). Conducting Research on African American Male Teachers: Exploring Issues of Relevancy, Positionality, and Epistemology. Presented at the Annual Meeting of the American Educational Research Association, San Diego, CA.

Lynn, M. (2009, April). Urban Renewal: Rethinking Education for Optimizing the Success of African American Males. Participated as a Discussant at the Annual Meeting of the American Educational Research Association, San Diego, CA.

Lynn, M. (2009, September). Reflections on the K-12 Schooling Experiences of African American Males: Lessons for Private Universities. The Multicultural Colloquium for the Associated Colleges of Illinois. University of St. Francis, Joliet, IL.

Dixson, A.D., Chapman, T. Lynn, M. (2010, April). Critical Race Theory and Educational Research Day Professional Development Course. Participated as in instructor at the Annual Meeting of the American Educational Research Association. Denver, CO.

Abbate-Vaughn, J., Paugh, P., Larrabee, J., Resende, L. Lynn, M., (2011, February). Urban Educator Preparation: Teacher Research and Praxis in Diverse Classrooms. Presented at the Annual Meeting of the American Educational Research Association. New Orleans, LA.

Lynn, M. (2010, April). Teaching Critical Race Theory in a "Post-racial Era": Challenges and Best Practices. Served as Discussant at the Annual Meeting of the American Educational Research Association, Denver, CO.

Lynn, M. (2011, April). Examining the Connection Between Teacher Beliefs and African American Male Student Engagement in School. Talk presented at Purdue University, Calumet.

Lynn, M. (2011, April). We Have a Charge to Keep: Revisiting the Agenda for the AERA Commission on Research in Black Education (CORIBE), 2000-2010. Participated as a panel member. Organized by Joyce E. King at the Annual Meeting of the American Educational Research Association, New Orleans, LA.

Lynn, M. (2011, April). Reducing Vulnerability: Responding to the Challenges Confronting Black Males Through the Development of Research-Based Interventions. Served as a discussant for a session organized by Chezare Warren at the Annual Meeting of the American Educational Research Association, New Orleans, LA.

Lynn, M., Boix-Mansilla, V., Chowdhary, N., Manise, J., Moss, D. (2012, February). AACTE Major Forum: Preparing and Assessing Globally Minded Teachers. Session moderated at the Annual Meeting of the American Association of Colleges for Teacher Education, Chicago, IL.

Lynn, M., Clarken, R., Lin, E., Rong, Y., Cordeiro, P., Turner, J. (2012, February). The Policy and Politics of a Globalized Teacher Education, Chicago, IL.

Lynn, M. (2012, April). Counternarratives: Voices from New Scholars of Color. Served as a discussant along with Tara M. Brown at the Annual Meeting of the American Educational Research Association. Vancouver, Canada.

Lynn, M. (2012, April). Pushing Black Males through the Pipeline: Research to Practice. Served as the Chair and Discussant at the Annual Meeting of the American Educational Research Association. Vancouver, Canada.

Lynn, M. (2012, April). Strategies to Support Social Justice Teaching. Served as the Chair and Discussant at the Annual Meeting of the American Educational Research Association. Vancouver, Canada.

Hartlep, N. M., Hayes, C., Fasching-Varner, K. J., Lynn, M., Stovall, D. O., Ayers, W. C., Sheffield, E. (2013, April). Graduate Student Council Past Chair Fireside Chat: Life as a Professor: Key Insights from a Diverse group of Faculty Members. Presenter at the Annual Meeting of the American Educational Research Association. San Francisco, CA.

Lynn, M. (2013, October). Critical race theory and education: Implications for a global pedagogy of transformation. Keynote speech delivered at the University of the Free State in Bloemfontein, South Africa.

Lynn, M. (2013, November). Black Men, Race, Hegemony, Patriarchy and then what? Freeman R. Butts Lecture delivered at the annual meeting of the American Educational Studies Association in Baltimore, MD.

Annamma, S., Stovall, D., Meiners, E., Lynn, M., & Wakefield, D. (2014, April). The School-to-Prison Pipeline: What It Is and What We Can Do to Disrupt It. Symposium hosted by the School of Education at Indiana University Purdue University – Indianapolis.

Lynn, M. (2014, September). edTPA: the national perspective. Keynote delivered at the Indiana Association of Colleges for Teacher Education. Ball State University. Muncie, IN.

Lynn, M. (2014, October). Making Culturally Relevant Pedagogy Relevant to Aspiring Teachers and the edTPA. Keynote delivered at the Minnesota edTPA summit. St. Cloud State University. St. Cloud, Minnesota.

Lewis, C., Ladson-Billings, G., Fenwick, L. T., Lynn, M., Carothers, S. C., Sealey-Ruiz, Y., & Toldson, I. (2015, April). Teacher Education and Black Communities: Implications for Access, Equity, and Achievement. Presented at the Annual Meeting of the American Educational Research Association. Chicago, IL.

Lands, C., Lynn, M., Howard-Hamilton, M., & Watts, D. (2015, August). Increasing University Completion Rates for Students of Color. Presented on a panel at the Indiana State NAACP Education Summit in Indianapolis, Indiana

Lynn, M, Beauchamp, S., Bare-Benak, J., Darr, C. & Neff, T. (2015, October). A Partnership to Improve K-12 Student Learning and Advance Teacher Education. Panel presentation at Evaluation Systems' Conference on Teaching: Teachers Engaging Learners conference. Chicago, IL.

Lynn, M. (2015, October). Education, the Last Civil Right. Keynote speech delivered at the NAACP Awards Banquet in Elkhart, IN.

Lynn, M. (2016, April). Education and the Cacophony of Policy in the State of Indiana. Keynote speech delivered at the NAACP Banquet in Niles, IN

Lynn, M. (2016, June). Presented week-long workshop on race and education for the Department of Educational Leadership and Management faculty at the University of South Africa in Pretoria, South Africa

*** *Additional updates will be added.*

*Refereed*

Lynn, M. (2002, February). Community teachers: a new framework for the preparation of exemplary urban teachers. Paper presented at the American Association of Colleges of Teacher Education, New York City, New York.

Lynn, M. (2002, April). Portraits in Black: Storying the lives and pedagogies of Black men educators. Paper presented at the Annual Meeting of the American Educational Research Association, New Orleans, Louisiana.

Lynn, M. (2003, April). Critical race theory, Black feminist thought, Afrocentricity & Black teachers' work. Paper presented at the Annual Meeting of the American Educational Research Association, Chicago, Illinois.

Lynn, M. (2003, April). Exposing critical pedagogy's racial blindspots: Drawing relationships between critical race theory and critical pedagogy. Paper presented at the Annual Meeting of the American Educational Research Association, Chicago, Illinois.

Lynn, M. & Benigno, G. (2003, November). Examining critical sociological approaches to the study of urban education. Paper presented at the Annual Meeting of the American Educational Studies Association, Mexico City, Mexico.

Lynn, Marvin. (2004, April). Portraits in black: the narratives of three African American male teachers. Presented at The Annual Meeting of the American Educational Research Association, San Diego, CA.

Lynn, M. (2004, April). Race critical theories in education and the lives of Black male teachers. Presented at The Annual Meeting of the American Educational Research Association, San Diego, CA.

Lynn, M. (2004, November). Running in place: A critical appraisal of the school politics that promote the underachievement of African American Males in Prince George's County. Presented at the Tools for Social Justice Conference, Consortium for Race, Gender & Ethnicity at the University of Maryland, College Park.

Lynn, M. & Lewis, C. (2006, February). Examining the recruitment, retention and impact of African American male teachers. Paper presented at the Annual Meeting of the American Association of Colleges of Teacher Education in San Diego, CA.

Parker, L., Lynn, M., Gill, C., & Cain, L. (2006, April). Critical race reflections on racial desegregation and the public interest: Forgotten perspectives and new challenges. Discussant at the Annual Meeting of the American Educational Research Association, San Francisco, CA.

Lynn, M. & Totten, T. (2006, April.). Examining the impact of teacher beliefs on the achievement of African American male students. Paper presented at the Annual Meeting of the American Educational Research Association, San Francisco, CA.

Lynn, M. & Massey, C. (2007, April). A multi-city examination of the challenges to urban school reform. Session Organized and Chaired for the Annual Meeting of the American Educational Research Association, Chicago, IL.

Lynn, M., Massey, C., Bridges, T., & Bacon, J. (2007, April). The challenge leaders face in navigating through the political "noise" to reform schools in a poor, urban district. Paper presented at the Annual Meeting of the American Educational Research Association, Chicago, IL.

Lynn, M. (2008, April). We ain't never gon' be "saved": The Africana Studies tradition in Critical Race Studies in Education as a "call to work". Session Organized and Chaired at the Annual Meeting of the American Educational Research Association, Chicago, IL.

Lynn, M. (2008, April). Toward an Africana Studies approach to Critical Race Studies in Education. Paper presented at the Annual Meeting of the American Educational Research Association, Chicago, IL.

Dixson, A.D., Lynn, M., Brown, K., Ladson-Billings, G., Solorzano, D. G., Gillborn, D., Parker, L. (2013, April). Critical Race Theory: Examining it's History and Looking Forward to its Future. Served as Discussant at the Annual Meeting of the American Educational Research Association, San Francisco, CA.

Dixson, A.D., Lynn, M., Cook, D.A., Decuir-Gunby, J., Villalpando, O., Valles, B., Covarrubias, A., and Velez, V. N. (2013, April). Researching the Context of Race in Education: Methodological Considerations in Critical Race Theory and Education. Served as Discussant at the Annual Meeting of the American Educational Research Association, San Francisco, CA.

Dixson, A.D., Lynn, M., Anderson, C. R., Cross, B. E., Fasching-Varner, K.J., Mitchell, R. W., Howard, T.C., Reynolds, R. Horsford, S. D., Grosland, T. J. (2013, April). "But be Ye Doers of the Word, and Not Hearers Only": Using Critical Race Theory to Challenge Teachers' Beliefs and Dispositions. Served as Discussant at the Annual Meeting of the American Educational Research Association, San Francisco, CA.

Lynn, M., Moss, G. D., Davis, H. S., Wesley, L. (2015, April). Toward Justice: An Illustrative Example of a University-School Partnership Designed to Advance an Agenda for Transforming Black Education. Served as Chair, Organizer and Presenter at the Annual Meeting of the American Educational Research Association, Chicago, IL.

Lynn, M., Callender, C., Jackson-Cole, D., Reiss, M. J., Mujtaba, T., Simeon, E. J., Lindsay, B. (2015, April). Critical Academic and Public Policy Issues Affecting Minorities in STEM. Served as Chair of the session at the Annual Meeting of the American Educational Research Association, Chicago, IL.

Toldson, I., Lewis, C., Lynn, M. Maylor, U., Davis, J., Callender, C., Parker, W., Miller, P. (2015, April). International Perspectives of Black Male Teachers.

Participated as chair at the Annual Meeting of the American Educational Research Association Conference in Washington, D.C.

Gist, C., Lynn, M., Mahoney, T., Quezada, R., Shultz, G., Wilson, N. (2016, February). Developing a Diversified Teaching Workforce in Teacher Education: Organizing and Realizing a Commitment to Teacher Diversity in Praxis.
Presented at the 68th Annual Meeting of the American of Association of Colleges for Teacher Education. Las Vegas, Nevada.

Matias, C. E., Nishi, N., Silva, E., Parker, A., DePouw, C., & Lynn, M. (2016, April). Critical Race Parenting: Teaching for Our Children's Lives and Humanity.
Participated as Session Chair at the Annual Meeting of the American Educational Research Association Conference in Washington, D.C.

Carter-Andrews, D., Lynn, M., Villegas, A. M., & Campano, G. (2016, April) Division K Graduate Student Pre-Conference Seminar. Mentored doctoral candidates at a 2-day pre-conference meeting of the Annual Meeting of the American Educational Research Association Conference in Washington, D.C.

** Updates forthcoming