UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **BLACK EMERGENCY RESPONSE TEAM et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**JOHN O'CONNER, in his official capacity as Oklahoma Attorney General, et al.,** )<br>)<br>**Defendants.** ) | Case No. CIV-21-1022-G |

## ORDER

Now before the Court is Plaintiffs' Unopposed Motion to Extend Time to Respond (Doc. No. 54), seeking a 30-day extension to file their response briefs to the pending motions to dismiss (Doc. Nos. 51, 52). For good cause shown, the Unopposed Motion is GRANTED. Plaintiffs shall file their response briefs on or before January 13, 2022.

IT IS SO ORDERED this 7th day of December, 2021.

_____
CHARLES B. GOODWIN
United States District Judge