UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

BLACK EMERGENCY RESPONSE TEAM, *et al.*,

                            *Plaintiffs,*

   v.

JOHN M. O'CONNOR, *et al.*

                            *Defendants.*

No.  21-cv-1022-G

## SECOND UNOPPOSED JOINT MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' PRELIMINARY INJUNCTION MOTION

On October 29, 2021, Plaintiffs filed a motion for a preliminary injunction in the present case, where Plaintiffs have challenged the constitutionality of Okla. Stat. tit. 70, § 24-157. On November 9, 2021, this Court granted Defendants an extension until December 10, 2021, to respond to the pending motion. For the following reasons, Defendants[1] now request an additional extension of six (6) days to respond, until December 16, 2021.

*First*, as discussed in Defendants' previous extension motion, the holiday season is upon us, Plaintiffs' motion for an injunction is nearly 150 pages in length (if exhibits are included), and neither the status quo nor any scheduling in this case will be adversely affected by an extension. *See* Doc. 47.

*Second,* in the month since the first extension was granted, Defendants' counsels have accrued additional pressing obligations for the week surrounding December 10. For example, counsel for Defendants 1-18 have expended a significant amount of time this week responding to an emergency stay application at the U.S. Supreme Court in a pending capital case.

---

[1] Although all Defendants are not represented by the same counsel, all Defendants join together on this motion.

Defendants asked Plaintiffs their position on this motion, and Plaintiffs indicated as follows: "Plaintiffs take no position on the motion to extend contingent on the fact that Defendants agree to a reasonable extension on Plaintiffs' Reply, which Defendants have agreed to." This is true; Defendants have no objection to Plaintiffs being given additional time to reply if need be, given the holidays and other factors. Thus, Defendants request that this Court extend Defendants' time to respond to the injunction motion until December 16, 2021.

Respectfully submitted,

s/*Zach West*

ZACH WEST
ANDY N. FERGUSON
*Assistant Solicitors General*

OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, OK 73105
Direct: (405) 521-3921
Zach.West@oag.ok.gov

COUNSEL FOR DEFENDANTS 1-18


s/ *F. Andrew Fugitt*

F. ANDREW FUGITT, OBA #10302
JUSTIN C. CLIBURN, OBA #32223
THE CENTER FOR EDUCATION LAW. P.C.
900 N. BROADWAY AVE, SUITE 300
OKLAHOMA CITY, OK 73102
TELEPHONE: (405) 528-2800
FACSIMILE: (405) 528-5800
E-MAIL: AFUGITT@CFEL.COM
E-MAIL: JCLIBURN@CFEL.COM
ATTORNEYS FOR ANGELA GRUNEWALD,
JAMIE UNDERWOOD, CYNTHIA BENSON,
KATHLEEN DUNCAN, LEE ANN KUHLMAN

*s/ M. Daniel Weitman*
---

M. DANIEL WEITMAN, OBA #17412
TINA IKPA, OBA #32193
University of Oklahoma
Office of Legal Counsel
660 Parrington Oval, Suite 213
Norman, Oklahoma 73109
Telephone: (405) 325-4124
Facsimile: (405) 325.7681
E-Mail: dan.weitman@ou.edu
*ATTORNEYS FOR PUTATIVE DEFENDANT BOARD OF REGENTS FOR THE UNIVERSITY OF OKLAHOMA, AND FOR DEFENDANTS MICHAEL CAWLEY, FRANK KEATING, PHIL ALBERT, NATALIE SHIRLEY, ERIC STEVENSON, ANITA HOLLOWAY AND RICK NAGEL*