# Exhibit 5

```
*******************************************************************

Please click on a link below to go directly to that vote:

      COMMITTEE_VOTE_(RCS#_0022)    THIRD_READING_(RCS#_0211)
SUSPEND_HOUSE_RULES_(RCS#_0859)    ADOPT_SENATE_AMENDMENTS_(RCS#
0860)     FOURTH_READING_(RCS#_0861)    PREVIOUS_QUESTION_(RCS#
0866)     ADOPT_SENATE_AMENDMENTS_(RCS#_0867)    FOURTH_READING
_(RCS#_0868)

*******************************************************************


Top_of_Page
                           OKLAHOMA HOUSE OF
REPRESENTATIVES
                             First Regular
Session
                            58th Oklahoma
Legislature


     HB1775           Education; prohibiting certain training
for
     West (Kevin)    students; prohibiting courses from
including

     FOURTH
PASSED

READING

         YEAS:    77                                         RCS#
868
         NAYS:    18
05/03/2021
         EXC :     6                                        01:57
PM
         C/P :     0
868


     YEAS:    77

     Baker           Hardin (D)         McEntire         Smith

     Bashore         Hardin (T)         Miller
Sneed
     Boatman         Hasenbeck          Mize
Stark
```

```
    Boles               Hilbert             Moore               Steagall
    Burns               Hill                Newton              Stearman
    Caldwell (C)        Humphrey            Nollan              Sterling
    Caldwell (T)        Kannady             ODonnell            Stinson
    Conley              Kendrix             Olsen               Strom
    Cornwell            Kerbs               Osburn              Talley
    Crosswhite Hader    Lawson              Patzkowsky          Vancuren
    Culver              Lepak               Pfeiffer            Wallace
    Davis               Lowe (D)            Phillips            West (J)
    Dempsey             Luttrell            Randleman           West (K)
    Dills               Manger              Roberts (D)         West (R)
    Dobrinski           Marti               Roberts (E)         West (T)
    Fetgatter           Martinez            Roberts (S)         Williams
    Ford                May                 Roe                 Wolfley
    Frix                McBride             Russ                Worthen
    Gann                McDugle             Sims                Mr. Speaker
    Grego


    NAYS:    18

    Bennett             Fugate              Pittman             Turner
    Blancett            Goodwin             Provenzano          Virgin
    Brewer              Lowe (J)            Ranson              Waldron
    Cruz                Munson              Rosecrants          Walke
    Dollens                                                     Nichols


    EXCUSED:       6

    Bell                Echols              Pae                 Townley
```

```
     Bush
Johns


     CONSTITUTIONAL PRIVILEGE:     0




*****************************************************************
Top_of_Page

                         OKLAHOMA HOUSE OF
REPRESENTATIVES
                              First Regular
Session
                           58th Oklahoma
Legislature


     HB1775             Education; prohibiting certain training
for
     West (Kevin)       students; prohibiting courses from
including

     ADOPT
PASSED
     SENATE
AMENDMENTS

          YEAS:    74                                        RCS#
867
          NAYS:    15
05/03/2021
          EXC :    12                                            01:56
PM
          C/P :     0
                                                    867


     YEAS:    74

     Baker              Grego              McEntire
Smith
     Bashore            Hardin (D)         Mize
Sneed
     Boatman            Hardin (T)         Moore
Stark
     Boles              Hasenbeck          Newton
Steagall
     Burns              Hilbert            Nollan
Stearman
```

```
    Caldwell (C)       Hill              ODonnell
Sterling
    Caldwell (T)       Humphrey          Olsen
Stinson
    Conley             Kendrix           Osburn
Strom
    Cornwell           Kerbs             Patzkowsky
Vancuren
    Crosswhite Hader   Lawson            Pfeiffer
Wallace
    Culver             Lepak             Phillips          West
(J)
    Davis              Lowe (D)          Randleman         West
(K)
    Dempsey            Luttrell          Roberts (D)       West
(R)
    Dills              Manger            Roberts (E)       West
(T)
    Dobrinski          Marti             Roberts (S)       Williams

    Fetgatter          Martinez          Roe
Wolfley
    Ford               May               Russ
Worthen
    Frix               McBride           Sims              Mr.
Speaker
    Gann
McDugle


    NAYS:    15

    Bennett            Dollens           Pittman
Turner
    Blancett           Goodwin           Provenzano
Virgin
    Brewer             Lowe (J)          Ranson
Waldron
    Cruz               Nichols
Rosecrants


    EXCUSED:    12

    Bell               Fugate            Miller            Talley

    Bush               Johns             Munson
Townley
    Echols             Kannady           Pae
Walke


    CONSTITUTIONAL PRIVILEGE:       0
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Top_of_Page

```
                       OKLAHOMA HOUSE OF REPRESENTATIVES
                            First Regular Session
                            58th Oklahoma Legislature


    HB1775              Education; prohibiting certain training for
    West (Kevin)        students; prohibiting courses from including

    PREVIOUS PASSED
QUESTION

        YEAS:    72                                                    RCS# 866
        NAYS:    16
                                05/03/2021
        EXC :    13                                                    01:55 PM
        C/P :     0
866


    YEAS:   72

    Baker              Gann                McDugle             Smith
    Bashore            Grego               McEntire            Sneed
    Boatman            Hardin (D)          Mize                Stark
    Boles              Hardin (T)          Moore               Steagall
    Burns              Hasenbeck           Newton              Stearman
    Caldwell (C)       Hilbert             Nollan              Sterling
    Caldwell (T)       Hill                ODonnell            Stinson
    Conley             Humphrey            Olsen               Strom
```

```
    Cornwell           Kendrix            Osburn
Vancuren
    Crosswhite Hader   Kerbs              Patzkowsky
Wallace
    Culver             Lawson             Pfeiffer           West
(J)
    Davis              Lowe (D)           Randleman          West
(K)
    Dempsey            Luttrell           Roberts (D)        West (R)
    Dills              Manger             Roberts (E)        West
(T)
    Dobrinski          Marti              Roberts (S)
Williams
    Fetgatter          Martinez           Roe
Wolfley
    Ford               May                Russ
Worthen
    Frix               McBride            Sims               Mr.
Speaker


    NAYS:   16

    Bennett            Goodwin            Pittman
Turner
    Blancett           Lowe (J)           Provenzano
Virgin
    Cruz               Munson             Ranson
Waldron
    Fugate             Nichols            Rosecrants
Walke


    EXCUSED:   13

    Bell               Echols             Lepak
Phillips
    Brewer             Johns              Miller
Talley
    Bush               Kannady            Pae
Townley

Dollens


    CONSTITUTIONAL PRIVILEGE:    0
```

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

[Top_of_Page](#)

```
                        OKLAHOMA HOUSE OF
REPRESENTATIVES
                          First Regular
Session
                         58th Oklahoma
Legislature


     HB1775            Education; prohibiting certain training
for
     West (Kevin)      students; prohibiting courses from
including

     FOURTH                                              PASSED
     READING


       YEAS:    70                                       RCS#
861
       NAYS:    19
04/29/2021
       EXC :    12                                       12:46
PM
       C/P :     0
861


    YEAS:    70

    Baker              Grego              Miller
Steagall
    Bashore            Hardin (T)         Mize
Stearman
    Boatman            Hasenbeck          Nollan
Sterling
    Boles              Hilbert            ODonnell
Stinson
    Burns              Hill               Olsen
      Strom
    Caldwell (C)       Humphrey           Osburn
Talley
    Caldwell (T)       Kannady            Patzkowsky
Townley
    Conley             Kendrix            Randleman
Vancuren
    Cornwell           Kerbs              Roberts (D)
Wallace
    Crosswhite Hader   Lawson             Roberts (E)        West
(J)
```

| | | | |
|---|---|---|---|
| Culver | Lepak | Roberts (S) | West (K) |
| Davis | Lowe (D) | Roe | West (R) |
| Dempsey | Luttrell | Russ | West (T) |
| Dills | Manger | Sims | Williams |
| Dobrinski | Martinez | Smith | Wolfley |
| Echols | May | Sneed | Worthen |
| Ford | McBride | Stark | Mr. Speaker |
| Gann | McDugle | | |

NAYS: 19

| | | | |
|---|---|---|---|
| Bennett | Fugate | Pae | Turner |
| Blancett | Goodwin | Pittman | Virgin |
| Brewer | Lowe (J) | Provenzano | Waldron |
| Cruz | Munson | Ranson | Walke |
| Dollens | Nichols | | Rosecrants |

EXCUSED: 12

| | | | |
|---|---|---|---|
| Bell | Frix | Marti | Newton |
| Bush | Hardin (D) | McEntire | Pfeiffer |
| Fetgatter | Johns | Moore | Phillips |

CONSTITUTIONAL PRIVILEGE: 0

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Top_of_Page

OKLAHOMA HOUSE OF REPRESENTATIVES

```
                           First Regular Session
                            58th Oklahoma Legislature


     HB1775              Education; prohibiting certain training for
     West (Kevin)        students; prohibiting courses from including

     ADOPT PASSED
     SENATE AMENDMENTS

           YEAS:    69                                             RCS# 860
           NAYS:    19                                             04/29/2021
           EXC :    13                                             11:36 AM
           C/P :     0
                                    860


     YEAS:    69

     Baker                Grego                McDugle              Steagall
     Bashore              Hardin (T)           Miller               Stearman
     Boatman              Hasenbeck            Mize                 Sterling
     Boles                Hilbert              Nollan               Stinson
     Burns                Hill                 ODonnell             Strom
     Caldwell (C)         Humphrey             Olsen                Talley
     Caldwell (T)         Kannady              Osburn               Townley
     Conley               Kendrix              Randleman            Vancuren
     Cornwell             Kerbs                Roberts (D)          Wallace
     Crosswhite Hader     Lawson               Roberts (E)          West (J)
     Culver               Lepak                Roberts (S)          West (K)
     Davis                Lowe (D)             Roe                  West (R)
     Dempsey              Luttrell             Russ                 West (T)
```

```
     Dills              Manger             Sims               Williams
     Dobrinski          Martinez           Smith              Wolfley
     Echols             May                Sneed              Worthen
     Ford               McBride            Stark              Mr. Speaker
     Gann


     NAYS:    19

     Bennett            Fugate             Pae                Turner
     Blancett           Goodwin            Pittman            Virgin
     Brewer             Lowe (J)           Provenzano         Waldron
     Cruz               Munson             Ranson             Walke
     Dollens            Nichols            Rosecrants


     EXCUSED:    13

     Bell               Hardin (D)         McEntire           Patzkowsky
     Bush               Johns              Moore              Pfeiffer
     Fetgatter          Marti              Newton             Phillips

     Frix


     CONSTITUTIONAL PRIVILEGE:    0
```

****************************************************************

[Top_of_Page](#)

                        OKLAHOMA HOUSE OF REPRESENTATIVES
                             First Regular Session
                             58th Oklahoma Legislature

```
     HB1775                   Education; prohibiting certain training for
     West (Kevin)             students; prohibiting courses from including

     SUSPEND PASSED
     HOUSE RULES

         YEAS:     68                                                    RCS# 859
         NAYS:     15                                                    04/29/2021
         EXC :     18                                                    10:03 AM
         C/P :      0
               859


     YEAS:     68

     Baker               Ford                May                 Stark
     Bashore             Gann                McBride             Steagall
     Boatman             Grego               McDugle             Stearman
     Boles               Hardin (T)          Mize                Sterling
     Burns               Hasenbeck           Nollan              Stinson
     Caldwell (C)        Hilbert             ODonnell            Strom
     Caldwell (T)        Hill                Olsen               Talley
     Conley              Humphrey            Osburn              Townley
     Cornwell            Kannady             Patzkowsky          Vancuren
     Crosswhite Hader    Kendrix             Phillips            West (J)
     Culver              Kerbs               Randleman           West (K)
     Davis               Lawson              Roberts (D)         West (R)
     Dempsey             Lepak               Roe                 West (T)
     Dills               Lowe (D)            Russ                Williams
     Dobrinski           Luttrell            Sims                Wolfley
```

```
    Echols              Manger              Smith               Worthen
    Fetgatter           Martinez            Sneed               Mr. Speaker


    NAYS:   15

    Bennett             Fugate              Provenzano          Virgin
    Blancett            Goodwin             Ranson              Waldron
    Brewer              Munson              Rosecrants          Walke
    Cruz                Nichols                                 Turner


    EXCUSED:   18

    Bell                Johns               Moore               Pittman
    Bush                Lowe (J)            Newton              Roberts (E)
    Dollens             Marti               Pae                 Roberts (S)
    Frix                McEntire            Pfeiffer            Wallace
    Hardin (D)                                                  Miller


    CONSTITUTIONAL PRIVILEGE:    0
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

[Top_of_Page](#)

```
                       OKLAHOMA HOUSE OF REPRESENTATIVES
                            First Regular Session
                            58th Oklahoma Legislature


    HB1775              Schools; changing act name to Riley's Rule;
    Conley              requiring development of an Emergency Action Plan;
```

```
        THIRD                    PASSED

READING
         YEAS:      93                                                      RCS#
211
         NAYS:       0
                            03/03/2021
         EXC :       8                                                      05:59
PM
         C/P :       0
211

      YEAS:     93

    Baker              Ford               McDugle
Roe
    Bashore            Frix               McEntire
Rosecrants
    Bell               Fugate             Miller
Sims
    Bennett            Gann               Mize
      Smith
    Blancett           Goodwin            Moore
Sneed
    Boatman            Grego              Munson
Stark
    Boles              Hardin (D)         Newton
Steagall
    Brewer             Hardin (T)         Nichols
Stearman
    Burns              Hasenbeck          Nollan
Sterling
    Bush               Hill               ODonnell
Strom
    Caldwell (C)       Humphrey           Olsen
Talley
    Caldwell (T)       Johns              Osburn
Townley
    Conley             Kendrix            Pae
Turner
    Cornwell           Kerbs              Patzkowsky
Vancuren
    Crosswhite Hader   Lawson             Pfeiffer
Waldron
    Cruz               Lowe (D)           Phillips
Walke
    Culver             Lowe (J)           Pittman           West
(J)
    Davis              Luttrell           Provenzano        West
(K)
```

```
    Dempsey            Manger             Randleman          West
(R)
    Dills              Marti              Ranson             West
(T)
    Dobrinski          Martinez           Roberts (D)
Williams
    Dollens            May                Roberts (E)
Wolfley
    Echols             McBride            Roberts (S)
Worthen

Fetgatter


    NAYS:     0


    EXCUSED:     8

    Hilbert            Lepak              Stinson
Wallace
    Kannady            Russ               Virgin             Mr.
Speaker


    CONSTITUTIONAL PRIVILEGE:     0
```

****************************************************************

Top_of_Page

```
                        Common Education
Committee

                             2021-
22


    HB1775                          Schools; changing act name to Riley's Ru
    Conley                          le; requiring development of an Emergenc
                                    y Action Plan; effective date.
    DO PASS AS AMENDED BY CS        PASSED

         YEAS:    14                                        RCS#   22
         NAYS:     0                                        2/23/2021
         C/P :     0                                        12:24:58
PM


    YEAS:    14
```

```
    Baker              Boles              Caldwell (C)       Conley
    Johns              Lowe (D)           Provenzano         Randleman
    Roberts (D)        Rosecrants         Russ               Vancuren
    Waldron            West (T)

    NAYS:    0



    CONSTITUTIONAL PRIVILEGE:     0
```

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

```
************************************************************************************************
Please click on a link below to go directly to that vote:

     Committee Vote    THIRD READING (RCS# 0762)

************************************************************************************************
```

Top_of_Page

```
                        THE OKLAHOMA STATE SENATE
                    1st Session of the 58th Legislature

     HOUSE BILL 1775              Schools and state agencies; prohibiting
     Bullard                      certain employees from being required to
                                  participate in certain training; effective
                                  date; emergency.

     THIRD READING

          YEAS:     38                                            RCS# 762
          NAYS:      9                                          4/21/2021
          EXC :      1                                           11:32 PM
          N/V :      0

     YEAS:    38

     Bergstrom            Hamilton             Murdock              Simpson
     Bullard              Haste                Newhouse             Standridge
     Burns                Howard               Paxton               Stanley
     Coleman              Jech                 Pederson             Stephens
     Dahm                 Jett                 Pemberton            Taylor
     Daniels              Kidd                 Pugh                 Thompson
     David                Leewright            Quinn                Treat
     Dugger               McCortney            Rader                Weaver
     Garvin               Merrick              Rogers
     Hall                 Montgomery           Rosino

     NAYS:     9

     Boren                Dossett, J.J.        Kirt
     Brooks               Floyd                Matthews
     Dossett, J.A.        Hicks                Young

     EXCUSED:     1

     Allen

     N/V :     0

                                                        HOUSE BILL 1775


****************************************************************
Top_of_Page

                        THE OKLAHOMA STATE SENATE

                    1st Regular Session of the 58th Legislature
```

```
April 6, 2021

COMMITTEE ON EDUCATION

HB 1775


By:                     Conley of the House and Bullard of the Senate

Title:                  Schools; changing act name to Riley's Rule; requiring development of an
                        Emergency Action Plan; effective date.


Recommendation:         DO PASS AS AMENDED

Aye:                    Dahm, Quinn, Stanley, Stephens, Taylor, Pemberton, Pugh

Nay:                    Dossett (J.A.), Dossett (J.J.), Dugger, Hicks

Constitutional Privilege:


*****************************************************************************************
```