# Exhibit 6

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BLACK EMERGENCY RESPONSE TEAM, *et al.*,<br>　　　　　　　　　　　　　　*Plaintiffs,*<br>　v.<br>JOHN M. O'CONNOR, *et al.*<br>　　　　　　　　　　　　　　*Defendants.* | No.　　21-cv-1022-G |

## AFFIDAVIT OF CALVIN JONES, ED.D

I, Calvin Jones, declare the following:

1. I earned my Bachelor's in Business Education and my Master's in Education Administration from the University of Central Oklahoma. After that, I earned an Educational Specialist degree (Ed.S) in Secondary Administration and a Doctor of Education (Ed.D) in Superintendency from the University of South Dakota.

2. I began my teaching career in 2000 and have taught in various schools for about 15 of the past 20 or so years, with the other years being spent in the private sector. I have taught in small and big schools, as well as urban and rural schools during that time. I have also coached basketball, volleyball, and golf, alongside my teaching duties.

3. At John Marshall High School in Oklahoma City, where I presently teach and coach, I have been honored to have been elected as the Building Representative for the American Federation of Teachers (AFT) and the Building Chair for the Faculty-Advisory Committee. In coaching, I was voted as the Oklahoma City Public Schools volleyball coach of the year in 2019 and the Region 8 Small School All State Coach

selection in 2021.

4. Currently, I teach 9th Grade history and social studies at John Marshall. I have also taught Career and Business Technology. I currently coach volleyball and golf. This affidavit is submitted in my own personal capacity, however. I do not speak for anyone other than myself.

5. I read HB 1775 when it was originally passed. I also read the emergency rules that the State Department of Education created to accompany it. I thought the rules and laws were well written and straightforward.

6. It was plain from the beginning that HB 1775 was not going to affect me, because I never labeled kids in teaching history. At no point do I ever label one of my students as a victim or as an oppressor, or something similar, especially not based on their sex or skin color. If you can't teach a history class without labeling kids in the narrow ways that are barred by HB 1775, you're probably in the wrong profession.

7. I do teach on touchy and controversial subjects in my class, including abortion, taxes, race, guns, civil rights, slavery and the Tulsa Race Riots. But I don't do it from a labeling standpoint, nor did I insist that my students share my perspective. Instead, I try to throw a lot of scenarios at my students. I try not to take a position at all, I just want to make them think. This isn't always easy, and I have had students complain about the subject matter we cover. What is easy, however, is teaching in a way that avoids the prohibitions in HB 1775.

8. I absolutely support this bill. My wife is Native American. Thus, my seven-year-old daughter is Native American and an enrolled member of the Rosebud Sioux Tribe. At

the end of the day, I don't want any teacher to label her or demean her based solely on her skin color. If you label my child or try to put her in a box based on skin color, I'll be the first parent at the board meeting to complain.

I state under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 16th day of December, 2021, in Oklahoma City, Oklahoma.

s/    Dr. Calvin J Jones
Calvin Jones, Ed. D.

I certify that I have the signed original of this document, which is available for inspection at any time by the Court or a party to this action.

s/    Zach West
Zach West