IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

|  |  |
|---|---|
| BLACK EMERGENCY RESPONSE TEAM, et al., <br><br>    *Plaintiffs*, <br><br> v. <br><br> JOHN O'CONNOR, in his official capacity as Oklahoma Attorney General, et al., <br><br>    *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 21-cv-1022-G |

**UNOPPOSED MOTION TO EXTEND TIME TO REPLY TO DEFENDANTS' RESPONSES TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUCTION AND TO RESPOND TO DEFENDANTS' MOTION TO STRIKE**

On December 16, 2021, Defendants Board of Regents for the University of Oklahoma, Michael Cawley, Frank Keating, Phil Albert, Natalie Shirley, Eric Stevenson, Anita Holloway, and Rick Nagels (the "University of Oklahoma Board of Regents Defendants") filed their response to Plaintiffs' motion for preliminary injunction [Doc. No. 58] and a motion to strike the declarations of Plaintiffs the Black Emergency Response Team ("BERT") and the University of Oklahoma Chapter of the American Association of University Professors ("OU-AAUP") and portions of the declaration of Dr. Lynn [Doc. No. 59]. The same day, Defendants Angela Grunewald, Jamie

1

Underwood, Cynthia Benson, Kathleen Duncan, and Lee Ann Kuhlman (the "Edmond Defendants") and Defendants Nos. 1-18 filed responses to Plaintiffs' motion for preliminary injunction [Doc. Nos. 60, 61]. Together, Defendants' recent filings make up 141 pages, including exhibits. Currently, Plaintiffs' replies to Docs. Nos. 58, 60, and 61 are due December 23, 2021 and Plaintiffs' response to Doc. No. 59 is due January 6, 2022. Plaintiffs request an extension on the replies to Doc. Nos. 58, 60, and 61 and the response to Doc. No. 59 until January 13, 2022. In support of this motion, Plaintiffs state:

1. None of the Defendants oppose this extension.

2. Counsel for Plaintiffs with responsibility in the case have several competing deadlines and commitments in the coming weeks, including in: *Students for Fair Admissions, Inc. v. Univ. of North Carolina at Chapel Hill* (4th Cir. Nov. 10, 2021), *petition for cert. filed,* No. 21-707 (U.S. Nov. 11, 2021) (Response in Opposition to Petition for Writ for Certiorari Before Judgment due December 20, 2021); *In re The 10 November 2021 Order in Hoke Cnty. Bd. of Edu. v. State of North Carolina and W. David Lee*, No. P21-511, N.C.Ct.App. (Wake Cnty. No. 95 CVS 1158) (ongoing appellate proceedings regarding appeal and petitions for review of Writ of Prohibition issued by Court of Appeals).

3. The upcoming holidays pose additional scheduling conflicts with Plaintiffs' counsels' pre-planned vacations and holiday travel.

4. No hearings or conflicting deadlines have been set in this case, so an extension will not adversely impact scheduling in this matter.

As noted, all Defendants have informed Plaintiffs that they do not oppose an extension until January 13, 2022. Plaintiffs respectfully request that this Court extend Plaintiffs' time to reply to Defendants' responses to Plaintiffs' motion for preliminary injunction and to respond to Defendants' motion to strike until January 13, 2022.

                                  Respectfully submitted,

                                  */s/ Megan Lambert*

| | |
|---|---|
| Genevieve Bonadies Torres | Megan Lambert |
| David Hinojosa | AMERICAN CIVIL LIBERTIES UNION |
| LAWYERS' COMMITTEE FOR CIVIL | FOUNDATION OF OKLAHOMA |
| RIGHTS UNDER LAW | P.O. Box 13327 |
| 1500 K Street NW, Suite 900 | Oklahoma City, OK 73113 |
| Washington, DC 20005 | Tel.: 405-524-8511 |
| | mlambert@acluok.org |
| Gary Stein | |
| Michael Cutini | Emerson Sykes |
| Sara Solfanelli | Leah Watson |
| Elahe Hosseini | Sarah Hinger |
| Amir Shakoorian Tabrizi | AMERICAN CIVIL LIBERTIES |
| Ramya Sundaram | UNION FOUNDATION |
| SCHULTE ROTH & ZABEL LLP | 125 Broad Street, 18th Floor |
| 919 Third Avenue | New York, NY 10004 |
| New York, NY 10022 | |

                                  *Counsel for Plaintiffs*