# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **BLACK EMERGENCY RESPONSE TEAM et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**JOHN O'CONNER, in his official capacity as Oklahoma Attorney General, et al.,** )<br>)<br>**Defendants.** ) | Case No. CIV-21-1022-G |

## ORDER

Now before the Court is Plaintiffs' Unopposed Motion to Extend Time (Doc No. 62). For good cause shown, the Unopposed Motion is GRANTED. Plaintiffs shall file their replies in support of their motion for preliminary injunction (Doc. No. 27) and their response in opposition to the motion to strike (Doc. No. 59) on or before January 13, 2022.

IT IS SO ORDERED this 21st day of December, 2021.

_____
CHARLES B. GOODWIN
United States District Judge