# Exhibit 3

# Edmond Public Schools – High School English Classes | 2019

## Extended Texts for Oklahoma Academic Standards (High School On-Level Classes)
Advanced Placement English classes have different selections. Please refer to the teacher's syllabus.

Titles in bold are district-required extended texts.

### Grade 9

- ***Night* by Elie Wiesel**
- ***The Odyssey* by Homer** (Excerpts of this epic are available in the literature text.)
- ***Of Mice and Men* by John Steinbeck (Alternative –*The Red Badge of Courage* by Stephen Crane)**
- ***Romeo and Juliet* by William Shakespeare** (in the literature text)

**Pre- AP English I Only** – *To Kill a Mockingbird* by Harper Lee and/or *A Separate Peace* by John Knowles

### Grade 10

- ***Animal Farm* by George Orwell**
- ***The Glass Castle* by Jeannette Walls** (Alternative – *I am Malala* by Malala Yousafzai with Christina Lamb)
- ***A Midsummer Night's Dream, Much Ado about Nothing,* or *The Taming of the Shrew* by Shakespeare**

In addition to the texts above, Pre-AP English II students will read the following:

- ***The Kite Runner* by Khaled Hosseini** (Alternative – *Things Fall Apart* by Chinua Achebe)
- ***Macbeth* by William Shakespeare**

Pre-AP Teachers may choose from the following as time permits:

- *Anthem* by Ayn Rand
- *Antigone* by Sophocles
- *The Book Thief* by Markus Zusack

### Grade 11

- ***The Crucible* by Arthur Miller**
- ***The Great Gatsby* by F. Scott Fitzgerald**
- ***I Know Why the Caged Bird Sings* by Maya Angelou** or ***The House on Mango Street* by Sandra Cisneros**
- *Jurassic Park* by Michael Crichton (campus choice not provided by district – optional 4th quarter only)
- *A Raisin in the Sun* by Lorraine Hansberry (optional)
- *The Souls of Black Folks* by W.E.B. Du Bois (excerpts and related readings - optional)

### Grade 12

- ***Beowulf***
- ***The Canterbury Tales* by Geoffrey Chaucer**
- ***1984* by George Orwell**
- ***Frankenstein* by Mary Shelley** or ***Lord of the Flies* by William Golding**
- ***Hamlet* by William Shakespeare**
- *How to Read Literature like a Professor* by Thomas C. Foster (selected chapters as appropriate)

**Students in Pre-AP and AP English will have required independent, outside reading of their choice. Contact the student's teacher for a list of approved titles.**

**Advanced Placement required reading will be on each teacher's syllabus at the beginning of the year.**