UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

(1) BLACK EMERGENCY RESPONSE TEAM )
)
(2) UNIVERSITY OF OKLAHOMA CHAPTER OF )
THE AMERICAN ASSOCIATION OF UNIVERSITY )
PROFESSORS, )
)
(3) OKLAHOMA STATE CONFERENCE OF THE )
NATIONAL ASSOCIATION FOR THE )
ADVANCEMENT OF COLORED PEOPLE, )
)
(4) AMERICAN INDIAN MOVEMENT INDIAN )
TERRITORY, )
)
(5) PRECIOUS LLOYD, as next of friend of S. L., )
)
(6) ANTHONY CRAWFORD, and )
)
(7) REGAN KILLACKEY, )
)
                   Plaintiffs, )
-vs- ) CIV-21-1022-G
)
) Judge Charles Goodwin
)
)
(1) JOHN O'CONNOR, in his official capacity as )
Oklahoma Attorney General, )
)
(2) JOY HOFMEISTER, in her official capacity as )
Oklahoma Superintendent of Public Instruction, )
)
(3) WILLIAM FLANAGAN, )
(4) CARLISHA BRADLEY, )
(5) JENNIFER MONIES, )
(6) ESTELA HERNANDEZ, )
(7) BRIAN BOBEK, )
(8) TRENT SMITH, in their official capacities as )
members of the Oklahoma State Board of Education, )

| | |
|---|---|
| **(9) KEVIN STITT, in his official capacity as Governor of Oklahoma,** | ) )  |
| **(10) JEFFREY HICKMAN,** | ) |
| **(11) MICHAEL TURPEN,** | ) |
| **(12) STEVEN TAYLOR,** | ) |
| **(13) DENNIS CASEY,** | ) |
| **(14) JAY HELM,** | ) |
| **(15) ANN HOLLOWAY,** | ) |
| **(16) JOSEPH PARKER JR.,** | ) |
| **(17) JACK SHERRY,** | ) |
| **(18) COURTNEY WARMINGTON**, in their official capacities as the Oklahoma State Regents for Higher Education, | ) ) ) ) |
| **(19) MICHAEL CAWLEY,** | ) |
| **(20) FRANK KEATING,** | ) |
| **(21) PHIL ALBERT,** | ) |
| **(22) NATALIE SHIRLEY,** | ) |
| **(23) ERIC STEVENSON,** | ) |
| **(24) ANITA HOLLOWAY,** | ) |
| **(25) RICK NAGEL,** in their official capacities as members of the Board of Regents of the University of Oklahoma, and, | ) ) ) ) |
| **(26) INDEPENDENT SCHOOL DISTRICT NO. 12, Oklahoma County, Oklahoma,** | ) ) ) |
| **Defendants.** | ) |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendants Independent School District No. 12 of Oklahoma County, a/k/a Edmond Public Schools. I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

S/F. Andrew Fugitt
F. Andrew Fugitt, OBA #10302
Justin C. Cliburn, OBA #32223
The Center For Education Law, P.C.
900 N. Broadway, Suite 300
Oklahoma City, OK 73102
Telephone: (405) 528-2800
Facsimile:  (405) 528-5800
E-Mail: AFugitt@cfel.com
Attorney For Defendant, Independent
School District No. 12, Oklahoma County,
Oklahoma

## Certificate of Service

I hereby certify that on August 25, 2022 I electronically transmitted the attached document to the Clerk of the Court using the Electronic Case Filing system for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System: Genevieve Bonadies Torres, David Hinojosa, Gary Stein, Michael Cutini, Sara Solfanelli, Elahe Hosseini, Amir Shakoorian, Ramya Sundaram, Megan Lambert, Emerson Sykes, Leah Watson, Sarah Hinger

S/F. Andrew Fugitt
F. Andrew Fugitt
