UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BLACK EMERGENCY RESPONSE TEAM et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) Case No. CIV-21-1022-G |
| JOHN O'CONNER, in his official capacity as Oklahoma Attorney General, et al., | ) ) ) ) |
| Defendants. | ) ) |

**ORDER**

Now before the Court is a Motion to Extend Time filed by Defendants 1-18 (Doc. No. 85), seeking an additional five days to file a response to Plaintiffs' Supplemental Submission. The Motion states that Plaintiffs oppose the Motion. Given that Defendants 1-18 are requesting a short extension and the circumstances of this case, the Court does not find it necessary to set a response date prior to ruling.

For good cause shown, the Motion to Extend Time (Doc. No. 85) is GRANTED. Defendants 1-18 may file their response on or before September 7, 2022.

IT IS SO ORDERED this 1st day of September, 2022.

CHARLES B. GOODWIN
United States District Judge