UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| vs.                    Plaintiff(s) | ) | Case No. _____ |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| Defendant(s) | ) |  |

## REQUEST FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1. Full name: _____

2. State bar membership number: _____

3. Business address, telephone and fax numbers:




4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:




5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?    ☐ Yes   ☐ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?    ☐ Yes   ☐ No
   (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?    ☐ Yes   ☐ No

   A check for $50 should be made payable to the U.S. District Court Clerk.
   (United States Government Attorneys are exempted from paying this fee.)

   DATED this _____ day of _____.

005/rvsd 06-04

_____
Signature of Applicant