UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BLACK EMERGENCY RESPONSE TEAM et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JOHN O'CONNER, in his official capacity as Oklahoma Attorney General, et al., )<br>)<br>)<br>)<br>Defendants. ) | Case No. CIV-21-1022-G |

## ORDER

Now before the Court is Defendants 1-18's Motion for Leave to File Exhibit Under Seal (Doc. No. 88), requesting leave to file under seal Exhibit 2 to Defendants 1-18's Supplemental Response. The Motion is GRANTED. Defendants 1-18 may file Exhibit 2 to their Supplemental Response under seal.

IT IS SO ORDERED this 7th day of September, 2022.

_____
CHARLES B. GOODWIN
United States District Judge