# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **BLACK EMERGENCY RESPONSE TEAM et al.,** | )<br>)<br>) |
| **Plaintiffs,** | )<br>) |
| v. | )<br>)  Case No. CIV-21-1022-G |
| **JOHN O'CONNER, in his official capacity as Oklahoma Attorney General, et al.,** | )<br>)<br>)<br>) |
| **Defendants.** | ) |

## ORDER

Upon review of the record, the Court GRANTS the Motion for Admission Pro Hac Vice (Doc. No.87) filed on September 6, 2022, in support of the Request for Admission Pro Hac Vice signed by Attorney Taylor Alexis Dumpson, and hereby PERMITS Attorney Taylor Alexis Dumpson to appear as counsel of record in this matter for Plaintiffs.[1]

On or before September 21, 2022, Attorney Taylor Alexis Dumpson shall electronically file an entry of appearance on the form prescribed by the Clerk of Court. *See* LCvR 83.2(g), 83.4. Attorney Taylor Alexis Dumpson is ADVISED that failure to comply with this requirement by September 21, 2022, will result in vacatur of this Order and denial of both the Motion for Admission Pro Hac Vice filed on Attorney Taylor Alexis Dumpson's behalf and the Request for Admission Pro Hac Vice.

---

[1] The docket reflects that the required fee of $50.00 has been paid. *See* LCvR 83.2(g).

IT IS SO ORDERED this 8th day of September, 2022.

_____
CHARLES B. GOODWIN
United States District Judge