# Exhibit 2



**MUSTANG PUBLIC SCHOOLS**
Empowering Today To Achieve A Better Tomorrow

# Teacher Statement

re: Investigation into Parent Complaint - Jan 2022

Teacher: ▮
Date of lesson: 1.19.22
Class: ▮ / Leadership

**OVERVIEW of lesson / activity:**
- The students were told to start in a line across the room and based on our own experiences would either step forward or back based on statements. As a group we established the expectations that our group was a safe place and that we would not make comments or judge each other on what happened during the activity. Each student was instructed to keep their eyes closed to ensure we would not see whether or not people stepped forward or back on each statement. I monitored this aspect to ensure students felt comfortable being honest. Before we began, I also informed the students that some of the statements may spark some emotions, but they were not required to participate in the activity. They were also told that if they felt the need to step out they could as well. I told them that if they did not want to step forward or back they did not have to. The activity was 100% voluntary, and was used to hopefully get students to see how each of us is different but was still chosen out of over one hundred applicants to be in ▮ and have the potential to make a huge difference as leaders in our school. The attachment shows more information regarding the activity.

**OBJECTIVE of lesson / activity:**
- This quarter has the theme of "The Leader in Me" for the ▮ class, which involves prompting the students to become more self aware. The ▮ Leadership program wants the students to understand what is important to them. Additionally the program wants the students to think of all the possibilities they have for their future and begin to plan what they can do to achieve their goals, and also would like students to reflect how they've thought and their actions until this point of their lives which is all part of a project we are working on straight from the WEB ▮ curriculum. The ▮ Leadership thought doing this activity within the group would be a good demonstration of why "judging a book by its cover" tends to lead us to false assumptions about people, even our friends and peers. The intent of the activity was to show that each of us have different experiences in our life. As a program, we also talked about how important it is to treat others with kindness and respect since we never really know what other people are going through. I had hoped this would have the students think about the way they interact with each other and deter them from gossiping and saying mean or rude things.

**Additional notes:**
- From ▮
    - Question #6 the words "in elementary and secondary school" were omitted from the activity
    - Question #7 was omitted from the activity
    - Question #27 the word "rape" was omitted from the activity