# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

BLACK EMERGENCY RESPONSE TEAM, et al.,

    *Plaintiffs*,

v.

JOHN O'CONNOR, in his official capacity as Oklahoma Attorney General, et al.,

    *Defendants*.

Case No.: 5:21-cv-01022-G
Hon. Charles B. Goodwin

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs, by and through their attorneys, respectfully provide notice to the Court of supplemental authority. On November 17, 2022, the Northern District of Florida Tallahassee Division issued an opinion in *Pernell v. Florida Board of Governors of the State University System* and *Novoa v. Diaz*, Case No. 4:22-cv-00304-MW-MAF, which is attached as Exhibit 1 to this Notice. This opinion involves similar claims and issues as those raised by Plaintiffs and Defendants in this case such that the opinion, while not binding precedent, may be informative for the court.

The *Pernell* and *Novoa* cases concern Florida's Individual Freedom Act (also known as the "Stop W.O.K.E." Act or H.B. 7), Fla. Stat. § 760.10(8), which

includes many of the same provisions as H.B. 1775. The court held that plaintiffs were likely to succeed on the merits of their First Amendment viewpoint discrimination claims and their Fourteenth Amendment vagueness claims and granted a preliminary injunction against enforcement of the Act.

Respectfully submitted,

*/s/Megan Lambert*
Megan Lambert
AMERICAN CIVIL LIBERTIES
 UNION
FOUNDATION OF
 OKLAHOMA
P.O. Box 13327
Oklahoma City, OK 73113
Tel.: 405-524-8511
mlambert@acluok.org

# CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of November 2022, I electronically filed the foregoing Plaintiffs' Notice of Supplemental Authority with the Clerk of Court via the Court's CM/ECF system, which effects service upon all counsel of record.

Respectfully submitted,

*/s/Megan Lambert*
Megan Lambert
AMERICAN CIVIL LIBERTIES
    UNION
FOUNDATION OF OKLAHOMA
P.O. Box 13327
Oklahoma City, OK 73113
Tel.: 405-524-8511
mlambert@aclu.ok.org

*Counsel for Plaintiffs*