UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BLACK EMERGENCY RESPONSE TEAM, *et al*,<br><br>           *Plaintiffs,*<br>v.<br>JOHN M. O'CONNOR, *et al.*<br><br>           *Defendants.* | No.  21-cv-1022-G |

## ENTRY OF APPEARANCE

Please enter my appearance in the above-captioned case for the following Defendants: John M. O'Connor, Joy Hofmeister, members of the Oklahoma State Board of Education, Kevin Stitt, and the Oklahoma State Regents for Higher Education [Defendants 1-18], all in their respective official capacities.

Respectfully Submitted,

   s/ *William Flanagan*
ZACH WEST
   *Solicitor General*

WILLIAM FLANAGAN
   *Assistant Solicitor General*

OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, OK 73105
Direct:  (405) 521-3921
zach.west@oag.ok.gov
william.flanagan.oag.ok.gov

*Counsel for Defendants 1-18*