IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

BLACK EMERGENCY RESPONSE TEAM,
et al.,
    Plaintiffs,

v.

GENTNER DRUMMOND, et al.,
    Defendants 1–18.

Case No:    21-cv-1022-G

## NOTICE OF AUTOMATIC SUBSTITUTION OF PARTIES PURSUANT TO FED. R. CIV. P. 25(D)

Please take notice that pursuant to Fed. R. Civ. P. 25(d), several of Defendants 1–18 have been substituted. Gentner Drummond assumed the role of Attorney General of Oklahoma on January 9, 2023, and is therefore automatically substituted in his official capacity for Defendant John O'Connor in his official capacity as Oklahoma Attorney General. Ryan Walters assumed the role of Oklahoma Superintendent of Public Instruction on January 9, 2023, and is therefore automatically substituted for Defendant Joy Hofmeister in his official capacity as Oklahoma Superintendent of Public Instruction. The Oklahoma State Board of Education now consists of Donald Burdick, Marla Hill, Sarah Lepak, Trent Smith, Suzanne Reynolds, and Kendra Wesson. Those members are therefore automatically substituted for Defendants William Flanagan, Carlisha Bradley, Jennifer Monies, Estela Hernandez, and Brian Bobek in their official capacities as members of the Oklahoma State Board of Education. Dustin Hilliary assumed the role of Regent for the Oklahoma State Regents for Higher Education on or about April 1, 2022, and is therefore automatically substituted for Defendant Jay Helm in his official capacity as Oklahoma State Regent for Higher Education

Respectfully Submitted,

s/ *Will Flanagan*
WILL FLANAGAN, OBA #35110
  *Assistant Solicitor General*
OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, OK 73105
Telephone: (405) 521-3921
william.flanagan@oag.ok.gov
*Counsel for Defendants 1–18*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of January, 2023, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants with entries of appearance filed of record.

s/ *Will Flanagan*
WILL FLANAGAN
   *Assistant Solicitor General*
