# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BLACK EMERGENCY RESPONSE TEAM et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) Case No. CIV-21-1022-G |
| GENTNER DRUMMOND, in his official capacity as Oklahoma Attorney General, et al., | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

In accordance with the Notice (Doc. No. 104) filed by Defendants 1-18, the following Defendants are hereby automatically substituted pursuant to Federal Rule of Civil Procedure 25(d):

- Oklahoma Attorney General Gentner Drummond is substituted in place of former Oklahoma Attorney General John O'Conner.

- Oklahoma Superintendent of Public Instruction Ryan Walters is substituted in place of former Oklahoma Superintendent of Public Instruction Joy Hofmeister.

- Oklahoma State Board of Education members Donald Burdick, Marla Hill, Sarah Lepak, Trent Smith, Suzanne Reynolds, and Kendra Wesson are substituted in place of former Oklahoma State Board of Education members William Flanagan, Carlisha Bradley, Jennifer Monies, Estela Hernandez, and Brian Bobek.

- Regent for the Oklahoma State Regents for Higher Education Dustin Hilliary is substituted in place of former Regent for the Oklahoma State Regent for Higher Education Jay Helm.

IT IS SO ORDERED this 14th day of March, 2023.

_____
CHARLES B. GOODWIN
United States District Judge