UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BLACK EMERGENCY RESPONSE TEAM, *et al.*,<br>    *Plaintiffs*,<br><br>v.<br><br>GENTNER DRUMMOND, *et al.*,<br><br>    *Defendants 1–18*. | Case No. 5:21-cv-1022-G<br><br>Hon. Charles B. Goodwin |

## MOTION OF AMIR SHAKOORIAN TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 83.5, Amir Shakoorian moves this Court for an Order granting his leave to withdraw as counsel of record on behalf of all the Plaintiffs. In support of this Motion, Counsel states as follows:

1. Counsel is no longer employed by Schulte Roth & Zabel, LLP.

2. Plaintiffs will continue to be represented by attorneys with the ACLU of Oklahoma Foundation, Inc., ACLU National, Lawyers' Committee for Civil Rights Under Law, and Schulte Roth & Zabel, LLP. Withdrawing as counsel will not affect any Court Schedules or deadlines.

3. If granted, Attorney Shakoorian will no longer represent any of the Plaintiffs in this action and, therefore, does not need notice of any matters filed in this action and requests to be removed from all service lists including CM/ECF system notices for this action.

4. Concurrently with the filing of this Motion, counsel for the ACLU of Oklahoma Foundation, Inc. is providing notice of this Motion to all Plaintiffs.

WHEREFORE, Amir Shakoorian asks that this Court grant him leave to withdraw as counsel on behalf of all the Plaintiffs in this matter.

*/s/Megan Lambert*
Megan Lambert
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION OF OKLAHOMA
P.O. Box 13327
Oklahoma City, OK 73113
Tel.: 405-524-8511
mlambert@aclu.ok.org

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2023, I electronically filed the foregoing Motion to Withdraw with the Clerk of Court via the Court's CM/ECF system, which effects service upon all counsel of record.

Respectfully submitted,

*/s/Megan Lambert*
Megan Lambert
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION OF OKLAHOMA
P.O. Box 13327
Oklahoma City, OK 73113
Tel.: 405-524-8511
mlambert@aclu.ok.org

*Counsel for Plaintiffs*