UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

|  |  |
|---|---|
| BLACK EMERGENCY RESPONSE TEAM, *et al.*,<br>   *Plaintiffs*,<br><br>v.<br><br>GENTNER DRUMMOND, *et al.*, | Case No. 5:21-cv-1022-G<br><br>Hon. Charles B. Goodwin |

### MOTION OF GENEVIEVE BONADIES TORRES TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 83.5, Genevieve Bonadies Torres ("Counsel") moves this Court for an Order granting her leave to withdraw as counsel of record on behalf of all the Plaintiffs. In support of this Motion, Counsel states as follows:

1. As of July 8, 2023, Counsel will no longer be employed with the Lawyers' Committee for Civil Rights Under Law.

2. Plaintiffs will continue to be represented by attorneys with the Lawyers' Committee for Civil Rights Under Law, ACLU of Oklahoma Foundation, Inc., ACLU

1

National, and Schulte Roth & Zabel, LLP. Withdrawing as counsel will not affect any Court Schedules or deadlines.

    3. If granted, Counsel will no longer represent any of the Plaintiffs in this action and, therefore, does not need notice of any matters filed in this action and requests to be removed from all service lists including CM/ECF system notices for this action.

    4. Concurrently with the filing of this Motion, Counsel is providing notice of this Motion to all Plaintiffs.

WHEREFORE, Genevieve Bonadies Torres asks that this Court grant her leave to withdraw as counsel on behalf of all the Plaintiffs in this matter.

Dated: July 6, 2023

Respectfully submitted,

*/s/* Genevieve Bonadies Torres
Genevieve Bonadies Torres
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
   UNDER LAW
1500 K Street NW, Suite 900
Washington, DC 20005
gbonadies@lawyerscommittee.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2023, I electronically transmitted the attached document to the Clerk of Court using the ECF system for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to those registered as participants of the ECF System.

                                          Respectfully submitted,

                                          */s/ Genevieve Bonadies Torres*
                                          Genevieve Bonadies Torres
                                          LAWYERS' COMMITTEE FOR CIVIL RIGHTS
                                              UNDER LAW
                                          1500 K Street NW, Suite 900
                                          Washington, DC 20005
                                          gbonadies@lawyerscommittee.org