# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BLACK EMERGENCY RESPONSE TEAM et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. CIV-21-1022-G |
| GENTNER DRUMMOND, in his official capacity as Oklahoma Attorney General, et al., | ) ) ) ) ) |
| Defendants. | ) |

## ORDER

Now before the Court is the Motion to Withdraw Genevieve Bonadies Torres as counsel of record for Plaintiffs. The Motion states that Plaintiffs will continue to be represented by remaining counsel. The Motion to Withdraw (Doc. No. 126) is GRANTED.

IT IS SO ORDERED this 24th day of July, 2023.

_CHARLES B. GOODWIN_
United States District Judge