UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BLACK EMERGENCY RESPONSE TEAM, *et al.*,<br>　　　*Plaintiffs*,<br><br>v.<br><br>GENTNER DRUMMOND, *et al.*, | Case No. 5:21-cv-1022-G<br><br>Hon. Charles B. Goodwin |

### MOTION OF TAYLOR DUMPSON TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.5, Taylor Dumpson ("Counsel") moves this Court for an Order granting her leave to withdraw as counsel on behalf of all the Plaintiffs. In support of this Motion, Counsel states as follows:

1. As of September 1, 2023, Counsel will no longer be employed with the Lawyers' Committee for Civil Rights Under Law.

2. Plaintiffs will continue to be represented by attorneys with the Lawyers' Committee for Civil Rights Under Law, ACLU of Oklahoma Foundation, Inc., ACLU

1

National, and Schulte Roth & Zabel, LLP. Withdrawing as counsel will not affect any Court Schedules or deadlines.

    3. If granted, Counsel will no longer represent any of the Plaintiffs in this action and, therefore, does not need notice of any matters filed in this action and requests to be removed from all service lists including CM/ECF system notices for this action.

    4. Concurrently with the filing of this Motion, Counsel is providing notice of this Motion to all Plaintiffs.

WHEREFORE, Taylor Dumpson asks that this Court grant her leave to withdraw as counsel on behalf of all the Plaintiffs in this matter.

Dated: August 30, 2023

Respectfully submitted,

*/s/* Taylor Dumpson
Taylor Dumpson
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS
UNDER LAW
1500 K Street NW, Suite 900
Washington, DC 20005
tdumpson@lawyerscommittee.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2023, I electronically transmitted the attached document to the Clerk of Court using the ECF system for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to those registered as participants of the ECF System.

                                            Respectfully submitted,

                                            */s/ Taylor Dumpson*
                                            Taylor Dumpson
                                            LAWYERS' COMMITTEE FOR
                                            CIVIL RIGHTS
                                                UNDER LAW
                                            1500 K Street NW, Suite 900
                                            Washington, DC 20005
                                            tdumpson@lawyerscommittee.org