# COURTROOM MINUTE SHEET

DATE 10/24/2023

CASE NUMBER CIV-21-1022-G

Black Emergency Response Team et al -vs- Drummond et al

COMMENCED 10:37   ENDED 10:47   TOTAL TIME 10 mins

PROCEEDINGS Status Conference

JUDGE CHARLES B. GOODWIN   DEPUTY JACOB BUCKLE   REPORTER SUSAN FENIMORE

PLF COUNSEL Emerson Sykes, David Hinojosa

DFT COUNSEL Zachary West, Garry Gaskins II, William Flanagan, Daniel Weitman, Tina Ikpa, Justin Cliburn, Andrew Fugitt

PROBATION OFFICER

INTERPRETER

WITNESSES FOR PLAINTIFF

1.
2.
3.
4.
5.

WITNESSES FOR DEFENDANT

1.
2.
3.
4.
5.

Status Conference held. Order to issue.