# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BLACK EMERGENCY RESPONSE TEAM et al., </br></br>  Plaintiffs, </br></br> v. </br></br> GENTNER DRUMMOND, in his official capacity as Oklahoma Attorney General, et al., </br></br>  Defendants. | Case No. CIV-21-1022-G |

## ORDER

Pursuant to Local Civil Rule 78.1, the Court ORDERS oral argument on the outstanding Motion for Preliminary Injunction (Doc. No. 27), Motions to Dismiss (Doc. Nos. 51, 52), and Motion for Judgment on the Pleadings (Doc. No. 106) on Monday, December 4, 2023, at 10:00 a.m. in Courtroom 305 of the William J. Holloway, Jr. United States Courthouse. Plaintiffs' Motion to Expedite Consideration (Doc. No. 139) is DENIED as moot.

IT IS SO ORDERED this 24th day of October, 2023.

*Charles B. Goodwin*
CHARLES B. GOODWIN
United States District Judge