# COURTROOM MINUTE SHEET

DATE  12/04/2023

CASE NUMBER  CIV-21-1022-G

Black Emergency Response Team et al   -vs-  Drummond et al

COMMENCED  10:13      ENDED  12:43      TOTAL TIME  2 hrs 30 mins

PROCEEDINGS  Motion Hearing

JUDGE  CHARLES B. GOODWIN      DEPUTY  JACOB BUCKLE      REPORTER  EMILY CRIPE

PLF COUNSEL  Emerson Sykes, David Hinojosa, Maya Brodziak, Megan Lambert,

DFT COUNSEL  Garry Gaskins, Andrew Fugitt, Daniel Weitman, Tina Ikpa, William Flanagan, Sara Hinger

PROBATION OFFICER

INTERPRETER

WITNESSES FOR PLAINTIFF

1.
2.
3.
4.
5.

WITNESSES FOR DEFENDANT

1.
2.
3.
4.
5.

Hearing held. Order to issue.