UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BLACK EMERGENCY RESPONSE TEAM, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> GENTNER DRUMMOND, in his official capacity as Oklahoma Attorney General, et al., <br><br> *Defendants*. | Case No. 5:21-CV-1022-G <br><br> Hon. Charles B. Goodwin |

### PLAINTIFFS' MOTION FOR STATUS CONFERENCE

Plaintiffs respectfully request that the Court schedule a telephonic status conference in light of the following pending motions: (1) Plaintiffs' Motion for Preliminary Injunction (Doc. 27); (2) OU Regents Defendants'[1] pending Motion to Dismiss (Doc. 51); (3) Edmond Public School Defendant's[2] pending Motion to Dismiss (Doc. 52); and (4) State Defendants'[3] Motion for Judgment on the Pleadings (Doc. 106). As Plaintiffs discussed in their Notice of Pending Motions (Doc. 165), three of the motions have been pending for over two years and another motion has been pending for over a year. The Court held oral argument on the motions on December 4, 2024. To date, however, the Court has yet to issue a ruling or advise parties of the pending motions.

---

[1] Defendants 19-25.
[2] Independent School District No. 12, Oklahoma County, Oklahoma.
[3] Defendants 1-18.

Plaintiffs respectfully request a telephonic status conference to address the status of the case and motions pending before the Court. Defendants do not oppose.

Respectfully submitted,

David Hinojosa
Maya Brodziak
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
 UNDER LAW
1500 K Street NW, Suite 900
Washington, DC 20005
dhinojosa@lawyerscommittee.org
mbrodziak@lawyerscommittee.org

Douglas Koff
Julia Beskin
Sara Solfanelli
Kevin Scot Johns
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
douglas.koff@srz.com
julia.beskin@srz.com
sara.solfanelli@srz.com
kevin.johns@srz.com

/s/ Adam Hines
Adam Hines
Oklahoma Bar Number: 35640
Megan Lambert
Oklahoma Bar Number: 33216
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION OF OKLAHOMA
P.O. Box 13327
Oklahoma City, OK 73113
Tel.: 405-524-8511
ahines@acluok.org
mlambert@acluok.org

Emerson Sykes
Leah Watson
Sarah Hinger
AMERICAN CIVIL LIBERTIES
 UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
esykes@aclu.org
lwatson@aclu.org
shinger@aclu.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 17, 2024, I electronically filed the foregoing Motion for Status Conference with the Clerk of Court via the Court's CM/ECF system, which effects service upon all counsel of record.

      Respectfully submitted,

*/s/ Adam Hines*
Adam Hines
Oklahoma Bar Number: 35640
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION OF OKLAHOMA
P.O. Box 13327
Oklahoma City, OK 73113
Tel.: 405-524-8511
ahines@acluok.org

*Counsel for Plaintiffs*