# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BLACK EMERGENCY RESPONSE TEAM et al., | ) )  ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| GENTNER DRUMMOND, in his official capacity as Oklahoma Attorney General, et al., | ) ) ) ) ) |
| Defendants. | ) |

Case No. CIV-21-1022-G

## ORDER

Now before the Court is Plaintiffs' unopposed Motion for Status Conference (Doc. 166). The Motion is GRANTED. The parties are ADVISED that a status conference will be held in this matter on Friday, June 7, 2024 at 10:30 a.m.

The conference will be conducted telephonically. On or before 12:00 p.m. on Thursday, June 6, 2024, the attorneys who will participate in the conference must advise Judge Goodwin's Courtroom Deputy of the telephone number at which they are to be contacted. Judge Goodwin's Courtroom Deputy may be contacted by email at Jacob_Buckle@okwd.uscourts.gov.

IT IS SO ORDERED this 17th day of May, 2024 .

CHARLES B. GOODWIN
United States District Judge