UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BLACK EMERGENCY RESPONSE TEAM, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>GENTNER DRUMMOND, in his official capacity as Oklahoma Attorney General, et al.,<br><br>*Defendants*. | Case No. 5:21-CV-1022-G<br><br>Hon. Charles B. Goodwin |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to LCvR7.1(m), Plaintiffs respectfully submit notice of *Local 8027, AFT-N.H., AFL-CIO, et al. v. Edelblut, et al.,* No. 21-cv-1077-PB (D.N.H. May 28, 2024), attached as Exhibit 1, as supplemental authority directly relevant to issues raised in Plaintiffs' Motion for Preliminary Injunction (Doc. 27), Plaintiffs' Response to OU Regents[1] and Edmond Public School Defendants'[2] Motions to Dismiss (Doc. 67, 68), and Plaintiffs' Response to State Defendants'[3] Motion for Judgment on the Pleadings (Doc. 110). This opinion involves similar claims and issues as those raised by Plaintiffs and Defendants in this case such that the opinion, while not binding precedent, may be informative for the Court.

---

[1] Defendants 19-25.
[2] Independent School District No. 12, Oklahoma County, Oklahoma.
[3] Defendants 1-18.

1

*Local 8027, AFT-N.H., AFL-CIO, et al. v. Edelblut, et al.,* concerns a New Hampshire law, H.B. 2, codified at N.H. Rev. Stat. Ann. § 193:40, 354-A:29, 31-34, which purports to ban several of the same topics as H.B. 1775 in public primary and secondary schools. The court granted the plaintiffs' motion for summary judgment on their Fourteenth Amendment vagueness claim, finding that H.B. 2's banned topics "are viewpoint-based restrictions on speech that do not provide either fair warning to educators of what they prohibit or sufficient standards for law enforcement to prevent arbitrary and discriminatory enforcement." Exhibit 1 at 49-50.

Respectfully submitted,

David Hinojosa
Maya Brodziak
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
 UNDER LAW
1500 K Street NW, Suite 900
Washington, DC 20005
dhinojosa@lawyerscommittee.org
mbrodziak@lawyerscommittee.org

Douglas Koff
Julia Beskin
Sara Solfanelli
Kevin Scot Johns
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
douglas.koff@srz.com
julia.beskin@srz.com
sara.solfanelli@srz.com
kevin.johns@srz.com

/s/ Megan Lambert
Megan Lambert
Oklahoma Bar Number: 33216
Adam Hines
Oklahoma Bar Number: 35640
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION OF OKLAHOMA
P.O. Box 13327
Oklahoma City, OK 73113
Tel.: 405-524-8511
ahines@acluok.org
mlambert@acluok.org

Emerson Sykes
Leah Watson
Sarah Hinger
AMERICAN CIVIL LIBERTIES
 UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
esykes@aclu.org
lwatson@aclu.org
shinger@aclu.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 31, 2024, I electronically filed the foregoing Notice of Supplemental Authority with the Clerk of Court via the Court's CM/ECF system, which affects service upon all counsel of record.

      Respectfully submitted,

      */s/ Megan Lambert*
      Megan Lambert
      Oklahoma Bar Number: 33216
      AMERICAN CIVIL LIBERTIES UNION
        FOUNDATION OF OKLAHOMA
      P.O. Box 13327
      Oklahoma City, OK 73113
      Tel.: 405-524-8511
      mlambert@acluok.org

      *Counsel for Plaintiffs*