IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BLACK EMERGENCY RESPONSE TEAM, et al., | ) ) ) ) ) |
| *Plaintiffs,* | ) ) ) ) |
| v. | ) Case No. 5:21-cv-1022-G ) ) Hon. Charles B. Goodwin ) |
| GENTNER DRUMMOND, in his official capacity as Oklahoma Attorney General, et al., | ) ) ) ) ) |
| *Defendants.* | ) ) ) ) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Civil Rule 83.2(g), undersigned counsel, as counsel for Plaintiffs, hereby applies for Admission Pro Hac Vice of Zakiya Lewis to appear as counsel in the above-referenced matter for purposes of representing Plaintiffs. The undersigned counsel hereby certifies that Zakiya Lewis is a member in good standing of the District of Columbia bar. As required by the subject rule, a copy of Zakiya Lewis' Request for Admission Pro Hac Vice is submitted contemporaneously herewith.

WHEREFORE, undersigned counsel respectfully requests that the Court enter an Order granting the Request for Admission Pro Hac Vice of Zakiya Lewis.

1

Respectfully submitted,

*/s/ Megan Lambert*
Megan Lambert
Oklahoma Bar Number: 33216
Counsel for Plaintiffs
American Civil Liberties Union of
Oklahoma Foundation
P.O. Box 13327
Oklahoma City, OK 73113
(405) 524-8511
mlambert@acluok.org

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2024, I electronically filed the foregoing Motion for Admission Pro hac Vice with the Clerk of Court via the Court's CM/ECF system, which effects service upon all counsel of record.

                                                Respectfully submitted,

                                                */s/ Megan Lambert*
                                                Megan Lambert
                                                Oklahoma Bar Number: 33216
                                                Counsel for Plaintiffs
                                                American Civil Liberties Union of
                                                Oklahoma Foundation
                                                P.O. Box 13327
                                                Oklahoma City, OK 73113
                                                (405) 524-8511
                                                mlambert@acluok.org