UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BLACK EMERGENCY RESPONSE TEAM et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) )  Case No. CIV-21-1022-G ) |
| GENTNER DRUMMOND, in his official capacity as Oklahoma Attorney General, et al., | ) ) ) ) ) |
| Defendants. | ) |

## ORDER

Having issued orders on today's date on Plaintiffs' motion for preliminary injunction and on Defendants' motions to dismiss and for judgment on the pleadings, the Court ORDERS that the parties submit, on or before June 28, 2024, the following:

- An agreed proposed schedule for discovery and pretrial litigation,

- An agreed list of questions to be certified to the Oklahoma Supreme Court, and

- An agreed statement of facts relevant to the certified questions, showing fully the nature of the controversy out of which the questions arose.

If the parties are unable to agree on any of the above matters, each party (or group of parties) shall submit the required items individually, again no later than June 28, 2024. Any objection or response to any individual submission shall be filed no later than July 9, 2024.

IT IS SO ORDERED this 14th day of June, 2024.

CHARLES B. GOODWIN
United States District Judge