UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| [1] BLACK EMERGENCY RESPONSE TEAM, et al. ) | |
| ) | |
| *Plaintiffs*, ) | |
| v. ) | |
| ) | Case No. CIV-21-1022-G |
| [1] GENTNER DRUMMOND, in his official capacity ) | |
| as Oklahoma Attorney General, et al. ) | |
| ) | |
| *Defendants*. ) | |

**UNIVERSITY AND STATE DEFENDANTS' UNOPPOSED MOTION
TO EXTEND SUBMISSION DEADLINE**

COME NOW Defendants John R. "Rick" Braught, Robert Ross, Natalie Shirley, Eric Stevenson, Kenneth S. Waits, Anita Holloway and Rick Nagel (University Defendants), in their official capacities, as well as Defendants Gentner Drummond, Ryan Walters, Zachary Archer, Donald Burdick, Sarah Lepak, Katie Quebedeaux, Kendra Wesson, Kevin Stitt, Jack Sherry, Dennis Casey, Steven Taylor, Courtney Warmington, P. Mitchell Adwon, Jeffrey Hickman, Dustin Hilliary, Ken Levit, and Michael Turpen (State Defendants), in their official capacities, and respectfully request this Honorable Court extend the deadline to submit responses to the requests in the Court's order issued on June 14, 2024 [Doc. 174]. In support of their motion, these Defendants state as follows:

1. No other parties oppose this extension.

2. Lead Counsel for University Defendants has a pre-planned travel commitment from June 19-21, 2024, and both counsel for University Defendants will be attending an out-of-state conference from June 25-28, 2024. These travel commitments

pose significant challenges for timely conference with University Defendants and the other parties in the matter in advance of the June 28, 2024, deadline.

3. Counsel for State Defendants have an expedited TRO/injunction response due on June 18, 2024, in the Eastern District of New York in *Inter Insurance Agency Services Ltd. v. Insurance Department of the State of Oklahoma*, No. 24-cv-3720 LGD (E.D.N.Y). They also have a response due to a plaintiff's motion for partial summary judgment on June 24, 2024, in a case concerning the proper use of billions of dollars of state retirement funds. *Keenan v. Russ*, CV-2023-3021 (Okla. Cnty. 2024). Finally, they have an important discovery deadline on July 1, 2024, in *Caremark, LLC v. Drummond*, No. 5:24-cv-62-HE (W.D. Okla.).

4. No hearings or conflicting deadlines have been set in this case, so an extension will not adversely impact scheduling in this matter.

As noted, Plaintiffs have informed Defendants that they do not oppose an extension until July 12, 2024. Accordingly, State and University Defendants respectfully request that this Court extend Defendants' time to respond to the Court's requests until July 12, 2024.

                Respectfully submitted,

                s/Tina S. Ikpa
                M. DANIEL WEITMAN, OBA #17412
                TINA IKPA, OBA #32193
                University of Oklahoma
                Office of Legal Counsel
                660 Parrington Oval, Suite 213
                Norman, Oklahoma 73109
                Telephone: (405) 325-4124

Facsimile: (405) 325.7681
E-Mail: dan.weitman@ou.edu
E-Mail: tsikpa@ou.edu

*ATTORNEYS FOR DEFENDANTS JOHN R. BRAUGHT, ROBERT ROSS, NATALIE SHIRLEY, ERIC STEVENSON, ANITA HOLLOWAY AND RICK NAGEL*

s/ *Zach West*
GARRY M. GASKINS, II, OBA NO. 20212
  *Solicitor General*
ZACH WEST, OBA NO. 30768
  *Director of Special Litigation*
WILL FLANAGAN, OBA NO. 35110
  *Assistant Solicitor General*

OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, OK 73105
Telephone: (405) 521-3921
Garry.Gaskins@oag.ok.gov
Zach.West@oag.ok.gov
William.Flanagan@oag.ok.gov
*Counsel for Defendants 1–18*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of June 2024, I transmitted the attached document to the Clerk of Court using the ECF system for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

David Hinojosa
Maya Brodziak
Lawyers' Committee for Civil Rights
Under Law
1500 K Street NW, Suite 900
Washington, DC 20005

Douglas Koff
Julia Beskin
Sara Solfanelli
Kevin Scot Johns
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

Andy N. Ferguson
Zachary P. West
Attorney General's Office
313 NE 21 St
Oklahoma City, OK 73105

Megan Lambert
American Civil Liberties Union
Foundation of Oklahoma
P.O. Box 13327
Oklahoma City, OK 73113

Emerson Sykes
Leah Watson
Sarah Hinger
American Civil Liberties Union
Foundation
125 Broad Street, 18th Floor
New York, NY 10004

F. Andrew Fugitt
Justin C. Cliburn
The Center for Education Law
900 N Broadway Ave., Suite 300
Oklahoma City, OK 73102


s/Tina S. Ikpa
Tina S. Ikpa