UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| [1] BLACK EMERGENCY RESPONSE TEAM, et al. )<br>)<br>*Plaintiffs*,                                                  )<br>v.                                                                            )<br>                                                                                )<br>[1] GENTNER DRUMMOND, in his official capacity )<br>as Oklahoma Attorney General, et al.         )<br>                                                                                )<br>*Defendants*.                                              ) | Case No. CIV-21-1022-G |

NOTICE OF AUTOMATIC SUBSTITUTION OF PARTIES
PURSUANT TO FED. R. CIV. P. 25(D)

Please take notice that pursuant to Fed. R Civ. P. 25(d), some of Defendants 19-25 have been substituted. The Board of Regents of the University of Oklahoma now includes John R. Braught, Robert Ross, and Kenneth S. Waits. These members are therefore automatically substituted for Michael Cawley, Frank Keating, and Phil Albert in their official capacities as members of the Board of Regents for the University of Oklahoma.

Respectfully submitted,

s/Tina S. Ikpa
M. DANIEL WEITMAN, OBA #17412
TINA IKPA, OBA #32193
University of Oklahoma
Office of Legal Counsel
660 Parrington Oval, Suite 213
Norman, Oklahoma 73109
Telephone: (405) 325-4124
Facsimile: (405) 325.7681
E-Mail: dan.weitman@ou.edu
E-Mail: tsikpa@ou.edu

*ATTORNEYS FOR DEFENDANTS JOHN R. BRAUGHT, ROBERT WAITS, KENNETH S. WAITS, ERIC STEVENSON, ANITA HOLLOWAY AND RICK NAGEL*

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 18th day of June 2024, I transmitted the attached document to the Clerk of Court using the ECF system for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

David Hinojosa
Maya Brodziak
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC 20005

Megan Lambert
American Civil Liberties Union Foundation of Oklahoma
P.O. Box 13327
Oklahoma City, OK 73113

Douglas Koff
Julia Beskin
Sara Solfanelli
Kevin Scot Johns
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

Emerson Sykes
Leah Watson
Sarah Hinger
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004

Andy N. Ferguson
Zachary P. West
Attorney General's Office
313 NE 21 St
Oklahoma City, OK 73105

F. Andrew Fugitt
Justin C. Cliburn
The Center for Education Law
900 N Broadway Ave., Suite 300
Oklahoma City, OK 73102

                s/Tina S. Ikpa
                Tina S. Ikpa