UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BLACK EMERGENCY RESPONSE TEAM et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. CIV-21-1022-G ) |
| GENTNER DRUMMOND, in his official capacity as Oklahoma Attorney General, et al., | ) ) ) ) ) |
| Defendants. | ) |

## ORDER

Now before the Court is Defendants John R. "Rick" Brought, Robert Ross, Natalie Shirley, Eric Stevenson, Kenneth Waits, Anita Holloway, and Rick Nagel's (the "University Defendants") Motion to Extend Submission Deadline (Doc. No. 176), seeking to extend the deadlines established in this Court's Order of June 14, 2024 (Doc. No. 174). The Motion states that no party opposes the relief requested. *See* Univ. Defs.' Mot. at 1.

For good cause shown, the Motion (Doc. No. 176) is GRANTED. The Court ORDERS that the parties submit, on or before July 12, 2024, the following:

- An agreed proposed schedule for discovery and pretrial litigation,
- An agreed list of questions to be certified to Oklahoma Supreme Court, and
- An agreed statement of facts relevant to the certified questions, showing fully the nature of the controversy out of which the questions arose.

If the parties are unable to agree on any of the above matters, each party (or group of parties) shall submit the required items individually, again no later than July 12, 2024. Any

objection or response to any individual submission shall be filed no later than July 22, 2024.

IT IS SO ORDERED this 18th day of June, 2024.

_____
CHARLES B. GOODWIN
United States District Judge