## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

BLACK EMERGENCY RESPONSE TEAM, et al. )
)
)
)
Plaintiff(s), )
)
v. )          Case No. 5:21-cv-1022-G
)
GENTNER DRUMMOND, in his official )
capacity as Oklahoma Attorney General, )
et al., )
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:

Plaintiffs , Black Emergency Response Team, et al. .
(Plaintiff/Defendant)          (Name of Party)

    I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Zakiya Lewis                    6/25/2024
Signature                              Date

Zakiya Lewis
Print Name

**Criminal Cases Only:**

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

Lawyers' Committee for Civil Rights Under Law
Firm

1500 K St NW, Suite 900
Address

Washington              DC              20005
City                          State          Zip Code

202-662-8348
Telephone

zlewis@lawyerscommittee.org
Internet E-mail Address

REVISED 05/14/18

*Certificate of Service*

☑ I hereby certify that on June 25, 2024          , I electronically transmitted the attached

document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records

currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those

registered participants of the ECF System.

☐ I hereby certify that on                              , I filed the attached document with the

Clerk of the Court and served the attached document by

on the following, who are not registered participants of the ECF System:

ul Zakiya Lewis

s/ Attorney Name