# NOTICE OF APPEAL TO A COURT OF APPEALS FROM A JUDGMENT OR ORDER OF A DISTRICT COURT

*United States District Court for the Western District of Oklahoma*
*File Number Civ-21-1022-G*

| | |
|---|---|
| [1] BLACK EMERGENCY RESPONSE TEAM, et al. ) | |
| ) | |
| *Plaintiffs*, ) | |
| v. ) | |
| ) | Notice of Appeal |
| [1] GENTNER DRUMMOND, in his official capacity ) | |
| as Oklahoma Attorney General, et al. ) | |
| ) | |
| *Defendants*. ) | |

Notice is hereby given that John R. Braught, Robert Ross, Kenneth S. Waits, Natalie Shirley, Anita Holloway, Eric Stevenson and Rick Nagel, in their official capacities as members of the Board of Regents of the University of Oklahoma, defendants in the above named case, hereby appeal to the United States Court of Appeals for the 10th Circuit from an Order of Preliminary Injunction, entered in this action on the Fourteenth day of June, 2024.

(s) *Tina S. Ikpa*
M. Daniel Weitman, OBA #17412
Tina S. Ikpa, OBA #32193
University of Oklahoma
Office of Legal Counsel
(405) 325-4124
dan.weitman@ou.edu
tsikpa@ou.edu
Attorney for Defendants, Members of the Board
of Regents of the University of Oklahoma
660 Parrington Oval, Suite 213
Norman, Oklahoma 73019