IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

BLACK EMERGENCY RESPONSE TEAM, et al.,
        *Plaintiffs*,

v.

GENTNER DRUMMOND, et al.,
        *Defendants 1–18*.

Case No:     21-cv-1022-G

## NOTICE OF APPEAL

Notice is hereby given that Defendants Gentner Drummond, J. Kevin Stitt, Ryan Walters, Zachary Archer, Donald Burdick, Sarah Lepak, Katie Quebedeaux, Kendra Wesson, Dennis Casey, Courtney Warmington, Steven Taylor, Dustin Hilliary, P. Mitchell Adwon, Jr., Jeffrey Hickman, Ken Levit, Jack Sherry, Michael Turpen, also known as "State Defendants" or "Defendants 1-18" in the above-named case, hereby appeal to the United States Court of Appeals for the Tenth Circuit from the Orders entered in this action on June, 14, 2024, at Dkt. Nos. 172 and 173.

Respectfully submitted,

s/ *Garry M. Gaskins, II*
  GARRY M. GASKINS, II, OBA NO. 20212
    *Solicitor General*
  ZACH WEST, OBA NO. 30768
    *Director of Special Litigation*
  WILL FLANAGAN, OBA NO. 35110
    *Assistant Solicitor General*

OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, OK 73105
Telephone: (405) 521-3921
Garry.Gaskins@oag.ok.gov
Zach.West@oag.ok.gov
William.Flanagan@oag.ok.gov
*Counsel for State Defendants*