FILED  
United States Court of Appeals  
Tenth Circuit

August 6, 2024

Christopher M. Wolpert  
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

BLACK EMERGENCY RESPONSE TEAM, et al.,

    Plaintiffs - Appellants/Cross-Appellees,

v.

GENTNER DRUMMOND, in his official capacity as Oklahoma Attorney General, et al.,

    Defendants - Appellees/Cross-Appellants,

and

UNIVERSITY OF OKLAHOMA BOARD OF REGENTS, et al.,

    Defendants.

Nos. 24-6139, 24-6140 & 24-6141  
(D.C. No. 5:21-CV-01022-G)  
(W.D. Okla.)

_____

**ORDER**
_____

This matter is before the court on the parties' *Joint Motion to Hold Appeal in Abeyance Pending the District Court's Certifications of State Law Questions to the Oklahoma Supreme Court*. In support, the parties state that the district court has indicated its intent to certify questions of state law to the Oklahoma Supreme Court and has directed the parties to draft proposed questions. Parties are currently briefing this in the district court.

Upon consideration, this appeal is abated pending the district court's certification of state law questions and the Oklahoma Supreme Court's response. **Within 30 days** from the date of this order, or within five days of any development that affects this abatement, Appellant shall file a written report advising this court as to the status of the issue.

    Entered for the Court

    CHRISTOPHER M. WOLPERT, Clerk