UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

BLACK EMERGENCY RESPONSE )
TEAM et al., )
 )
    Plaintiffs, )
 )
v. ) Case No. CIV-21-1022-G
 )
GENTNER DRUMMOND, in his official )
capacity as Oklahoma Attorney )
General, et al., )
 )
    Defendants. )

## ORDER

On June 14, 2024, the Court enjoined enforcement of certain provisions of Oklahoma House Bill 1775 (the "Act") and its corresponding Implementing Rules. *See* Order of Prelim. Inj. (Doc. 173). Now before the Court is a Notice (Doc. No. 211) filed by Plaintiffs on September 3, 2024. In this filing, Plaintiffs represent that on August 22, 2024, the Oklahoma State Board of Education (the "Board") voted to revoke an Oklahoma educator's teaching certificate. Plaintiffs state that the possible basis for this revocation was a finding by the Board that the educator had violated a provision of the Act's Implementing Rules whose enforcement was previously enjoined by this Court.

Accordingly, Defendant Ryan Walters, in his official capacity as Oklahoma Superintendent of Public Education, and Defendants Zachary Archer, Donald Burdick, Sarah Lepak, Katie Quebedeaux, and Kendra Wesson, in their official capacities as members of the Oklahoma State Board of Education, are DIRECTED to file a written response to Plaintiffs' Notice (Doc. No. 211) within seven (7) days of the issuance of this

Order.  Defendants shall attach to their Response (under seal if appropriate) a copy of the revocation order, a copy of the relevant minutes of the August 22, 2024 Board meeting, and any other documents necessary for the Court to consider this matter.

    IT IS SO ORDERED this 5th day of September, 2024.

*[signature: Charles B. Goodwin]*

CHARLES B. GOODWIN
United States District Judge