IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

BLACK EMERGENCY RESPONSE TEAM, et al.,
    *Plaintiffs*,

v.

GENTNER DRUMMOND, et al.,
    *Defendants*.

Case No:   21-cv-1022-G

## STATE DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE TO COURT

Pursuant to this Court's order, State Defendants have attached as Exhibit "1" the written order revoking Summer Boismier's teaching certificate.[1] The Board's order included the statement that "[n]othing in this order is intended to rely on provisions of 70 O.S. § 24-157 (HB 1775) that are subject to or contrary to the Order on Preliminary Injunction issued [by this Court]." *Id.* at 6 n.1.

---

[1] The minutes for the August meeting have not yet been approved by the Board. They will be approved at the next Board meeting later this month, which is why State Defendants have not attached the minutes to this response. It is the undersigned's understanding that the minutes will reflect the following:

Kendra Wesson:  I make a motion to authorize the chair of the Board to sign off on [the order prepared by Board Counsel that relies wholly on the written record] regarding Summer Boismier.
Lepak:  Second.
Roll call:  Burdick – yes, Lepak – yes, Quebedeaux – yes, Wesson – yes, Archer – yes, Walters – yes. Motion passes.

Respectfully Submitted,

s/ *Garry M. Gaskins, II*
GARRY M. GASKINS, II, OBA #20212
  *Solicitor General*
ZACH WEST, OBA #30768
  *Director of Special Litigation*
WILL FLANAGAN, OBA #35110
  *Assistant Solicitor General*

OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, OK 73105
Direct: (405) 521-3921
Garry.Gaskins@oag.ok.gov
Zach.West@oag.ok.gov
William.Flanagan@oag.ok.gov

*Counsel for State Defendants*