UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BLACK EMERGENCY RESPONSE TEAM, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>GENTNER DRUMMOND, in his official capacity as Oklahoma Attorney General, et al.,<br><br>*Defendants*. | Case No. 5:21-CV-1022-G<br><br>Hon. Charles B. Goodwin |

## PLAINTIFFS' MOTION FOR SUPPLEMENTAL BRIEFING CONCERNING THE OKLAHOMA STATE BOARD OF EDUCATION'S ENFORCEMENT OF H.B. 1775

Plaintiffs Black Emergency Response Team ("BERT"), *et al.,* respectfully request this Court grant Plaintiffs leave to file supplemental briefing concerning the Oklahoma State Board of Education's enforcement of H.B. 1775. Docs. 211, 212, and 213; *see also* LCvR7.1(h). The information provided in State Defendants' Response to Plaintiffs' Notice to Court, Docs. 213, 213-1, raises important concerns regarding Plaintiffs' Motion for Preliminary Injunction and this Court's Order granting, in part, and denying, in part, the injunction. Docs. 27, 173. Plaintiffs respectively request the Court grant Plaintiffs leave to file supplemental briefing addressing these issues. A copy of the proposed supplemental briefing is attached to this motion as Exhibit 1.

1

Per LCv7.1(j) Plaintiffs have conferred with the State Defendants and University Defendants regarding their position on Plaintiffs' requested relief. Both the State Defendants and University Defendants object to the relief requested.

## RELIEF REQUESTED

Plaintiffs respectfully request the Court grant Plaintiffs leave to file supplemental briefing addressing the Oklahoma State Board of Education's recent enforcement of H.B. 1775 ("the Act") because it implicates important concerns relevant to Plaintiffs' Motion for Preliminary Injunction and this Court's Order of Preliminary Injunction. Docs. 27, 173.

Dated: December 11, 2024

Maya Brodziak
Zakiya Shani Lewis
Sumayya Saleh
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
 UNDER LAW
1500 K Street NW, Suite 900
Washington, DC 20005


Douglas Koff
Julia Beskin
Kevin S. Johns
Sara Solfanelli
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022

Respectfully submitted,

*/s/ Adam H. Hines*
Adam H. Hines
Megan Lambert
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION OF OKLAHOMA
P.O. Box 13327
Oklahoma City, OK 73113
Tel.: (405) 286-1317
ahines@acluok.org
mlambert@acluok.org


Emerson Sykes
Leah Watson
Sarah Hinger
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2024 I electronically filed the foregoing document with the Clerk of Court via the Court's CM/ECF system, which effects service upon all counsel of record.

Respectfully submitted,

*/s/* Adam H. Hines
Adam H. Hines
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION OF OKLAHOMA
P.O. Box 13327
Oklahoma City, OK 73113
Tel.: (405) 286-1317
ahines@acluok.org

*Counsel for Plaintiffs*