UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BLACK EMERGENCY RESPONSE TEAM et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. CIV-21-1022-G ) |
| GENTNER DRUMMOND, in his official capacity as Oklahoma Attorney General, et al., | ) ) ) ) ) |
| Defendants. | ) |

## ORDER

Now before the Court is Plaintiffs' Motion to Supplement (Doc. No. 220). The State Defendants have responded in opposition (Doc. No. 221).

In their Motion, Plaintiffs request to submit supplemental briefing regarding "the Oklahoma State Board of Education's enforcement of H.B. 1775." Pls.' Mot. at 1; *see id.* Ex. 1 (Doc. No. 220-1). There is not, however, any relevant motion or other request for relief on this issue currently before the Court. It follows that there is no "motion or proceeding" to which the proposed supplemental brief relates. LCvR 7.1(b); *see also* Fed. R. Civ. P. 7(b)(1). And Plaintiffs have identified no proper basis for the Court to otherwise incorporate additional briefing into the record at this time.

Plaintiffs' Motion to Supplement (Doc. No. 220) therefore is DENIED.

IT IS SO ORDERED this 14th day of January, 2025.

                                                */s/ Charles B. Goodwin*
CHARLES B. GOODWIN
United States District Judge