# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BLACK EMERGENCY RESPONSE TEAM et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GENTNER DRUMMOND, in his official )<br>capacity as Oklahoma Attorney )<br>General, et al., )<br>)<br>Defendants. ) | Case No. CIV-21-1022-G |

## ORDER

Now before the Court is University Defendants' unopposed Motion for Extension of Time (Doc. No. 228).

For good cause shown, the Motion (Doc. No. 228) is GRANTED. University Defendants shall file their Response to Plaintiffs' Motion to Compel (Doc. No. 224) no later than February 14, 2025.

IT IS SO ORDERED this 29th day of January, 2025.

CHARLES B. GOODWIN
United States District Judge