FILED
United States Court of Appeals
Tenth Circuit

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**March 3, 2025**

Christopher M. Wolpert
Clerk of Court

---

| | |
|---|---|
| BLACK EMERGENCY RESPONSE TEAM, et al., | |
| Plaintiffs - Appellants/Cross-Appellees, | |
| v. | Nos. 24-6139, 24-6140 & 24-6141 (D.C. No. 5:21-CV-01022-G) (W.D. Okla.) |
| GENTNER DRUMMOND, in his official capacity as Oklahoma Attorney General, et al., | |
| Defendants - Appellees/Cross-Appellants, | |
| and | |
| UNIVERSITY OF OKLAHOMA BOARD OF REGENTS, et al., | |
| Defendants. | |

---

**ORDER**

---

By order entered August 6, 2024, the court abated these cross-appeals pending the district court's certification of state law questions to the Oklahoma Supreme Court. These cross-appeals are now before the court on appellants' abated case status report. Appellants report that the briefing pertaining to the certified questions has started in the Oklahoma Supreme Court. Appellants further report that it is anticipated that the Oklahoma Supreme Court will rule on the certified questions sometime in 2025.

Upon consideration, the court continues the abatement of these cross-appeals. On the earlier of June 2, 2025 or within five days of any event that materially affects the abatement of these cross-appeals, appellants shall file an abated case status report that reports on the status of these matters. At a minimum, any such abated case status report shall advise the court of each party's respective position concerning whether the abatement of these cross-appeals ought to continue and, if any party contends that the abatement should not continue, that party's position on how these cross-appeals ought to proceed.

    Entered for the Court

    CHRISTOPHER M. WOLPERT, Clerk