# EXHIBIT 1

**ORIGINAL**

FILED
SUPREME COURT
STATE OF OKLAHOMA

IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

DEC 16 2024

JOHN D. HADDEN
CLERK

Monday, December 16, 2024

THE CLERK IS DIRECTED TO ENTER THE FOLLOWING ORDER OF THE COURT:

122,472 -   Black Emergency Response Team, et al v. Gentner Drummond, et al

The motions of appellant Black Emergency Response Team to associate Kevin Scot Johns, Sara Solfanelli, Julia Beskin and Douglas Koff as counsel to practice in the above styled and numbered cause are granted. The Court notes compliance with Sup.Ct. R. 1.5(a) and Article 2 § 5 of the Rules Creating and Controlling the Oklahoma Bar Association, 5 O.S. Ch. 1, App. 1.

122,472 -   Black Emergency Response Team, et al v. Gentner Drummond, et al

The motion for briefing is granted. The parties shall file simultaneous Briefs-in-chief within forty five (45) days from the date of this order, and each shall file an Answer Brief within thirty (30) days after the filing of the opposing party's Brief-in-chief. No further briefing shall be permitted. All briefs shall be strictly limited to the questions certified and shall otherwise comply with Oklahoma Supreme Court Rule 1.11.

V. CHIEF JUSTICE



Rec'd (date) 12-16-24
Posted
Mailed
Distrib
Publish ___ yes X no