UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BLACK EMERGENCY RESPONSE TEAM, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>GENTNER DRUMMOND, in his official capacity as Oklahoma Attorney General, et al.,<br><br>*Defendants*. | Case No. 5:21-CV-1022-G<br><br>Hon. Charles B. Goodwin |

## NOTICE OF SUBPOENAS

PLEASE TAKE NOTICE, that pursuant to Federal Rule of Civil Procedure ("**Fed. R. Civ. P.**") 45, the Local Rules of the Western District of Oklahoma, and the Court's August 30, 2024 Order, Plaintiffs Black Emergency Response Team, et al., ("**BERT**"), by and through their undersigned counsel intend to serve the subpoenas attached as Exhibit 1 on the following:

- Independent School District No. 12, Oklahoma County, Oklahoma, a/k/a Edmond Public Schools,

- Independent School District Number One of Tulsa County, Oklahoma, a/k/a Tulsa Public Schools, and

- Independent School District No. 69 of Canadian County, Oklahoma, a/k/a Mustang Public Schools.

Dated: April 22, 2025

Maya Brodziak
Sumayya Saleh
Zakiya Shani Lewis
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
  UNDER LAW
1500 K Street NW, Suite 900
Washington, DC 20005
mbrodziak@lawyerscommittee.org
ssaleh@lawyerscommittee.org
zlewis@lawyerscommittee.org

Emerson Sykes
Leah Watson
Sarah Hinger
AMERICAN CIVIL LIBERTIES
  UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
esykes@aclsu.org
lwatson@aclu.org
shinger@aclu.org

Respectfully submitted,

*/s/ Megan Lambert*

Megan Lambert
Adam Hines
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION OF OKLAHOMA
P.O. Box 13327
Oklahoma City, OK 73113
Tel.: 405-524-8511
mlambert@acluok.org
ahines@acluok.org

Douglas Koff
Julia Beskin
Sara Solfanelli
Kevin Scot Johns
Adam Kimelman
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
douglas.koff@srz.com
julia.beskin@srz.com
sara.solfanelli@srz.com
kevin.johns@srz.com
adam.kimelman@srz.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on April 22, 2025, I electronically filed the foregoing document with the Clerk of Court via the Court's CM/ECF system, which effects service upon all counsel of record.

        Respectfully submitted,

        */s/ Megan Lambert*
        Megan Lambert
        AMERICAN CIVIL LIBERTIES UNION
         FOUNDATION OF OKLAHOMA
        P.O. Box 13327
        Oklahoma City, OK 73113
        Tel.: 405-524-8511
        mlambert@acluok.org

        *Counsel for Plaintiffs*