UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

BLACK EMERGENCY RESPONSE TEAM, et al.,

          *Plaintiffs*,

v.

GENTNER DRUMMOND, in his official capacity as Oklahoma Attorney General, et al.,

          *Defendants*.

Case No. 5:21-CV-1022-G

Hon. Charles B. Goodwin

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),[1] it is hereby stipulated and agreed to by and between Plaintiffs, OU Defendants, and State Defendants (collectively, "Parties") that the equal protection claim (Count IV of the Amended Complaint, Doc. 50) brought by Plaintiff NAACP-Oklahoma against members of the University of Oklahoma Board of Regents[2] is voluntarily dismissed without prejudice in the above-captioned action. Plaintiff NAACP-Oklahoma only voluntarily dismisses its equal protection claim against members of the University of Oklahoma Board of Regents, and Plaintiff NAACP-Oklahoma will continue to prosecute its equal protection claim as to all other Defendants. Plaintiffs S.L.

---

[1] In the alternative, Parties respectfully request that the Court construe this Stipulation of Voluntary Dismissal as a Notice of Amended Complaint, pursuant to Fed. R. Civ. P. 15(a)(2).

[2] Current OU Board of Regents members are Bob Ross, Rick Braught, Kenneth Waits, Rainey Williams Jr., Eric Stevenson, Anita Holloway, and Rick Nagel.

1

and AIM Indian Territory, who are also parties to Count IV but who have not asserted claims against the OU Defendants, will also continue to prosecute Count IV as to all other Defendants.

Date: June 30, 2025

Respectfully submitted,

*/s/ Maya Brodziak*
Maya Brodziak
Sumayya Saleh
Zakiya Lewis
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
UNDER LAW
1500 K Street NW, Suite 900
Washington, DC 20005
mbrodziak@lawyerscommittee.org
ssaleh@lawyerscommittee.org
zlewis@lawyerscommittee.org

Megan Lambert
Oklahoma Bar Number: 33216
Adam H. Hines
Oklahoma Bar Number: 35640
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF OKLAHOMA
P.O. Box 13327
Oklahoma City, OK 73113
Tel.: 405-524-8511
mlambert@acluok.org
ahines@acluok.org

Emerson Sykes
Leah Watson
Sarah Hinger
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor New York, NY 10004
esykes@aclu.org

lwatson@aclu.org
shinger@aclu.org

Douglas Koff
Julia Beskin
Kevin Scot Johns
Adam Kimelman
SCHULTE ROTH & ZABEL LLP
919 Third Avenue New York, NY 10022
douglas.koff@srz.com
julia.beskin@srz.com
sara.solfanelli@srz.com
kevin.johns@srz.com
adam.kimelman@srz.com

*Counsel for Plaintiffs*

s/ *M. Daniel Weitman*
M. DANIEL WEITMAN, OBA #17412
TINA S. IKPA, OBA #32193
University of Oklahoma Office of Legal Counsel
660 Parrington Oval, Suite 213
Norman, Oklahoma 73109
Telephone: (405) 325-4124
Facsimile: (405) 325.7681
E-Mail: dan.weitman@ou.edu
E-Mail: tsikpa@ou.edu

*Counsel for University Defendants*

*/s/ Garry Gaskins*
GARRY M. GASKINS, II, OBA NO. 20212
Solicitor General
ZACH WEST, OBA NO. 30768
Director of Special Litigation
WILL FLANAGAN, OBA NO. 35110
Assistant Solicitor General
OFFICE OF ATTORNEY GENERAL STATE OF OKLAHOMA
313 N.E. 21st Street Oklahoma City, OK 73105
Telephone: (405) 521-3921
Garry.Gaskins@oag.ok.gov

Zach.West@oag.ok.gov
William.Flanagan@oag.ok.gov
*Counsel for State Defendants*

Case 5:21-cv-01022-G    Document 254    Filed 06/30/25    Page 4 of 5

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2025, I electronically filed the foregoing Stipulation of Voluntary Dismissal with the Clerk of Court via the Court's CM/ECF system, which effects service upon all counsel of record.

Respectfully submitted,

*/s/ Maya Brodziak*
Maya Brodziak
LAWYERS' COMMITTEE FOR CIVIL
 RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, DC 20005
mbrodziak@lawyerscommittee.org

*Counsel for Plaintiffs*