# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

BLACK EMERGENCY RESPONSE
TEAM, et al.,

*Plaintiffs*,

v.

GENTNER DRUMMOND, in his official
capacity as Oklahoma Attorney General, et
al.,

*Defendants*.

Case No. 5:21-CV-1022-G

Hon. Charles B. Goodwin

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),[1] it is hereby stipulated and agreed to by and between Plaintiffs, the members of the Board of Regents of the University of Oklahoma (OU Defendants)[2], and State Defendants (collectively, "Parties") that Plaintiffs voluntarily dismiss from the above-captioned action, without prejudice, the following claims:

(i) Plaintiff Black Emergency Response Team ("BERT") dismisses all claims it

   brought, specifically its (a) Fourteenth Amendment Vagueness claim, Count I of

---

[1] In the alternative, Parties respectfully request that the Court construe this Stipulation of Voluntary Dismissal as a Notice of Amended Complaint, pursuant to Fed. R. Civ. P. 15(a)(2).
[2] Current OU Board of Regents members are Bob Ross, Rick Braught, Kenneth Waits, Rainey Williams Jr., Eric Stevenson, Anita Holloway, and Rick Nagel.

the Amended Complaint, Doc. 50; (b) First Amendment Right to Receive claim, Count II of the Amended Complaint, Doc. 50; and (c) First Amendment Academic Freedom claim, Count III of the Amended Complaint, Doc. 50, against both State Defendants and OU Defendants, the only Defendants against which it brought claims in this action;

(ii) Plaintiff University of Oklahoma Chapter of the American Association of University Professors ("OU-AAUP") dismisses all claims it brought, specifically its (a) Fourteenth Amendment Vagueness claim, Count I of the Amended Complaint, Doc. 50; and (b) First Amendment Academic Freedom claim, Count III of the Amended Complaint, Doc. 50, against State Defendants and OU Defendants, the only Defendants against which it brought claims in this action; and

(iii) Plaintiff NAACP-Oklahoma dismisses its Fourteenth Amendment Vagueness claim, Count I of the Amended Complaint, Doc. 50, and First Amendment Right to Receive claim, Count II of the Amended Complaint, Doc. 50, against the OU Defendants and the Oklahoma State Regents for Higher Education[3]. It will continue to litigate its Fourteenth Amendment Equal Protection claim against all remaining State Defendants.

---

[3] Current State Regents members are Courtney Warmington, Dustin J. Hilliary, Steven W. Taylor, P. Mitchell Adwon, Dennis Casey, Jeffrey W. Hickman, Ken Levit, Jack Sherry, and Michael C. Turpen.

As a result, OU-AAUP and BERT have no remaining claims in this action. Plaintiffs OU-AAUP and BERT are thus voluntarily dismissed, without prejudice, as parties in this action. Likewise, as a result of these dismissals, no claims remain against the OU Defendants, and they are voluntarily dismissed, without prejudice, as parties in this action.

Date: July 21, 2025                            Respectfully submitted,

                                               /s/ Maya Brodziak
                                               Maya Brodziak
                                               Sumayya Saleh
                                               Zakiya Lewis
                                               LAWYERS' COMMITTEE FOR CIVIL RIGHTS
                                               UNDER LAW
                                               1500 K Street NW, Suite 900
                                               Washington, DC 20005
                                               mbrodziak@lawyerscommittee.org
                                               ssaleh@lawyerscommittee.org
                                               zlewis@lawyerscommittee.org

                                               Megan Lambert
                                               Oklahoma Bar Number: 33216
                                               Adam H. Hines
                                               Oklahoma Bar Number: 35640
                                               AMERICAN CIVIL LIBERTIES
                                               UNION
                                               FOUNDATION OF OKLAHOMA
                                               P.O. Box 13327
                                               Oklahoma City, OK 73113
                                               Tel.: 405-524-8511
                                               mlambert@acluok.org
                                               ahines@acluok.org

                                               Emerson Sykes
                                               Leah Watson
                                               Sarah Hinger
                                               AMERICAN CIVIL LIBERTIES
                                               UNION FOUNDATION
                                               125 Broad Street, 18th Floor New

3

York, NY 10004
esykes@aclu.org
lwatson@aclu.org
shinger@aclu.org

Douglas Koff
Julia Beskin
Kevin Scot Johns
Adam Kimelman
SCHULTE ROTH & ZABEL LLP
919 Third Avenue New York, NY 10022
douglas.koff@srz.com
julia.beskin@srz.com
sara.solfanelli@srz.com
kevin.johns@srz.com
adam.kimelman@srz.com

*Counsel for Plaintiffs*

s/ *M. Daniel Weitman*
M. DANIEL WEITMAN, OBA #17412
TINA S. IKPA, OBA #32193
University of Oklahoma Office of Legal
Counsel
660 Parrington Oval, Suite 213
Norman, Oklahoma 73109
Telephone: (405) 325-4124
Facsimile: (405) 325.7681
E-Mail: dan.weitman@ou.edu
E-Mail: tsikpa@ou.edu

*Counsel for University Defendants*

/s/ *Garry Gaskins*
GARRY M. GASKINS, II, OBA NO. 20212
Solicitor General
ZACH WEST, OBA NO. 30768
Director of Special Litigation
WILL FLANAGAN, OBA NO. 35110
Assistant Solicitor General
OFFICE OF ATTORNEY GENERAL STATE
OF OKLAHOMA

313 N.E. 21st Street Oklahoma City, OK 73105
Telephone: (405) 521-3921
Garry.Gaskins@oag.ok.gov
Zach.West@oag.ok.gov
William.Flanagan@oag.ok.gov
*Counsel for State Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2025, I electronically filed the foregoing

Stipulation of Voluntary Dismissal with the Clerk of Court via the Court's CM/ECF

system, which effects service upon all counsel of record.

Respectfully submitted,

*/s/ Maya Brodziak*
Maya Brodziak
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, DC 20005
mbrodziak@lawyerscommittee.org

*Counsel for Plaintiffs*