# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BLACK EMERGENCY RESPONSE TEAM, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>GENTNER DRUMMOND, in his official capacity as Oklahoma Attorney General, et al.,<br><br>*Defendants*. | |

Case No. 5:21-CV-1022-G

Hon. Charles B. Goodwin

## MOTION TO WITHDRAW
## ADAM HINES AS COUNSEL OF RECORD

Pursuant to LCvR 83.5, Adam Hines moves this Court for an Order granting him leave to withdraw as counsel of record on behalf of all Plaintiffs. In support of this Motion, Counsel states as follows:

1. As of August 22, 2025, Adam Hines will no longer be associated with the American Civil Liberties Union of Oklahoma ("ACLU-OK").

2. Plaintiffs will continue to be represented by ACLU-OK and the remaining counsel of record. Mr. Hines' withdrawal as counsel will not affect any court schedules or deadlines.

3. If granted, Mr. Hines will no longer be representing any of the plaintiffs in this action and, therefore, does not need notice of any matters filed in this action. Mr.

Hines therefore requests to be removed from all service lists including CM/ECF system notices for this action.

4. Prior to the filing of this Motion, Mr. Hines and ACLU-OK provided notice of this Motion to the individual Plaintiffs and all parties' counsel.

WHEREFORE, Adam Hines asks this Court grant him leave to withdraw as counsel on behalf of all Plaintiffs in this matter.

Dated this 7th of August, 2025.

Respectfully submitted,
*s/Adam Hines*
Adam Hines (OBA# 35640)
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION OF OKLAHOMA
P.O. Box 13327
Oklahoma City, OK 73113
(405) 286-1291
ahines@acluok.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 7, 2025, I electronically filed the foregoing document with the Clerk of Court via the Court's CM/ECF system, which effects service upon all counsel of record.

*s/ Adam Hines*
Adam Hines