# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BLACK EMERGENCY RESPONSE TEAM et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. CIV-21-1022-G |
| GENTNER DRUMMOND, in his official capacity as Oklahoma Attorney General, et al., | ) ) ) ) ) |
| Defendants. | ) |

## ORDER

Now before the Court is Plaintiffs and the State Defendants' Joint Notice of Withdrawal (Doc. No. 261).

In light of the parties' representations therein, the Notice of Subpoena (Doc. No. 256) and Motions for Protective Order (Doc. Nos. 258, 259) are DEEMED WITHDRAWN.

IT IS SO ORDERED this 7th day of August, 2025.

_____
CHARLES B. GOODWIN
United States District Judge