UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BLACK EMERGENCY RESPONSE TEAM, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>GENTNER DRUMMOND, in his official capacity as Oklahoma Attorney General, et al.,<br><br>*Defendants*. | Case No. 5:21-CV-1022-G<br><br>Hon. Charles B. Goodwin |

**MOTION TO WITHDRAW**
**ZAKIYA LEWIS AS COUNSEL OF RECORD**

Pursuant to LCvR 83.5, Zakiya Lewis moves this Court for an Order granting her leave to withdraw as counsel of record on behalf of all Plaintiffs. In support of this Motion, Counsel states as follows:

1. Zakiya Lewis has been permitted to practice before this Court pursuant to LCvR 83.2(g).

2. After August 30, 2025, Ms. Lewis will no longer be associated with the Lawyers' Committee for Civil Rights Under the Law ("Lawyers' Committee").

3. Plaintiffs will continue to be represented by Lawyers' Committee and the remaining counsel of record. Ms. Lewis' withdrawal as counsel will not affect any court schedules or deadlines.

4. If granted, Ms. Lewis will no longer be representing any of the plaintiffs in this action and, therefore, does not need notice of any matters filed in this action. Ms.

1

Lewis therefore requests to be removed from all service lists including CM/ECF system notices for this action.

5. Prior to the filing of this Motion, Ms. Lewis and LLCRUL provided notice of this Motion to the individual Plaintiffs and all parties' counsel.

WHEREFORE, Zakiya Lewis asks this Court grant her leave to withdraw as counsel on behalf of all Plaintiffs in this matter.

Dated: August 21, 2025                     Respectfully submitted,

                                           /s/ Zakiya Lewis
                                           Zakiya Lewis*
                                           D.C. Bar No. 90020187
                                           LAWYERS' COMMITTEE FOR
                                           CIVIL RIGHTS UNDER LAW
                                           1500 K Street NW, Suite 900
                                           Washington, DC 20005
                                           (202) 662-8348
                                           zlewis@lawyerscommittee.org

                                           *Counsel for Plaintiffs*

                                           *Admitted pro hac vice

## CERTIFICATE OF SERVICE

I hereby certify that, on August 21, 2025, I electronically filed the foregoing document with the Clerk of Court via the Court's CM/ECF system, which effects service upon all counsel of record.

                                           /s/ Zakiya Lewis
                                           Zakiya Lewis