UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| OKLAHOMA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE et al., <br><br> Plaintiffs, <br><br> v. <br><br> GENTNER DRUMMOND, in his official capacity as Oklahoma Attorney General, et al., <br><br> Defendants. | Case No. CIV-21-1022-G |

## ORDER

Now before the Court is a Motion to Stay (Doc. No. 283), jointly filed by Plaintiffs and the State Defendants. The Motion requests that all party discovery and related proceedings be stayed pending the briefing and disposition of the State Defendants' August 18, 2025 Motion for Judgment on the Pleadings (Doc. No. 275).

For good cause shown, the Motion to Stay (Doc. No. 283) is GRANTED. The parties' discovery and associated deadlines are STAYED pending further order of the Court. The pending discovery-related motions (Doc. Nos. 223, 276, 277, 281) are hereby STAYED and HELD IN ABEYANCE pending further order of the Court.

IT IS SO ORDERED this 9th day of September, 2025.

CHARLES B. GOODWIN
United States District Judge