UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| OKLAHOMA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>GENTNER DRUMMOND, in his official capacity as Oklahoma Attorney General, et al.,<br><br>*Defendants*. | Case No. 5:21-CV-1022-G<br><br>Hon. Charles B. Goodwin |

## SECOND AMENDED STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and this Court's Order (Doc. 285), it is hereby stipulated and agreed to be and between Plaintiffs and the State Defendants (collectively, "Parties") that Plaintiffs voluntarily dismiss without prejudice:

1. In Count I, Plaintiff Oklahoma State Conference of the National Association for the Advancement of Colored People's ("NAACP-Oklahoma") Fourteenth Amendment vagueness claim against the Oklahoma State Regents for Higher Education.

2. In Count I, Plaintiff Regan Killackey's Fourteenth Amendment vagueness claim against the Oklahoma State Regents for Higher Education.

3. In Count II, Plaintiff NAACP-Oklahoma's First Amendment right to receive information claim against the Oklahoma State Regents for Higher Education.

As to Count I, Plaintiffs NAACP-Oklahoma and Regan Killackey maintain their Fourteenth Amendment vagueness claim against Defendants Superintendent Walters, members of the Oklahoma State Board of Education (hereinafter "SBE Members"), Attorney General Drummond, and Governor Stitt. Additionally, Plaintiffs S.L., AIM Indian Territory, and Anthony Crawford maintain their Fourteenth Amendment vagueness claims against Defendants Superintendent Walters, SBE Members, Attorney General Drummond, and Governor Stitt.

As to Count II, Plaintiff NAACP-Oklahoma maintains their First Amendment right to receive claim against Defendants Superintendent Walters, SBE Members, Attorney General Drummond, and Governor Stitt. Additionally, Plaintiffs S.L. and AIM Indian Territory maintain their First Amendment right to receive claim against Defendants Superintendent Walters, SBE Members, Attorney General Drummond, and Governor Stitt.

This Court has properly dismissed Count III in its entirety.

As to Count IV, Plaintiff NAACP-Oklahoma maintains their Fourteenth Amendment equal protection claim against Defendants Attorney General Drummond, Superintendent Walters, SBE Members, Governor Stitt, and the

Oklahoma State Regents of Higher Education. Additionally, Plaintiffs S.L. and AIM Indian Territory maintain their Fourteenth Amendment equal protection claims against Defendants Attorney General Drumond, Superintendent Walters, SBE Members, and Governor Stitt.

Date: September 15, 2025

Respectfully submitted,

*/s/ Maya Brodziak*
Maya Brodziak
Sumayya Saleh
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, DC 20005
mbrodziak@lawyerscommittee.org
ssaleh@lawyerscommittee.org

Megan Lambert
Oklahoma Bar Number: 33216
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF OKLAHOMA
P.O. Box 13327
Oklahoma City, OK 73113
Tel.: 405-524-8511
mlambert@acluok.org

Emerson Sykes
Leah Watson
Sarah Hinger
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor New York, NY 10004
esykes@aclu.org

lwatson@aclu.org
shinger@aclu.org

Douglas Koff
Julia Beskin
Kevin Scot Johns
Adam Kimelman
SCHULTE ROTH & ZABEL LLP
919 Third Avenue New York, NY 10022
douglas.koff@srz.com
julia.beskin@srz.com
sara.solfanelli@srz.com
kevin.johns@srz.com
adam.kimelman@srz.com

*Counsel for Plaintiffs*

*/s/ Garry Gaskins*
GARRY M. GASKINS, II, OBA NO. 20212
Solicitor General
ZACH WEST, OBA NO. 30768
Director of Special Litigation
WILL FLANAGAN, OBA NO. 35110
Assistant Solicitor General
OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N.E. 21st Street Oklahoma City, OK 73105 Telephone: (405) 521-3921
Garry.Gaskins@oag.ok.gov
Zach.West@oag.ok.gov
William.Flanagan@oag.ok.gov

*Counsel for State Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2025, I electronically filed the foregoing Joint Motion for Extension of Discovery Scheduling Order Deadlines with the Clerk of Court via the Court's CM/ECF system, which effects service upon all counsel of record.

Respectfully submitted,

*/s/ Maya Brodziak*
Maya Brodziak
LAWYERS' COMMITTEE FOR CIVIL
 RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, DC 20005
mbrodziak@lawyerscommittee.org

*Counsel for Plaintiffs*