**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

OKLAHOMA STATE CONFERENCE )
OF THE NATIONAL ASSOCIATION )
FOR THE ADVANCEMENT OF )
COLORED PEOPLE et al., )
)
    Plaintiffs, )
)
v. )   **Case No. CIV-21-1022-G**
)
GENTNER DRUMMOND, in his official )
capacity as Oklahoma Attorney )
General, et al., )
)
    Defendants. )

**ORDER**

Now before the Court is Plaintiffs' Motion to Vacate Stay (Doc. No. 297). Plaintiffs state that State Defendants take no position on the Motion, and no written response was filed within the time allowed.  *See id.* at 1.

The Court previously found that it was appropriate for discovery to proceed on Plaintiffs' equal protection claim while other aspects of this case are on appeal.  *See* Order of Aug. 30, 2024.  The filing of several discovery-related motions then followed.  *See* Doc. Nos. 223, 276, 277, 281.  Further discovery and proceedings upon those motions were stayed at the parties' request pending determination of State Defendants' Renewed Motion for Judgment on the Pleadings (Doc. No. 275).  *See* Order of Sept. 9, 2025 (Doc. No. 289).  On March 31, 2026, the Court denied the Renewed Motion for Judgment on the Pleadings.  *See* Order of Mar. 31, 2026 (Doc. No. 294).

Plaintiffs now request that the stay be vacated and that a hearing be set.  For good

cause shown, Plaintiffs' unopposed Motion to Vacate Stay (Doc. No. 297) is GRANTED.

IT IS THEREFORE ORDERED:

1. The stay of discovery and associated deadlines as to Plaintiffs' equal protection claim and related motions (Doc. Nos. 223, 276, 277, 281) is hereby LIFTED AND VACATED;

2. The Motion to Quash (Doc. No. 281) filed by former Defendant Independent School District No. 12, Oklahoma County, Oklahoma, is DENIED AS MOOT;

3. State Defendants shall file any replies to Plaintiffs' Responses (Doc. Nos. 286, 287) within seven (7) days of the date of this Order;

4. Plaintiffs' Motion to Compel (Doc. No. 223) and State Defendants' Motions for Protective Order and to Quash (Doc. Nos. 276, 277) are hereby SET FOR HEARING on Monday, August 3, 2026, at 2:00 p.m. in Courtroom 305 of the William J. Holloway, Jr. United States Courthouse.

5. Counsel for the parties are DIRECTED to meet and confer, in person, prior to the hearing, and engage in a renewed good-faith attempt to reach an accord on the Motions without court action.   No later than seven (7) days prior to the hearing, the parties shall submit a joint statement notifying the Court as to what if any issues have been resolved, narrowed, or otherwise materially affected as a result of counsel's informal conference.

IT IS SO ORDERED this 30th day of June, 2026.

_____
CHARLES B. GOODWIN
United States District Judge