**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **OKLAHOMA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE et al.,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Case No. CIV-21-1022-G** |
| **GENTNER DRUMMOND, in his official capacity as Oklahoma Attorney General, et al.,** | ) | |
| **Defendants.** | ) | |

# AMENDED SCHEDULING ORDER

In accordance with the Court's Order issued this same date and the parties' Joint Statement (Doc. No. 311), the following deadlines shall apply to Plaintiffs' equal protection claim:

| EVENT | DEADLINE |
|---|---|
| *Expert Opinion Witness Lists and Materials*: Each party shall serve and file all disclosures required by Fed. R. Civ. P. 26(a)(2), excepting those falling within Rule 26(a)(2)(D)(ii). Reports required under Rule 26(a)(2)(B) should not be filed. | Plaintiffs: December 22, 2026<br>Defendants: January 19, 2027 |
| *Rebuttal Expert Lists and Materials.* Each party shall serve and file all disclosures required by Fed. R. Civ. P. 26(a)(2)(D)(ii). Reports required under Rule 26(a)(2)(B) should not be filed. | Within 28 days after the other party's disclosure. |
| *Witness and Exhibit Lists*: Each party shall serve and file the disclosures required by Fed. R. Civ. P. 26(a)(3)(A)(i) and (iii). | Plaintiffs: January 12, 2027<br>Defendants: January 26, 2027 |
| *Objections to Exhibits*: Each party shall serve and file all objections to exhibits as permitted under Fed. R. Civ. P. 26(a)(3)(B). | 14 days thereafter |
| Dispositive and *Daubert* motions to be filed. | February 1, 2027 |
| Discovery to conclude. | February 15, 2027 |

Following the Court's ruling on any dispositive motion, the Court if necessary will conduct a pretrial conference to address a specific trial setting and additional pretrial deadlines.

IT IS SO ORDERED this 10th day of August, 2026.

CHARLES B. GOODWIN
United States District Judge